Conforming Copy

1  JOHN C. ULIN (State Bar No. 165524)
   John.Ulin@aporter.com
2  ERIC D. MASON (State Bar No. 259233)
3  Eric.Mason@aporter.com
   ARNOLD & PORTER LLP
4  777 South Figueroa Street, 44th Floor
   Los Angeles, California 90017-5844
5  Telephone: (213) 243-4000
   Facsimile: (213) 243-4199
6

7  *Attorneys for Plaintiffs*

8

9              **UNITED STATES DISTRICT COURT**

10            **CENTRAL DISTRICT OF CALIFORNIA**

11                  **WESTERN DIVISION**

                **CV11-06849**SVW(FFMx)

12 SWEET PEOPLE APPAREL, INC.      ) Case No.: _____
   d/b/a Miss Me, a California corporation )
13 and RCRV, INC. d/b/a ROCK       )
   REVIVAL, a California corporation )  COMPLAINT FOR:
14                                  )
15            Plaintiffs,           )  (1) Copyright Infringement in Violation of
                                    )      17 U.S.C. § 501
16        v.                        )
                                    )  (2) Trademark Infringement in Violation of
17 LA IDOL FASHION, INC., a         )      15 U.S.C. §§ 1114 and 1125(a);
   California corporation           )
18                                  )  (3) False Designation of Origin in Violation
            Defendant.             )      of 15 U.S.C. § 1125(a);
19                                  )
20                                  )  (4) Common Law Trademark Infringement
                                    )      and Unfair Competition;
21                                  )
22                                  )  (5) Unfair Competition in Violation of
                                    )      California Bus. & Prof. Code §§17200
23                                  )      *et seq.*;
                                    )
24                                  )  **Demand for Jury Trial**
25                                  )
26                                  )
27                                  )
28 _____     )

Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People") and RCRV, Inc. d/b/a Rock Revival ("RCRV") (collectively "Plaintiffs"), by and through their undersigned counsel, complain of Defendant LA Idol Fashion, Inc. ("LA Idol"), and allege as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1331 and 1338 and 15 U.S.C. § 1121.  Plaintiffs' claims are predicated upon the Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.*, the Trademark Act of 1946, as amended, 15 U.S.C. § 1051 *et seq.*, and substantial and related claims under the statutory and common law of the State of California.

2.      Venue is properly founded in this judicial district pursuant to 28 U.S.C. § 1391(b), because Plaintiffs and Defendant maintain their principal places of business in this judicial district, and because a substantial part of the events giving rise to the claims herein occurred within this judicial district.

## NATURE OF THE ACTION

3.      Sweet People seeks injunctive relief and damages for acts of copyright infringement, trademark infringement, false designation of origin and unfair competition, engaged in by Defendant in violation of the laws of the United States and the State of California.

4.      RCRV seeks injunctive relief and damages for acts of trademark infringement, false designation of origin, and unfair competition, engaged in by Defendant in violation of the laws of the United States and the State of California.

5.      In particular, this case concerns Defendant's willful, deliberate and systematic targeting of Sweet People and RCRV, and its infringement of a number of Sweet People's and RCRV's most distinctive and popular designs, used on and in connection with their highly successful lines of jeanswear products.  After substantial resources were expended by Sweet People and RCRV in promoting and selling jeanswear products containing such designs, and after consumers had come to

recognize such designs and associate them exclusively with Sweet People and/or RCRV, Defendant introduced jeanswear products using virtually identical designs. This conduct was in bad faith, was undertaken without Plaintiffs' consent, and was engaged in by Defendant deliberately so that it could directly compete with Plaintiffs.

### THE PARTIES

6.     Plaintiff Sweet People is a corporation duly organized and existing under the laws of the State of California, and maintains its principal place of business at 4715 S. Alameda Street, Los Angeles, California 90058.

7.     Plaintiff RCRV is a corporation organized and existing under the laws of the State of California, and maintains its principal place of business at 4715 S. Alameda Street, Los Angeles, California 90058.

8.     Upon information and belief, Defendant LA Idol is a corporation duly organized and existing under the laws of the State of California, and maintains its principal place of business within this judicial district at 1100 S. San Pedro St. #K8, Los Angeles, California 90015.

### SWEET PEOPLE'S BUSINESS

9.     Sweet People manufactures, promotes, sells and distributes high-quality jeanswear and denim products throughout the United States, including in this judicial district, under the MISS ME brand name. Sweet People's line of MISS ME brand jeanswear products are sold at retail by such well-known fashion retailers and department stores as Macy's, Dillards and The Buckle, both in-store and online.

10.     Over the past several years, the MISS ME brand of jeanswear and denim products has become very popular in the highly competitive jeanswear market. Due to its popularity, Sweet People's MISS ME jeanswear has received extensive media coverage and has appeared in numerous widely circulated fashion magazines, including *In Style, Elle, Glamour, Lucky, 944 Magazine, Harper's Bazaar, Lucky, Teen Vogue* and *Nylon*. In addition, celebrities such as Miley Cyrus, Paris Hilton and Beyonce have been photographed wearing MISS ME jeanswear.

11.     Among the many elements that identify MISS ME brand jeanswear products and distinguish them from the products of Sweet People's competitors are the unique and distinctive designs created by Sweet People and embroidered onto and/or otherwise affixed to its jeanswear products.  Such designs are used repeatedly by Sweet People on its MISS ME brand of jeanswear products, and have come to exclusively identify Sweet People as the source of such products.

12.     Among Sweet People's most important assets are the intellectual property rights it owns in the unique and distinctive designs used on and in connection with its MISS ME line of jeanswear products.  Such designs, which are subject to copyright and/or trademark protection, include Sweet People's Wing Design, Fleur de Lis Design, Sparkle Cross Design, Beaded Cross Design, JP5117 Cross Wing Design, JP5095 Wing Cross Design, Cross Roads Design and Fabric Cut Out Design.

## SWEET PEOPLE'S WING DESIGN COPYRIGHT

13.     Sweet People owns U.S. Copyright Registration No. VA 1-733-502, issued on September 3, 2010, for its Wing Design (the "Wing Design Copyright") and Supplementary Registration No. 1-432-644, issued on September 16, 2010, for the Wing Design Copyright.  A copy of the registration certificates for Sweet People's Wing Design Copyright along with a photograph of the Wing Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit A.

14.     Sweet People owns all right, title and interest to the Sweet People Wing Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

15.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Sweet People Wing Design Copyright.

## SWEET PEOPLE'S FLEUR DE LIS DESIGN COPYRIGHT

16.     Sweet People owns U.S. Copyright Registration No. VA 1-418-846, issued on May 23, 2007, for its Fleur de Lis Design (the "Fleur de Lis Design Copyright").  A copy of the registration certificate for Sweet People's Fleur de Lis Design Copyright along with a photograph of the Fleur de Lis Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit B.

17.     Sweet People owns all right, title and interest to the Sweet People Fleur de Lis Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

18.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Sweet People Fleur de Lis Design Copyright.

## SWEET PEOPLE'S SPARKLE CROSS DESIGN COPYRIGHT

19.     Sweet People owns U.S. Copyright Registration No. VA 1-716-852, issued on October 27, 2008, for its Sparkle Cross Design (the "Sparkle Cross Design Copyright").  A copy of the registration certificate for Sweet People's Sparkle Cross Design Copyright along with a photograph of the Sparkle Cross Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit C.

20.     Sweet People owns all right, title and interest to the Sweet People Sparkle Cross Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

21.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Sweet People Sparkle Cross Design Copyright.

## SWEET PEOPLE'S BEADED CROSS DESIGN COPYRIGHT

22.     Sweet People owns U.S. Copyright Registration No. VA 1-741-621, issued on September 28, 2010, for its Beaded Cross Design (the "Beaded Cross

Design Copyright"). A copy of the registration certificate for Sweet People's Beaded Cross Design Copyright along with a photograph of the Beaded Cross Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit D.

23.    Sweet People owns all right, title and interest to the Sweet People Beaded Cross Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

24.    Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Sweet People Beaded Cross Design Copyright.

### SWEET PEOPLE'S JP5117 CROSS WING DESIGN COPYRIGHT

25.    Sweet People owns U.S. Copyright Registration No. VA 1-740-392, issued on September 20, 2010, for its JP5117 Cross Wing Design (the "JP5117 Cross Wing Design Copyright"). A copy of the registration certificate for Sweet People's JP5117 Cross Wing Design Copyright along with a photograph of the JP5117 Cross Wing Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit E.

26.    Sweet People owns all right, title and interest to the Sweet People JP5117 Cross Wing Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

27.    Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Sweet People JP5117 Cross Wing Design Copyright.

### SWEET PEOPLE'S JP5095 WING CROSS DESIGN COPYRIGHT

28.    Sweet People owns U.S. Copyright Registration No. VA 1-739-882, issued on September 16, 2010, for its JP5095 Wing Cross Design (the "JP5095 Wing Cross Design Copyright"). A copy of the registration certificate for Sweet People's JP5095 Wing Cross Design Copyright along with a photograph of the JP5095 Wing

Cross Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit F.

29.     Sweet People owns all right, title and interest to the Sweet People JP5095 Wing Cross Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

30.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Sweet People JP5095 Wing Cross Design Copyright.

## SWEET PEOPLE'S CROSS ROADS DESIGN COPYRIGHT

31.     Sweet People owns a copyright for its Cross Roads Design (the "Cross Roads Design Copyright"). An application was filed on August 4, 2011 with the U.S. Copyright Office for the Cross Roads Design Copyright and such application is currently pending. A copy of the application for Sweet People's Cross Roads Design Copyright along with a photograph of the Cross Roads Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit G.

32.     Sweet People owns all right, title and interest to the Sweet People Cross Roads Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

33.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Sweet People Cross Roads Design Copyright.

## SWEET PEOPLE'S DESIGN TRADEMARKS

34.     Sweet People owns trademark rights in the unique and innovative designs it uses on and in connection with its MISS ME brand of jeanswear products.

35.     Among the design trademarks owned and used by Sweet People is its distinctive Wing Design embroidered onto the rear pocket of its MISS ME line of jeanswear products (the "WING DESIGN Trademark").

36.   Also among the design trademarks owned and used by Sweet People is the distinctive Fleur de Lis Design embroidered onto the rear pocket of its MISS ME line of jeanswear products (the "FLEUR DE LIS DESIGN Trademark").

37.   Also among the design trademarks owned and used by Sweet People is the distinctive Fabric Cut Out Designs Trademark (the "FABRIC CUT OUT DESIGN Trademark").  The FABRIC CUT OUT DESIGN Trademark consists of a fabric cut out design on the pocket and under the waist-band of the pants.  The area of the cutout contains a fabric insert which differs in appearance from the surrounding fabric.  The FABRIC CUT OUT DESIGN Trademark is the subject of U.S. Trademark Registration No. 3,494,338, registered on August 26, 2008 for apparel products, namely jeans and pants.  Sweet People's trademark registration for the FABRIC CUT OUT DESIGN Trademark is in full force and effect.  A copy of the registration certificate for the FABRIC CUT OUT DESIGN Trademark along with a photograph of the FABRIC CUT OUT DESIGN Trademark as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit H.

38.   Sweet People's WING DESIGN Trademark, FLEUR DE LIS DESIGN Trademark and FABRIC CUT OUT DESIGN Trademark are hereinafter collectively referred to as the "Sweet People Design Marks."

39.   In addition to being, in and of themselves, highly distinctive designs, as a result of Sweet People's uninterrupted and continuing promotion and sale of Sweet People's line of MISS ME brand jeanswear products bearing the Sweet People Design Marks, and the widespread editorial coverage of such products, the Sweet People Design Marks have acquired distinctiveness, and have developed a strong secondary meaning among consumers and the trade.  Accordingly, these designs immediately identify Sweet People as the exclusive source of products that bear them, and signify goodwill of incalculable value.

40.   The Sweet People Wing Design Copyright, Sweet People Fleur de Lis Design Copyright, Sweet People Sparkle Cross Design Copyright, Sweet People

Beaded Cross Design Copyright, Sweet People JP5117 Cross Wing Design Copyright, Sweet People JP5095 Wing Cross Design Copyright, Sweet People Cross Roads Design Copyright and the Sweet People Design Marks are hereinafter collectively referred to as the "Sweet People Protected Designs."

### RCRV'S BUSINESS

41.     RCRV manufactures, promotes, sells and distributes high-quality jeanswear and denim products throughout the United States, including in this judicial district, under the ROCK REVIVAL brand name.

42.     ROCK REVIVAL brand jeanswear is sold at retail by such well-known fashion chain stores such as Buckle and Metropark, both in-store and online, in over 900 fashion boutiques, and in famous department stores such as Bloomingdale's and Nordstrom.  ROCK REVIVAL brand jeanswear and denim products have become very popular in the highly competitive jeanswear market.  Among the many elements that distinguish ROCK REVIVAL jeanswear from its competitors are a series of design elements embroidered onto the jeanswear products that are used exclusively on ROCK REVIVAL jeanswear, and which have come to identify RCRV as the source of such products.

43.     ROCK REVIVAL jeanswear and the design elements that distinguish it from RCRV's competitors have been featured in numerous media articles.  For example, the leading fashion industry publication *Women's Wear Daily* listed ROCK REVIVAL jeanswear as the tenth-most searched-for denim brand in its April 2009 edition and in its November 2009 edition focusing on jeanswear rear pocket designs.  ROCK REVIVAL jeanswear was also featured in a denim segment of *Sportswear International's* November/December 2008 edition, and in the denim trend section of the May 2009 edition of *Madame*.

44.     Further, celebrities have repeatedly been seen wearing ROCK REVIVAL jeanswear in the media, including Steven Tyler, lead singer of the famous rock band Aerosmith, in *Rolling Stone* magazine; the Oscar winning actress, Halle

1    Berry, in *US Weekly*; Teri Hatcher on the popular television show Desperate

2    Housewives; and a finalist on the number one rated television show American Idol,

3    Casey James, who has repeatedly worn ROCK REVIVAL brand jeanswear while

4    performing for tens of millions of viewers nationwide.

**RCRV'S INVERTED FLEUR-DE-LIS MARK**

6       45.   Among the design elements used by RCRV on ROCK REVIVAL brand

7    jeanswear is a distinctive Inverted Fleur-de-lis Design embroidered onto the rear

8    pocket of ROCK REVIVAL jeanswear (the "INVERTED FLEUR-DE-LIS DESIGN

9    Trademark"). A photograph of the Inverted Fleur-de-lis Design as used by RCRV on

10   its jeanswear products is attached hereto as Exhibit I.

11      46.   The INVERTED FLEUR-DE-LIS DESIGN Trademark has been in use

12   by RCRV for a number of years. In addition to being, in and of itself, highly

13   distinctive, the INVERTED FLEUR-DE-LIS DESIGN Trademark has, through

14   extensive sales, promotion and media coverage of ROCK REVIVAL jeanswear,

15   come to identify RCRV as the exclusive source of such products. As a result of

16   RCRV's broad media exposure, and the uninterrupted and continuing promotion and

17   sale of ROCK REVIVAL jeanswear bearing the INVERTED FLEUR-DE-LIS

18   DESIGN Trademark, the design has acquired distinctiveness, and has developed a

19   strong secondary meaning among consumers and the trade, immediately identifying

20   RCRV as the exclusive source of products bearing the INVERTED FLEUR-DE-LIS

21   DESIGN Trademark, and signifying goodwill of incalculable value.

22      47.   In addition, the INVERTED FLEUR-DE-LIS DESIGN Trademark is the

23   subject of U.S. Trademark Registration No. 3,581,968, issued on February 24, 2009

24   for jeans. RCRV's trademark registration for the INVERTED FLEUR-DE-LIS

25   DESIGN Trademark is in full force and effect. A copy of the registration certificate

26   for the INVERTED FLEUR-DE-LIS DESIGN Trademark is attached hereto as

27   Exhibit J.

28

## DEFENDANT'S INFRINGING CONDUCT

48.     Upon information and belief, Defendant is currently, and at all times relevant hereto has been engaged in the business of manufacturing, distributing, advertising, promoting, offering for sale and selling apparel products, including jeanswear.

49.     Upon information and belief, Defendant is manufacturing, distributing, advertising, promoting, offering for sale and/or selling, and/or are causing to be manufactured, distributed, advertised, promoted, offered for sale and/or sold, without authorization or license from Plaintiffs, jeanswear products bearing designs that are studied imitations of the Sweet People Protected Designs (the "Infringing Sweet People Designs"), and the INVERTED FLEUR-DE-LIS DESIGN Trademark (the "Infringing RCRV Design").  The Infringing Sweet People Designs and the Infringing RCRV Design are collectively referred to as the "Infringing Designs."

50.     A photograph of an infringing wing design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's Wing Design is attached hereto as Exhibit K.

51.     A photograph of an infringing fleur de lis design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's Fleur de Lis Design is attached hereto as Exhibit L.

52.     A photograph of an infringing sparkle cross design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's Sparkle Cross Design is attached hereto as Exhibit M.

53.     A photograph of an infringing beaded cross design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's Beaded Cross Design is attached hereto as Exhibit N.

54.     A photograph of an infringing cross wing design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's JP5117 Cross Wing Design is attached hereto as Exhibit O.

55.     A photograph of an infringing wing cross design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's JP5095 Wing Cross Design is attached hereto as Exhibit P.

56.     A photograph of an infringing cross design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's Cross Roads Design is attached hereto as Exhibit Q.

57.     A photograph of an infringing fabric cut out design used by Defendant on its jeanswear products which is a studied imitation of Sweet People's Fabric Cut Out Design is attached hereto as Exhibit R.

58.     A photograph of an infringing inverted fleur-de-lis design used by Defendant on its jeanswear products which is a studied imitation of RCRV's Inverted Fleur-de-lis Design is attached hereto as Exhibit S.

59.     Upon information and belief, Defendant distributes, advertises, promotes, offers to sell and/or sells the products bearing the Infringing Designs to retail outlets throughout the United States, including outlets located in this judicial district.

60.     Rather than going to the effort and expense of developing and creating its own unique, source-identifying designs, Defendant has deliberately, knowingly and faithfully replicated the Sweet People Protected Designs and the INVERTED FLEUR-DE-LIS DESIGN Trademark.  As a result, Defendant's jeanswear products bearing the Infringing Designs are likely to cause consumers, either at the point-of-sale or post-sale, to believe that products bearing the Infringing Designs are authorized, sponsored, approved, endorsed or licensed by Sweet People or RCRV, or are in some other way affiliated, associated, or connected with Sweet People or RCRV.

61.     Upon information and belief, Defendant was aware of the fact that the Sweet People Protected Designs and the INVERTED FLEUR-DE-LIS DESIGN Trademark were well-known identifiers of Sweet People and RCRV as the sources of

jeanswear products on which they appear at the time it began using the Infringing Designs on its jeanswear products. Accordingly, upon information and belief, Defendant has been engaging in the above-described unlawful activities knowingly and intentionally, and/or with reckless disregard for Sweet People's rights in the Sweet People Protected Designs, and RCRV's rights in the INVERTED FLEUR-DE-LIS DESIGN Trademark.

62.     Upon information and belief, Defendant is manufacturing, distributing, advertising, promoting, offering for sale and/or selling, and/or is causing to be manufactured, distributed, advertised, promoted, offered for sale and/or sold, without authorization or license, jeanswear products bearing the Infringing Designs at prices below the retail prices at which Plaintiffs' products bearing such identifying marks and designs are sold.

63.     Upon information and belief, Defendant intends to continue to manufacture, distribute, advertise, promote, offer for sale and/or sell products bearing the Infringing Designs, unless otherwise restrained by this Court.

64.     Upon information and belief, Defendant is making prominent use of one or more of the Infringing Designs, including Sweet People's Fleur de Lis Design, in connection with the advertising and promotion of its exhibit at the Magic Show in Las Vegas, the largest and most comprehensive apparel and accessory trade show in the United States, scheduled to commence on August 22, 2011. A copy of Defendant's invitation to the Magic Show is attached hereto as Exhibit T. Upon further information and belief, Defendant intends to offer for sale and sell jeanswear products bearing the Infringing Designs at the Magic Show. Both Sweet People and RCRV will be having their own exhibits at the Magic Show, which they will be exhibiting jeanswear and other products bearing the Sweet People Protected Designs and RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark, respectively.

65.     Unless Defendant's conduct is enjoined, such conduct will severely inhibit and/or destroy the ability of the Sweet People Protected Designs to identify

1   Sweet People as the exclusive source of goods to which they are affixed.

2       66.   Unless Defendant's conduct is enjoined, such conduct will severely

3   inhibit and/or destroy the ability of the INVERTED FLEUR-DE-LIS DESIGN

4   Trademark to identify RCRV as the exclusive source of goods to which they are

5   affixed.

6       67.   On August 10, 2011, Plaintiffs, through their counsel, sent Defendant a

7   letter demanding that it immediately, *inter alia*, cease and desist from (i) distributing,

8   offering for sale and/or selling products bearing the Infringing Designs; and (ii)

9   advertising, promoting and/or marketing the Infringing Designs, including in any

10  advertising and/or marketing materials for the August 22-24, 2011 Magic Show.  A

11  copy of Plaintiffs' August 17, 2011 letter to Defendant (without the attached exhibits)

12  is attached hereto as Exhibit U.  Defendant has failed to respond to Plaintiff's August

13  10, 2011 letter.

**FIRST CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**(BY PLAINTIFF SWEET PEOPLE)**

17      68.   The allegations set forth in paragraphs 1 through 67 hereof are adopted

18  and incorporated by reference as if fully set forth herein.

19      69.   Sweet People is the owner of a U.S. copyright registration for the Wing

20  Design, which registration is in full force and effect.

21      70.   Defendant, without authorization from Sweet People, has distributed,

22  advertised, promoted, sold and offered for sale jeanswear products incorporating

23  designs that were copied from and are substantially similar in overall appearance to

24  Sweet People's Wing Design.

25      71.   Defendant thereby has willfully infringed and, upon information and

26  belief, is continuing to willfully infringe Sweet People's copyright in the Wing

27  Design.

28      72.   Upon information and belief, by its acts, Defendant has made and will

1    make substantial profits and gains to which it is not in law or in equity entitled.

2         73.    Upon information and belief, Defendant intends to continue its willful

3    conduct, and will continue to willfully infringe Sweet People's copyright in the Wing

4    Design, and to act in bad faith, unless restrained by this Court.

5         74.    Defendant's acts have damaged and will continue to irreparably damage

6    Sweet People, and Sweet People has no adequate remedy at law.

**SECOND CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**(BY PLAINTIFF SWEET PEOPLE)**

10        75.    The allegations set forth in paragraphs 1 through 74 hereof are adopted

11   and incorporated by reference as if fully set forth herein.

12        76.    Sweet People is the owner of a U.S. copyright registration for the Fleur

13   de Lis Design, which registration is in full force and effect.

14        77.    Defendant, without authorization from Sweet People, has distributed,

15   advertised, promoted, sold and offered for sale jeanswear products incorporating

16   designs that were copied from and are substantially similar in overall appearance to

17   Sweet People's Fleur de Lis Design.

18        78.    Defendant thereby has willfully infringed and, upon information and

19   belief, is continuing to willfully infringe Sweet People's copyright in the Fleur de Lis

20   Design.

21        79.    Upon information and belief, by its acts, Defendant has made and will

22   make substantial profits and gains to which it is not in law or in equity entitled.

23        80.    Upon information and belief, Defendant intends to continue its willful

24   conduct, and will continue to willfully infringe Sweet People's copyright in the Fleur

25   de Lis Design, and to act in bad faith, unless restrained by this Court.

26        81.    Defendant's acts have damaged and will continue to irreparably damage

27   Sweet People, and Sweet People has no adequate remedy at law.

28

## THIRD CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

## (BY PLAINTIFF SWEET PEOPLE)

82.    The allegations set forth in paragraphs 1 through 81 hereof are adopted and incorporated by reference as if fully set forth herein.

83.    Sweet People is the owner of a U.S. copyright registration for the Sparkle Cross Design, which registration is in full force and effect.

84.    Defendant, without authorization from Sweet People, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Sparkle Cross Design.

85.    Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the Sparkle Cross Design.

86.    Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

87.    Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the Sparkle Cross Design, and to act in bad faith, unless restrained by this Court.

88.    Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

## FOURTH CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

## (BY PLAINTIFF SWEET PEOPLE)

89.    The allegations set forth in paragraphs 1 through 88 hereof are adopted and incorporated by reference as if fully set forth herein.

90.    Sweet People is the owner of a U.S. copyright registration for the Beaded Cross Design, which registration is in full force and effect.

91.     Defendant, without authorization from Sweet People, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Beaded Cross Design.

92.     Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the Beaded Cross Design.

93.     Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

94.     Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the Beaded Cross Design, and to act in bad faith, unless restrained by this Court.

95.     Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

## FIFTH CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

## <u>(BY PLAINTIFF SWEET PEOPLE)</u>

96.     The allegations set forth in paragraphs 1 through 95 hereof are adopted and incorporated by reference as if fully set forth herein.

97.     Sweet People is the owner of a U.S. copyright registration for the JP5117 Cross Wing Design, which registration is in full force and effect.

98.     Defendant, without authorization from Sweet People, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's JP5117 Cross Wing Design.

99.     Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the JP5117 Cross Wing Design.

17

100. Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

101. Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the JP5117 Cross Wing Design, and to act in bad faith, unless restrained by this Court.

102. Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

**SIXTH CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**(BY PLAINTIFF SWEET PEOPLE)**

103. The allegations set forth in paragraphs 1 through 102 hereof are adopted and incorporated by reference as if fully set forth herein.

104. Sweet People is the owner of a U.S. copyright registration for the JP5095 Wing Cross Design, which registration is in full force and effect.

105. Defendant, without authorization from Sweet People, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's JP5095 Wing Cross Design.

106. Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the JP5095 Wing Cross Design.

107. Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

108. Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the JP5095 Wing Cross Design, and to act in bad faith, unless restrained by this Court.

109. Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

## SEVENTH CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

## (BY PLAINTIFF SWEET PEOPLE)

110.   The allegations set forth in paragraphs 1 through 109 hereof are adopted and incorporated by reference as if fully set forth herein.

111.   Sweet People is the owner of a copyright for the Cross Roads Design. An application to register Sweet People's Cross Roads Design Copyright is pending before the U.S. Copyright Office.

112.   Defendant, without authorization from Sweet People, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Cross Roads Design.

113.   Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the Cross Roads Design.

114.   Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

115.   Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the Cross Roads Design, and to act in bad faith, unless restrained by this Court.

116.   Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

## EIGHTH CLAIM FOR RELIEF

## TRADEMARK INFRINGEMENT (15 U.S.C. § 1125(a))

## (BY PLAINTIFF SWEET PEOPLE)

117.   The allegations set forth in paragraphs 1 through 115 hereof are adopted and incorporated by reference as if fully set forth herein.

118.   Sweet People's WING DESIGN Trademark has acquired strong

19

secondary meaning in the marketplace and immediately indicates Sweet People as the exclusive source of jeanswear products on which it is used.

119.    Defendant, without authorization or approval from Sweet People, has designed, manufactured, advertised, promoted, distributed, sold and/or offered for sale jeanswear products which contain a design that is identical and/or confusingly similar to the WING DESIGN Trademark.

120.    Upon information and belief, Defendant's products bearing a design that is identical and/or confusingly similar to the WING DESIGN Trademark is intended to cause, and is likely to continue to cause confusion, mistake and deception among the general consuming public and the trade as to the source of Defendant's products bearing such infringing design, or as to a possible affiliation, connection or association between Sweet People and Defendant, and/or between Sweet People and the products bearing the infringing design.

121.    Upon information and belief, Defendant has acted with knowledge of Sweet People's ownership of the WING DESIGN Trademark, and with the deliberate intention to unfairly benefit from the goodwill symbolized thereby.

122.    Defendant's acts constitute willful trademark infringement in violation of 15 U.S.C. § 1125(a).

123.    Upon information and belief, by its actions, Defendant intends to continue its infringing conduct, and to willfully infringe Sweet People's WING DESIGN Trademark, unless restrained by this Court.

124.    Upon information and belief, by its willful acts, Defendant has made and will continue to make substantial profits and gains to which it is not in law or equity entitled.

125.    Upon information and belief, Defendant's acts have caused and will continue to cause irreparable harm to Sweet People, and Sweet People has no adequate remedy at law.

# NINTH CLAIM FOR RELIEF

## TRADEMARK INFRINGEMENT (15 U.S.C. § 1125(a))

### (BY PLAINTIFF SWEET PEOPLE)

126.   The allegations set forth in paragraphs 1 through 125 hereof are adopted and incorporated by reference as if fully set forth herein.

127.   Sweet People's FLEUR DE LIS DESIGN Trademark has acquired strong secondary meaning in the marketplace and immediately indicates Sweet People as the exclusive source of jeanswear products on which it is used.

128.   Defendant, without authorization or approval from Sweet People, has designed, manufactured, advertised, promoted, distributed, sold and/or offered for sale jeanswear products which contain a design that is identical and/or confusingly similar to the FLEUR DE LIS DESIGN Trademark.

129.   Upon information and belief, Defendant's products bearing a design that is identical and/or confusingly similar to the FLEUR DE LIS DESIGN Trademark is intended to cause, and is likely to continue to cause confusion, mistake and deception among the general consuming public and the trade as to the source of Defendant's products bearing such infringing design, or as to a possible affiliation, connection or association between Sweet People and Defendant, and/or between Sweet People and the products bearing the infringing design.

130.   Upon information and belief, Defendant has acted with knowledge of Sweet People's ownership of the FLEUR DE LIS DESIGN Trademark, and with the deliberate intention to unfairly benefit from the goodwill symbolized thereby.

131.   Defendant's acts constitute willful trademark infringement in violation of 15 U.S.C. § 1125(a).

132.   Upon information and belief, by its actions, Defendant intends to continue its infringing conduct, and to willfully infringe Sweet People's FLEUR DE LIS DESIGN Trademark, unless restrained by this Court.

133.   Upon information and belief, by its willful acts, Defendant has made and

1    will continue to make substantial profits and gains to which it is not in law or equity

2    entitled.

3         134.   Upon information and belief, Defendant's acts have caused and will

4    continue to cause irreparable harm to Sweet People, and Sweet People has no

5    adequate remedy at law.

**TENTH CLAIM FOR RELIEF**

**TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)**

**<u>(BY PLAINTIFF SWEET PEOPLE)</u>**

9         135.   The allegations set forth in paragraphs 1 through 134 hereof are adopted

10   and incorporated by reference as if fully set forth herein.

11        136.   Sweet People's FABRIC CUT OUT DESIGN Trademark has acquired

12   strong secondary meaning in the marketplace and immediately indicates Sweet

13   People as the exclusive source of jeanswear products on which it is used.

14        137.   Defendant, without authorization or approval from Sweet People, has

15   designed, manufactured, advertised, promoted, distributed, sold and/or offered for

16   sale jeanswear products which contain a design that is identical and/or confusingly

17   similar to the FABRIC CUT OUT DESIGN Trademark.

18        138.   Upon information and belief, Defendant's products bearing a design that

19   is identical and/or confusingly similar to the FABRIC CUT OUT DESIGN

20   Trademark is intended to cause, and is likely to continue to cause confusion, mistake

21   and deception among the general consuming public and the trade as to the source of

22   Defendant's products bearing such infringing design, or as to a possible affiliation,

23   connection or association between Sweet People and Defendant, and/or between

24   Sweet People and the products bearing the infringing design.

25        139.   Upon information and belief, Defendant has acted with knowledge of

26   Sweet People's ownership of the FABRIC CUT OUT DESIGN Trademark, and with

27   the deliberate intention to unfairly benefit from the goodwill symbolized thereby.

28        140.   Defendant's acts constitute willful trademark infringement in violation

22

1   of 15 U.S.C. § 1114.

2       141.   Upon information and belief, by its actions, Defendant intends to

3   continue its infringing conduct, and to willfully infringe Sweet People's FABRIC

4   CUT OUT DESIGN Trademark, unless restrained by this Court.

5       142.   Upon information and belief, by its willful acts, Defendant has made and

6   will continue to make substantial profits and gains to which it is not in law or equity

7   entitled.

8       143.   Upon information and belief, Defendant's acts have caused and will

9   continue to cause irreparable harm to Sweet People, and Sweet People has no

10  adequate remedy at law.

11              **ELEVENTH CLAIM FOR RELIEF**

12        **TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)**

13              <u>**(BY PLAINTIFF RCRV)**</u>

14      144.   The allegations set forth in paragraphs 1 through 143 hereof are adopted

15  and incorporated by reference as if fully set forth herein.

16      145.   RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark has

17  acquired strong secondary meaning in the marketplace and immediately indicates

18  RCRV as the exclusive source of jeanswear products on which it is used.

19      146.   Defendant, without authorization or approval from RCRV, has designed,

20  manufactured, advertised, promoted, distributed, sold and/or offered for sale

21  jeanswear products which contain a design that is identical and/or confusingly similar

22  to the INVERTED FLEUR-DE-LIS DESIGN Trademark.

23      147.   Upon information and belief, Defendant's products bearing a design that

24  is identical and/or confusingly similar to the INVERTED FLEUR-DE-LIS DESIGN

25  Trademark is intended to cause, and is likely to continue to cause confusion, mistake

26  and deception among the general consuming public and the trade as to the source of

27  Defendant's products bearing such infringing design, or as to a possible affiliation,

28  connection or association between RCRV and Defendant, and/or between RCRV and

1    the products bearing the infringing design.

2        148.   Upon information and belief, Defendant has acted with knowledge of

3    RCRV's ownership of the INVERTED FLEUR-DE-LIS DESIGN Trademark, and

4    with the deliberate intention to unfairly benefit from the goodwill symbolized

5    thereby.

6        149.   Defendant's acts constitute willful trademark infringement in violation

7    of 15 U.S.C. § 1114.

8        150.   Upon information and belief, by its actions, Defendant intends to

9    continue its infringing conduct, and to willfully infringe RCRV's INVERTED

10   FLEUR-DE-LIS DESIGN Trademark, unless restrained by this Court.

11       151.   Upon information and belief, by its willful acts, Defendant has made and

12   will continue to make substantial profits and gains to which it is not in law or equity

13   entitled.

14       152.   Upon information and belief, Defendant's acts have caused and will

15   continue to cause irreparable harm to RCRV, and RCRV has no adequate remedy at

16   law.

17                    **TWELFTH CLAIM FOR RELIEF**

18      **FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))**

19                      **(BY BOTH PLAINTIFFS)**

20       153.   The allegations set forth in paragraphs 1 through 152 hereof are adopted

21   and incorporated by reference as if fully set forth herein.

22       154.   Defendant's advertising, promotion, distribution, sale and offering for

23   sale of the products bearing the Infringing Designs, without authorization from

24   Plaintiffs, is intended to cause and is likely to continue to cause confusion, mistake

25   and deception among the general consuming public and the trade as to the source of

26   such products, or as to a possible affiliation, connection or association between

27   Plaintiffs and Defendant, and/or between Plaintiffs and such products.

28       155.   Defendant's conduct as aforementioned constitutes a willful false

                                    24

designation of the origin of the products bearing the Infringing Designs, and/or false and misleading descriptions and representations of fact, all in violation of 15 U.S.C. § 1125(a).

156.   Upon information and belief, by its actions, Defendant intends to continue to falsely designate the origin of its products as aforesaid, unless restrained by this Court.

157.   Upon information and belief, by its willful acts, Defendant has made and will continue to make substantial profits and gains to which it is not in law or equity entitled.

158.   Upon information and belief, Defendant's acts have caused and will continue to cause irreparable harm to Plaintiffs, and Plaintiffs have no adequate remedy at law.

**THIRTEENTH CLAIM FOR RELIEF**

**COMMON LAW TRADEMARK INFRINGEMENT**

**AND UNFAIR COMPETITION**

**(BY BOTH PLAINTIFFS)**

159.   The allegations set forth in paragraphs 1 through 158 hereof are adopted and incorporated by reference as if fully set forth herein.

160.   By manufacturing promoting, distributing, and selling jeanswear products bearing the Infringing Designs, Defendant is deceptively attempting to "pass off" their products as those of Plaintiffs, or as somehow related to or associated with, or sponsored or endorsed by, Plaintiffs, thereby exploiting Plaintiffs' reputation and goodwill in the marketplace.  Defendant's acts and conduct are likely to cause confusion, mistake and deception among the general consuming public and the trade as to the source of Defendant's products, or as to a possible affiliation, connection or association between Plaintiffs and Defendant, and/or between Plaintiffs and Defendant's products, in violation of Plaintiffs' rights under the common law of the State of California.

161.   Upon information and belief, by its actions, Defendant intends to continue its infringing and unfairly competitive acts, unless restrained by this Court.

162.   Upon information and belief, by its willful acts, Defendant has made and will continue to make substantial profits and gains to which it is not in law or equity entitled.

163.   Upon information and belief, Defendant's acts have caused and will continue to cause irreparable harm to Plaintiffs, and Plaintiffs have no adequate remedy at law.

164.   Pursuant to the common law of the State of California, Plaintiffs are entitled to injunctive relief and an award of damages and Defendant's profits resulting from Defendant's willful conduct.

165.   Plaintiffs are further informed and believe that Defendant's conduct was oppressive, fraudulent and malicious, and are thereby entitled to an award of punitive damages.

## FOURTEENTH CLAIM FOR RELIEF
## CALIFORNIA UNFAIR COMPETITION
### (Cal. Bus. & Prof. Code §§ 17200 *et seq.*)
### (BY BOTH PLAINTIFFS)

166.   The allegations set forth in paragraphs 1 through 165 hereof are adopted and incorporated by reference as if fully set forth herein.

167.   The aforesaid acts of Defendant constitute unlawful, unfair, or fraudulent unfair competition in violation of California Business & Professions Code §§ 17200 *et seq.*

168.   Upon information and belief, Plaintiffs have standing to assert this claim under California Business & Professions Code §§ 17200 *et seq.* because their monetary and property interests have been damaged by the aforesaid actions of Defendant.  By way of example, upon information and belief, Plaintiffs have lost sales of their jeanswear products due to Defendant's aforesaid conduct, and the value

1  of the Sweet People Protected Designs and RCRV's INVERTED FLEUR-DE-LIS

2  DESIGN Trademark has been diminished by Defendant's actions.

3       169.   Upon information and belief, by their actions, Defendant intends to

4  continue its unfairly competitive conduct, unless restrained by this Court.

5       170.   Upon information and belief, by its willful acts, Defendant has made and

6  will continue to make substantial profits and gains to which it is not in law or equity

7  entitled.

8       171.   Pursuant to California Business & Professions Code §§ 17200 *et seq.*,

9  Plaintiffs are entitled to injunctive relief and an award of attorneys' fees and costs.

10  **PRAYER FOR RELIEF**

11       WHEREFORE, Plaintiffs demand judgment against Defendant as follows:

12       1.   Finding that, (i) as to Counts 1-7, Defendant engaged in copyright

13  infringement in violation of 17 U.S.C. § 501; (ii) as to Counts 7-8, Defendant

14  engaged in trademark infringement in violation of 15 U.S.C. § 1125(a); (iii) as to

15  Counts 10-11, Defendant engaged in trademark infringement in violation of 15

16  U.S.C. § 1114; (iv) as to Count 12, Defendant engaged in acts of false designation of

17  origin and unfair competition in violation of 15 U.S.C. § 1125(a); (v) as to Count 13,

18  Defendant engaged in trademark infringement and unfair competition under the

19  common law of the State of California; and (vi) as to Count 14, Defendant engaged in

20  unfair competition in violation of California Business & Professions Code §§ 17200

21  *et seq.*

22       2.   That Defendant and all of those acting in concert with it, including its

23  agents and servants, and all those on notice of this suit, be preliminarily and

24  permanently enjoined from:

25          (a)   manufacturing, distributing, advertising, promoting, offering for

26  sale and/or selling any products which bear the Infringing Designs, or any other

27  design substantially similar in overall appearance and/or confusingly similar thereto,

28  and engaging in any other activity constituting an infringement of any of Plaintiffs'

1  rights in and to the Sweet People Protected Designs and RCRV's INVERTED

2  FLEUR-DE-LIS DESIGN Trademark; and

3          (b)    engaging in any activity constituting unfair competition with

4  Plaintiffs, or acts and practices that deceive the public and/or the trade, including,

5  without limitation, the use of design elements and designations associated with

6  Plaintiffs.

7      3.    That Defendant be required to take such other measures as the Court may

8  deem appropriate to prevent the public from deriving any erroneous impression that

9  products bearing the Infringing Designs have been manufactured, distributed,

10  advertised, promoted, offered for sale and/or sold by Plaintiffs, have been authorized

11  by Plaintiffs, or are related to or associated in any way with Plaintiffs or their

12  products.

13      4.    That Defendant be required to recall all infringing items and advertising

14  and promotional materials, and thereafter to deliver up for destruction all infringing

15  designs, artwork, packaging, advertising and promotional materials, and any means of

16  making such infringing items.

17      5.    That the Court award Sweet People (i) Defendant's profits and Sweet

18  People's damages and/or statutory damages, attorneys' fees and costs, to the full

19  extent provided for by 17 U.S.C. §§ 504 and 505; (ii) Defendant's profits and Sweet

20  People's damages, attorneys' fees and costs, to the full extent provided for by 15

21  U.S.C. § 1117, with any monetary award under 15 U.S.C. § 1117 to be trebled;

22  (iii) attorneys' fees and injunctive and other equitable relief, to the full extent

23  provided for by California Business & Professions Code §§17200 *et seq.*, to prevent

24  Defendant from continuing to engage in the unlawful, unfair, and/or fraudulent

25  business practices alleged herein and from continuing to receive ill-gotten gains

26  therefrom; (iv) actual and punitive damages as provided for under the common law;

27  and (v) attorneys' fees and costs incurred herein.

28

1       6.    That the Court award RCRV (i) Defendant's profits and RCRV's

damages, attorneys' fees and costs, to the full extent provided for by 15 U.S.C. §

1117, with any monetary award under 15 U.S.C. § 1117 to be trebled; (ii) attorneys'

fees and injunctive and other equitable relief, to the full extent provided for by

California Business & Professions Code §§17200 *et seq.*, to prevent Defendant from

continuing to engage in the unlawful, unfair, and/or fraudulent business practices

alleged herein and from continuing to receive ill-gotten gains therefrom; (iii) actual

and punitive damages as provided for under the common law; and (iv) attorneys' fees

and costs incurred herein.

       7.    That Plaintiffs be awarded pre-judgment interest on any monetary award

made part of the judgment against Defendant.

       8.    That Plaintiffs be awarded such additional and further relief as the Court

deems just and proper.

Dated:  August 19, 2011              ARNOLD & PORTER LLP

By:   _Eric D Mason_____

John Ulin
John.Ulin@aporter.com
Eric D. Mason
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

OF COUNSEL:

Louis S. Ederer
louis.ederer@aporter.com
Alan C. Veronick
alan.veronick@aporter.com
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for Plaintiffs*

# JURY DEMAND

Pursuant to Fed. R. Civ. Proc. 38(b), Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me and RCRV, Inc., d/b/a Rock Revival, hereby demand trial by jury of all issues so triable that are raised herein or which hereinafter may be raised in this action.

Dated:  August 19, 2011

ARNOLD & PORTER LLP

By: _____

John Ulin
John.Ulin@aporter.com
Eric D. Mason
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

OF COUNSEL:

Louis S. Ederer
louis.ederer@aporter.com
Alan C. Veronick
alan.veronick@aporter.com
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for Plaintiffs*

1    ARNOLD & PORTER LLP
      JOHN C. ULIN (State Bar No. 165524)
2    John.Ulin@aporter.com
      ERIC D. MASON (State Bar No. 259233)
3    Eric.Mason@aporter.com
      777 South Figueroa Street, 44th Floor
4    Los Angeles, California  90017-5844
      Telephone: (213) 243-4000
5    Facsimile:  (213) 243-4199

6    *Attorneys for Plaintiffs*

7

8           **UNITED STATES DISTRICT COURT**

9         **CENTRAL DISTRICT OF CALIFORNIA**

10               **WESTERN DIVISION**

11

12    SWEET PEOPLE APPAREL, INC.    )
      d/b/a Miss Me, a California corporation )
13    and RCRV, INC. d/b/a ROCK        )
      REVIVAL, a California corporation    )
14                 Plaintiffs,     )
                               )
15        v.                         )
                               )
16    LA IDOL FASHION, INC., a       )
      California corporation           )
17                                )
                   Defendant.   )
18                                )

19

20

21        **<u>EXHIBIT A TO COMPLAINT</u>**

22

23

24

25

26

27

28

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-733-502**

**Effective date of
registration:**
September 3, 2010

## Title

Title of Work: WING DESIGN

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: August 25, 2008    Nation of 1st Publication: United States

## Author

- Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied To Clothing

Work made for hire: Yes

Citizen of: United States

## Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda Street

Los Angeles, CA 90058 United States

## Certification

Name: Brent S. LaBarge

Date: September 3, 2010

Applicant's Tracking Number: 21406.001

Exhibit A
Page 31

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|-----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month   Day   Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼

WING DESIGN

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-733-502 | 2010 |
| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| Sweet People Apparel, Inc. | Sweet People Apparel, Inc. |

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ Line Heading or Description  Year of Completion and Date of 1st Publication

Incorrect Information as It Appears in Basic Registration ▼

Year of Completion:  2008; Date of 1st Publication: August 25, 2008

Corrected Information ▼

Year of Completion:  2009; Date of 1st Publication: June 5, 2009

Explanation of Correction ▼

The original application was inadvertently filed with the incorrect year of completion and first publication dates.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____ Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.   DO NOT WRITE HERE
                 • See detailed instructions.   • Sign the form at Space F.   Page 1 of _____ pages

Exhibit A
Page 32

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1—432—644

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

9   16   2010
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼
**WING DESIGN**

Registration Number of the Basic Registration ▼
**VA 1-733-502**

Year of Basic Registration ▼
**2010**

Name(s) of Author(s) ▼
**Sweet People Apparel, Inc.**

Name(s) of Copyright Claimant(s) ▼
**Sweet People Apparel, Inc.**

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____   Line Heading or Description **Year of Completion and Date of 1st Publication**

Incorrect Information as it Appears in Basic Registration ▼

**Year of Completion:  2008; Date of 1st Publication: August 25, 2008**

Corrected Information ▼

**Year of Completion:  2009; Date of 1st Publication: June 5, 2009**

Explanation of Correction ▼

**The original application was inadvertently filed with the incorrect year of completion and first publication dates.**

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.   DO NOT WRITE HERE
• See detailed instructions.   • Sign the form at Space F.   Page 1 of ___ pages

Exhibit A
Page 33

| FORM CA RECEIVED | FORM CA |
|---|---|
| 9/16/10 | |
| FUNDS RECEIVED DATE | |
| 9/16/10 /v1 | FOR COPYRIGHT OFFICE USE ONLY |
| EXAMINED BY MCRA /v1 | |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☐ YES  ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Arnold & Porter LLP, 555 Twelfth Street, N.W.
Washington, DC 20004
Attn: Brent S. LaBarge

Phone ( 202)  942-5158          Fax ( 202)  942-5999          Email  brent.labarge@aporter.com

**Deposit Account** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name  Arnold & Porter LLP

Account Number  067822

**E**

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of  Sweet People Apparel, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Brent S. LaBarge                                    Date ▼  September 15, 2010

Handwritten signature (X) ▼

**F**

| Certificate will be mailed in window envelope to this address: | Name ▼  Arnold & Porter LLP - Attn: Brent S. LaBarge | • Complete all necessary spaces • Sign your application in Space F |
|---|---|---|
| | Number/Street/Apt ▼  555 Twelfth Street, N.W. | 1. Application form 2. Nonrefundable filing fee in check or money order payable to Register of Copyrights |
| | City/State/ZIP ▼  Washington, DC 20004 | Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6000 |

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev: 07/2008   Print: 07/2008—xxx,000   Printed on recycled paper                              U.S. Government Printing Office: 2008—xxx-xxx/xx,xxx

Exhibit A
Page 34

## Sweet People Wing Design



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| LA IDOL FASHION, INC., a California corporation | ) ) ) |
| Defendant. | ) ) ) ) |

# <u>EXHIBIT B TO COMPLAINT</u>

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-410-140

EFFECTIVE DATE OF REGISTRATION

May 23 2007

---

**1**  Title of This Work ▼

JP 4369 BACK POCKET DESIGN

NATURE OF THIS WORK ▼ See Instructions

Fabric Design

Previous or Alternative Titles ▼

Publication as a Contribution

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**  NAME OF AUTHOR ▼

Sweet People Apparel, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

Author's Nationality or Domicile
Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☑ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of Art   ☐ Jewelry design   ☐ Architectural work

**b**  Name of Author ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes   ☐ No

Author's Nationality or Domicile
Citizen of
Domiciled in

Was This Author's Contribution to the Work
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3 Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2 Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**  **a** Year in Which Creation of This Work Was Completed
2006

**b** Date and Nation of First Publication of This Particular Work
October   03   2006   USA

---

**4**  COPYRIGHT CLAIMANT(S)

Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

Transfer  If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright.

APPLICATION RECEIVED
MAY 21 2007
ONE DEPOSIT RECEIVED
MAY 23 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

**Exhibit B**
**Page 36**

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages



EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

PREVIOUS REGISTRATION

Va 0-71-797

2006

DERIVATIVE WORK OR COMPILATION

DEPOSIT ACCOUNT

CORRESPONDENCE

Eric Choi / Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

(323) 235-7352

(323) 235-7362

Email ericchoi@nufame.com

CERTIFICATION

Eric Choi

April 9, 2007

Certificate
will be
mailed in
window
envelope
to this
address

Eric Choi / Sweet People Apparel, Inc.

4715 S. Alameda Street

Los Angeles, CA 90058



**Sweet People Sparkle Cross Design**



ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>LA IDOL FASHION, INC., a California corporation<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **<u>EXHIBIT C TO COMPLAINT</u>**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

**VA 1-716-852**

Effective date of
registration:
May 26, 2010

## Title

Title of Work: SPARKLE CROSS DESIGN

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: October 27, 2008        Nation of 1st Publication: United States

## Author

- **Author:** Sweet People Apparel, Inc.

Author Created: Artwork applied to clothing

Work made for hire: Yes

Citizen of: United States

## Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.
4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda Street

Los Angeles, CA 90058  United States

## Certification

Name: Brent S. LaBarge

Date: May 26, 2010

Applicant's Tracking Number: 21406.001

Exhibit C
Page 39



**Sweet People Fleur de Lis Design**



**Exhibit C**
**Page 40**

ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
and RCRV, INC. d/b/a ROCK
REVIVAL, a California corporation

    Plaintiffs,

  v.

LA IDOL FASHION, INC., a
California corporation

    Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

# **EXHIBIT D TO COMPLAINT**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-741-621

**Effective date of
registration:**

September 28, 2010

---

## Title

**Title of Work:** Beaded Cross JP5046

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 8, 2009          **Nation of 1st Publication:** United States

## Author

■   **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Name:** Lilly Kim

**Email:** lillykim@missme.com          **Telephone:** 323-235-7307

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058 United States

## Certification

**Name:** Lilly Kim

**Date:** September 28, 2010

Exhibit D
Page 41

Page 1 of 1

**Sweet People Beaded Cross Design**



ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>LA IDOL FASHION, INC., a California corporation<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

# **EXHIBIT E TO COMPLAINT**

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-740-392

**Effective date of registration:**

September 20, 2010

## Title

Title of Work: Cross Wing JP5117

## Completion/Publication

Year of Completion: 2009

Date of 1st Publication: August 13, 2009     Nation of 1st Publication: United States

## Author

Author: Sweet People Apparel, Inc.

Author Created: Artwork applied to clothing

Work made for hire: Yes

Citizen of: United States     Domiciled in: United States

## Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Name: Lilly Kim

Email: lilly kim@missme.com     Telephone: 323-235-7307

Address: 4715 S. Alameda St.

Los Angeles, CA 90058

## Certification

Name: Lilly Kim

Date: September 20, 2010

**Registration #:**   VA0001740392

**Service Request #:**   1-489801041



Sweet People Apparel, Inc.
Attn: Lilly Kim
4715 S. Alameda St.
Los Angeles, CA 90058  United States

**Sweet People JP5117 Wing Cross Design**



ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>LA IDOL FASHION, INC., a California corporation<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

# **EXHIBIT F TO COMPLAINT**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-739-882

**Effective date of
registration:**

September 16, 2010

## Title

| | |
|---|---|
| **Title of Work:** | JP5095 Wing Cross |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2009 | | |
| **Date of 1st Publication:** | August 31, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| ■ **Author:** | Sweet People Apparel, Inc. |
| **Author Created:** | Artwork Applied to Clothing |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |     **Domiciled in:** United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Sweet People Apparel, Inc. |
| | 4715 S. Alameda St., Los Angeles, CA, 90058, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Sweet People Apparel, Inc. |
| **Address:** | 4715 S. Alameda St. |
| | Los Angeles, CA 90058 United States |

## Certification

| | |
|---|---|
| **Name:** | Lilly Kim |
| **Date:** | September 16, 2010 |

**<u>Sweet People JP5095 Wing Cross Design</u>**



ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
and RCRV, INC. d/b/a ROCK
REVIVAL, a California corporation

        Plaintiffs,

   v.

LA IDOL FASHION, INC., a
California corporation

        Defendant.

# **<u>EXHIBIT G TO COMPLAINT</u>**

# *-APPLICATION-*

## Title

**Title of Work:** CrossRoads JP5072

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 27, 2009       **Nation of 1st Publication:** United States

## Author

■ **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied to Clothing

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda Street

Los Angeles, CA 90058  United States

## Certification

**Name:** Alan C. Veronick

**Date:** August 4, 2011

**Applicant's Tracking Number:** 21406.001

**Registration #:**
**Service Request #:**  1-643890151
**Priority:**  Routine               **Application Date:**  August 4, 2011 10:24:39 AM
**Note to C.O.:**  The following information was noted under the author's contribution:

Other - This author created:  Artwork Applied to Clothing

## Correspondent _____

**Organization Name:** Arnold & Porter LLP
**Name:** Alan C. Veronick
**Email:** alan.veronick@aporter.com              **Telephone:** 212-715-1126
**Address:** 399 Park Avenue
New York, NY 10022-4690 United States              **Fax:** 212-715-1399

## Mail Certificate _____

Arnold & Porter LLP
Alan C. Veronick
399 Park Avenue
New York, NY 10022-4690  United States

Exhibit G
Page 49

**Sweet People Cross Roads Design**



1   ARNOLD & PORTER LLP
    JOHN C. ULIN (State Bar No. 165524)
2   John.Ulin@aporter.com
    ERIC D. MASON (State Bar No. 259233)
3   Eric.Mason@aporter.com
    777 South Figueroa Street, 44th Floor
4   Los Angeles, California  90017-5844
    Telephone: (213) 243-4000
5   Facsimile:  (213) 243-4199

6   *Attorneys for Plaintiffs*

7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11  SWEET PEOPLE APPAREL, INC.          )
    d/b/a Miss Me, a California corporation)
12  and RCRV, INC. d/b/a ROCK           )
    REVIVAL, a California corporation    )
13                                       )
                   Plaintiffs,           )
14                                       )
          v.                             )
15                                       )
    LA IDOL FASHION, INC., a            )
16  California corporation               )
                                         )
17                 Defendant.            )
                                         )
18  _____)

19

20

21        **<u>EXHIBIT H TO COMPLAINT</u>**

22

23

24

25

26

27

28

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,494,338
Registered Aug. 26, 2008

## TRADEMARK
### SUPPLEMENTAL REGISTER



SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)

4715 S. ALAMEDA ST.

LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-29-2005; IN COMMERCE 9-29-2005.

THE MARK CONSISTS OF A FABRIC CUT OUT DESIGN ON THE POCKET FLAP AND UNDER THE WAIST OF THE PANTS. THE AREA OF THE CUT-OUT IS REPLACED WITH A FABRIC INSERT WHICH DIFFERS IN DESIGN FROM THE REMAINING PANTS FABRIC.

SER. NO. 78-938,050, FILED P.R. 7-26-2006; AM. S.R. 7-21-2008.

INGA ERVIN, EXAMINING ATTORNEY

## Sweet People Fabric Cut Out Design



1
ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
2
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
3
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
4
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199
5
6
*Attorneys for Plaintiffs*
7
8
## UNITED STATES DISTRICT COURT
9
## CENTRAL DISTRICT OF CALIFORNIA
10
## WESTERN DIVISION
11
SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
12
and RCRV, INC. d/b/a ROCK
REVIVAL, a California corporation
13
14
              Plaintiffs,
15
     v.
16
LA IDOL FASHION, INC., a
California corporation
17
              Defendant.
18
19
20
21
# **<u>EXHIBIT I TO COMPLAINT</u>**
22
23
24
25
26
27
28

**Rock Revival Inverted Fleur de Lis Design**



Exhibit I
Page 53

ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
and RCRV, INC. d/b/a ROCK
REVIVAL, a California corporation

        Plaintiffs,

    v.

LA IDOL FASHION, INC., a
California corporation

        Defendant.

# __EXHIBIT J TO COMPLAINT__

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

Reg. No. 3,581,968

## United States Patent and Trademark Office

Registered Feb. 24, 2009

### TRADEMARK
### SUPPLEMENTAL REGISTER



RCRV, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-28-2008; IN COMMERCE 7-28-2008.

THE MARK CONSISTS OF A STYLIZED REPRE-
SENTATION OF A FLEUR-DE-LYS.

SER. NO. 77-551,925, FILED P.R. 8-20-2008; AM. S.R.
12-15-2008.

AISHA SALEM, EXAMINING ATTORNEY

1   ARNOLD & PORTER LLP
    JOHN C. ULIN (State Bar No. 165524)
2   John.Ulin@aporter.com
    ERIC D. MASON (State Bar No. 259233)
3   Eric.Mason@aporter.com
    777 South Figueroa Street, 44th Floor
4   Los Angeles, California  90017-5844
    Telephone: (213) 243-4000
5   Facsimile: (213) 243-4199

6   *Attorneys for Plaintiffs*

7

8                 UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                     WESTERN DIVISION

11  SWEET PEOPLE APPAREL, INC.        )
    d/b/a Miss Me, a California corporation)
12  and RCRV, INC. d/b/a ROCK          )
    REVIVAL, a California corporation  )
13                                     )
               Plaintiffs,             )
14                                     )
         v.                            )
15                                     )
    LA IDOL FASHION, INC., a           )
16  California corporation             )
                                       )
17             Defendant.              )
                                       )
18  _____)

19

20

21          **<u>EXHIBIT K TO COMPLAINT</u>**

22

23

24

25

26

27

28

**LA Idol Infringing Wing Design**



**LA Idol Infringing Wing Design**



**LA Idol Infringing Wing Design**



**LA Idol Infringing Wing Design**



**LA Idol Infringing Wing Design**



1 ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
2 John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
3 Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
4 Los Angeles, California 90017-5844
Telephone: (213) 243-4000
5 Facsimile: (213) 243-4199

6 *Attorneys for Plaintiffs*

7

8                UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                    WESTERN DIVISION

11 SWEET PEOPLE APPAREL, INC.          )
   d/b/a Miss Me, a California corporation )
12 and RCRV, INC. d/b/a ROCK            )
   REVIVAL, a California corporation    )
13                                      )
                  Plaintiffs,           )
14                                      )
                                        )
15         v.                           )
                                        )
16 LA IDOL FASHION, INC., a             )
   California corporation               )
17                                      )
                  Defendant.            )
18 _____  )

19

20

21        **<u>EXHIBIT L TO COMPLAINT</u>**

22

23

24

25

26

27

28

**LA Idol Infringing Fleur de Lis Design**



**Exhibit L**   i
**Page 60**

**LA Idol Infringing Fleur de Lis Design**



**Exhibit L**
**Page 61**

**LA Idol Infringing Fleur de Lis Design**



**Exhibit L**
**Page 62**

ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>LA IDOL FASHION, INC., a California corporation<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

# **EXHIBIT M TO COMPLAINT**

**LA Idol Infringing Sparkle Cross Design**



**LA Idol Infringing Sparkle Cross Design**



1   ARNOLD & PORTER LLP
    JOHN C. ULIN (State Bar No. 165524)
2   John.Ulin@aporter.com
    ERIC D. MASON (State Bar No. 259233)
3   Eric.Mason@aporter.com
    777 South Figueroa Street, 44th Floor
4   Los Angeles, California  90017-5844
    Telephone: (213) 243-4000
5   Facsimile:  (213) 243-4199

6   *Attorneys for Plaintiffs*

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11  SWEET PEOPLE APPAREL, INC.         )
    d/b/a Miss Me, a California corporation)
12  and RCRV, INC. d/b/a ROCK          )
    REVIVAL, a California corporation  )
13                                     )
              Plaintiffs,              )
14                                     )
         v.                            )
15                                     )
    LA IDOL FASHION, INC., a           )
16  California corporation             )
                                       )
17            Defendant.               )
                                       )
18                                     )

19

20

21       **<u>EXHIBIT N TO COMPLAINT</u>**

22

23

24

25

26

27

28

**LA Idol Infringing Beaded Cross Design**



1   ARNOLD & PORTER LLP
    JOHN C. ULIN (State Bar No. 165524)
    John.Ulin@aporter.com
2   ERIC D. MASON (State Bar No. 259233)
    Eric.Mason@aporter.com
3   777 South Figueroa Street, 44th Floor
    Los Angeles, California  90017-5844
4   Telephone: (213) 243-4000
    Facsimile:  (213) 243-4199
5
6   *Attorneys for Plaintiffs*

7
8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                       WESTERN DIVISION

11  SWEET PEOPLE APPAREL, INC.        )
    d/b/a Miss Me, a California corporation )
12  and RCRV, INC. d/b/a ROCK         )
    REVIVAL, a California corporation  )
13                                     )
                   Plaintiffs,         )
14                                     )
           v.                          )
15                                     )
    LA IDOL FASHION, INC., a           )
16  California corporation             )
                                       )
17                 Defendant.          )
                                       )
18  _____)

19

20

21          **<u>EXHIBIT O TO COMPLAINT</u>**

22

23

24

25

26

27

28

**LA Idol Infringing JP5117 Wing Cross Design**



ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
and RCRV, INC. d/b/a ROCK
REVIVAL, a California corporation

        Plaintiffs,

    v.

LA IDOL FASHION, INC., a
California corporation

        Defendant.

# EXHIBIT P TO COMPLAINT

**LA Idol Infringing JP5095 Wing Cross Design**



1   ARNOLD & PORTER LLP
    JOHN C. ULIN (State Bar No. 165524)
2   John.Ulin@aporter.com
    ERIC D. MASON (State Bar No. 259233)
3   Eric.Mason@aporter.com
    777 South Figueroa Street, 44th Floor
4   Los Angeles, California  90017-5844
    Telephone: (213) 243-4000
5   Facsimile:  (213) 243-4199

6   *Attorneys for Plaintiffs*

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10                     WESTERN DIVISION

11  SWEET PEOPLE APPAREL, INC.      )
    d/b/a Miss Me, a California corporation)
12  and RCRV, INC. d/b/a ROCK        )
    REVIVAL, a California corporation )
13                                   )
                Plaintiffs,          )
14                                   )
          v.                         )
15                                   )
    LA IDOL FASHION, INC., a         )
16  California corporation           )
                                     )
17              Defendant.           )
                                     )
18  _____)

19

20

21        **<u>EXHIBIT Q TO COMPLAINT</u>**

22

23

24

25

26

27

28

**LA Idol Infringing Cross Roads Design**



**LA Idol Infringing Cross Roads Design**



**LA Idol Infringing Cross Roads Design**



1   ARNOLD & PORTER LLP
    JOHN C. ULIN (State Bar No. 165524)
2   John.Ulin@aporter.com
    ERIC D. MASON (State Bar No. 259233)
3   Eric.Mason@aporter.com
    777 South Figueroa Street, 44th Floor
4   Los Angeles, California  90017-5844
    Telephone: (213) 243-4000
5   Facsimile:  (213) 243-4199

6   *Attorneys for Plaintiffs*

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                        WESTERN DIVISION

11  SWEET PEOPLE APPAREL, INC.          )
    d/b/a Miss Me, a California corporation )
12  and RCRV, INC. d/b/a ROCK           )
    REVIVAL, a California corporation   )
13                                      )
              Plaintiffs,               )
14                                      )
         v.                             )
15                                      )
    LA IDOL FASHION, INC., a            )
16  California corporation              )
                                        )
17            Defendant.                )
                                        )
18                                      )

19

20

21          <u>**EXHIBIT R TO COMPLAINT**</u>

22

23

24

25

26

27

28

**LA Idol Infringing Fabric Cut Out Design**



1  ARNOLD & PORTER LLP
   JOHN C. ULIN (State Bar No. 165524)
2  John.Ulin@aporter.com
   ERIC D. MASON (State Bar No. 259233)
3  Eric.Mason@aporter.com
   777 South Figueroa Street, 44th Floor
4  Los Angeles, California 90017-5844
   Telephone: (213) 243-4000
5  Facsimile: (213) 243-4199

6  *Attorneys for Plaintiffs*

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                   WESTERN DIVISION

11 SWEET PEOPLE APPAREL, INC.        )
   d/b/a Miss Me, a California corporation)
12 and RCRV, INC. d/b/a ROCK         )
   REVIVAL, a California corporation  )
13                                    )
              Plaintiffs,             )
14                                    )
         v.                           )
15                                    )
   LA IDOL FASHION, INC., a           )
16 California corporation             )
                                      )
17            Defendant.              )
                                      )
18 _____ )

19

20

21      **<u>EXHIBIT S TO COMPLAINT</u>**

22

23

24

25

26

27

28

**LA Idol Infringing Inverted Fleur De Lis Design**



**LA Idol Infringing Inverted Fleur De Lis Design**



**LA Idol Infringing Inverted Fleur De Lis Design**



**LA Idol Infringing Inverted Fleur De Lis Design**



1
ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
2
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
3
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
4
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199
5

6
*Attorneys for Plaintiffs*

7

8
## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA
9

10
## WESTERN DIVISION

11
SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
12
and RCRV, INC. d/b/a ROCK
REVIVAL, a California corporation
13

14
                    Plaintiffs,

15
          v.

16
LA IDOL FASHION, INC., a
California corporation
17

18
                    Defendant.

19

20

21
# EXHIBIT T TO COMPLAINT

22

23

24

25

26

27

28





**CORDIALLY INVITE YOU TO:**
LAS VEGAS CONVENTION CENTER
MAGIC SHOW
AUGUST 22-24, 2011
**CENTRAL HALL LOFT, BOOTH #70305**

TEL: 213.749.2688 // FAX: 213.749.2688
EMAIL : LAIDOLFASHION@YAHOO.COM
LAIDOLFASHION@SBCGLOBAL.NET
WEBSITE: WWW.LAIDOLFASHION.COM

ARNOLD & PORTER LLP
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
and RCRV, INC. d/b/a ROCK
REVIVAL, a California corporation

        Plaintiffs,

    v.

LA IDOL FASHION, INC., a
California corporation

        Defendant.

# **<u>EXHIBIT U TO COMPLAINT</u>**

# ARNOLD & PORTER LLP

Louis S. Ederer
Louis.Ederer@aporter.com

212.715.1102
212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

August 10, 2011

**VIA FEDERAL EXPRESS**
LA Idol Fashion Inc.
1100 S. San Pedro St. #K8
Los Angeles, CA 90015

Re:     Infringement of Sweet People and Rock Revival Pocket Stitch Designs

Dear Gentlemen/Ladies:

We represent Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People") and RCRV, Inc., d/b/a Rock Revival ("Rock Revival"), well-known manufacturers of jeanswear and other apparel products under the MISS ME and ROCK REVIVAL brand names. These companies own a number of unique designs that appear on many of their jeanswear products, which are the subject of copyright, trademark and/or trade dress protection (the "Proprietary Designs"). Further, as a result of years of use and sales success, the Proprietary Designs have come to indicate our clients as the exclusive source of products on which they appear. Copies of the copyright and trademark registrations for the Proprietary Design are attached as Exhibit A.

Our clients have recently learned that your company is advertising, offering for sale and selling jeanswear products bearing pocket stitch designs that are virtually identical to the Proprietary Designs (the "Infringing Designs"). Photographs of your company's products bearing the Infringing Designs are attached as Exhibit B. Moreover, we have learned that your company is promoting one of the Infringing Designs on its invitation to the August 22-24, 2011 Magic Show in Las Vegas. A copy of your company's Magic Show invitation is attached as Exhibit C. Your company's use of the Infringing Designs violates our clients' copyrights and trademarks, and is likely to cause consumers to be confused as to the source of your products, and to believe they have been put out by, or have been approved or authorized by Sweet People and Rock Revival. Such conduct subjects your company to liability for which Sweet People and Rock Revival are entitled to injunctive relief, damages and attorneys' fees.

Accordingly, if you wish to resolve this matter, you must comply with the following conditions:

1.      Identify all styles bearing the Infringing Designs, and any other articles bearing designs similar to the Proprietary Designs;

# ARNOLD & PORTER LLP

LA Idol Fashion Inc.
August 10, 2011
Page 2

    2.    Agree to immediately cease and desist from distributing, offering for sale and/or selling products bearing the Infringing Designs, and any other articles bearing designs similar to the Proprietary Designs;

    3.    Agree to immediately cease and desist from any advertising, promotion and/or marketing of the Infringing Designs, and any other articles bearing designs similar to the Proprietary Designs, including in all invitations and other promotional materials for the August 22-24, 2011 Magic Show;

    4.    Provide the identity of the manufacturer and/or supplier of products bearing the Infringing Designs, and any other articles bearing designs similar to the Proprietary Designs;

    5.    Provide an accounting of all purchases, sales and current inventory of products bearing the Infringing Designs, and any other articles bearing designs similar to the Proprietary Designs (including the identity of any retail customers to whom you sold products bearing the Infringing Designs and any other articles bearing designs similar to the Proprietary Designs);

    6.    Pay over all profits realized from the sale of products bearing the Infringing Designs, and any other articles bearing designs similar to the Proprietary Designs; and

    7.    Destroy all remaining inventory of products bearing the Infringing Designs, and any other articles that bear designs similar in appearance to the Proprietary Designs.

We ask that you confirm in writing that you will comply with the foregoing demands by August 17, 2011.  Nothing in this letter should be construed as a waiver, relinquishment or election of rights or remedies by Sweet People and Rock Revival.  All rights and remedies that may be available to Sweet People and Rock Revival are hereby expressly reserved.

Please respond directly to the undersigned.

Very truly yours,

ARNOLD & PORTER LLP

By _Louis S Ederer_
Louis S. Ederer

cc:    Sweet People Apparel, Inc.
       RCRV, Inc.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen V. Wilson and the assigned discovery Magistrate Judge is Frederick F. Mumm.

The case number on all documents filed with the Court should read as follows:

## CV11- 6849 SVW (FFMx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

========================================================

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] **Western Division** | [ ] **Southern Division** | [ ] **Eastern Division** |
|---|---|---|
| **312 N. Spring St., Rm. G-8** | **411 West Fourth St., Rm. 1-053** | **3470 Twelfth St., Rm. 134** |
| **Los Angeles, CA 90012** | **Santa Ana, CA 92701-4516** | **Riverside, CA 92501** |

Failure to file at the proper location will result in your documents being returned to you.

ARNOLD & PORTER LLP
John C. Ulin (State Bar No. 165524)
John.Ulin@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation, and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation,<br><br>PLAINTIFF(S)<br><br>v.<br><br>LA IDOL FASHION, INC., a California corporation,<br><br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV11-06849 SVW (FFMx)<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): LA IDOL FASHION, INC.

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney,         John C. Ulin         , whose address is
Arnold & Porter LLP, 777 S. Figueroa St., 44th Floor, Los Angeles, CA, 90017-5844         If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


Clerk, U.S. District Court

Dated:   AUG 19 2011   

By: _____
Deputy Clerk

(Seal of the Court)


*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**Conforming Copy**

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Sweet People Apparel, Inc. d/b/a Miss Me, and RCRV, Inc. d/b/a Rock Revival

**DEFENDANTS**
LA Idol Fashion, Inc.

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Arnold & Porter LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No  ☒ MONEY DEMANDED IN COMPLAINT: $ 100,000+

**VI. CAUSE OF ACTION** (Cite the U. S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Copyright Act (copyright infringement); Lanham Act (trademark infringement)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 22 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 61 HIA(1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities – Employment | ☐ 640 R.R.& Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | ☐ 446 American with Disabilities – Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW 405(g)) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | |
| | ☐ 290 All Other Real Property | | | | |

**CV11-06849**

**FOR OFFICE USE ONLY:** Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)  CIVIL COVER SHEET  Page 1 of 2

American LegalNet, Inc.
www.FormsWorkflow.com

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No ☐ Yes

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No ☐ Yes

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

X. SIGNATURE OF ATTORNEY (OR PRO PER):  _Eric D Man_          Date  August 19, 2011

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3 -1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

American LegalNet, Inc.
www.FormsWorkflow.com