JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

COPY

FILED
CLERK, U.S. DISTRICT COURT

SEP 16 2011

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
and RCRV, INC. d/b/a ROCK
REVIVAL, a California corporation

            Plaintiffs,

      v.

LA IDOL FASHION, INC., a
California corporation

            Defendant.

Case No.: CV11-06849 (SVW) (FFMX)

AMENDED COMPLAINT FOR:

(1) Copyright Infringement in Violation of
17 U.S.C. § 501

(2) Trademark Infringement in Violation of
15 U.S.C. §§ 1114 and 1125(a);

(3) False Designation of Origin in Violation
of 15 U.S.C. § 1125(a);

(4) Common Law Trademark Infringement
and Unfair Competition;

(5) Unfair Competition in Violation of
California Bus. & Prof. Code §§17200
*et seq.*;

**Demand for Jury Trial**

1          Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People") and

2    RCRV, Inc. d/b/a Rock Revival ("RCRV") (collectively "Plaintiffs"), by and through

3    their undersigned counsel, complain of Defendant LA Idol Fashion, Inc. ("LA Idol"),

4    and allege as follows:

5                                **JURISDICTION AND VENUE**

6          1.     This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§

7    1331 and 1338 and 15 U.S.C. § 1121.  Plaintiffs' claims are predicated upon the

8    Copyright Act of 1976, as amended, 17 U.S.C. § 101 *et seq.*, the Trademark Act of

9    1946, as amended, 15 U.S.C. § 1051 *et seq.*, and substantial and related claims under

10   the statutory and common law of the State of California.

11         2.     Venue is properly founded in this judicial district pursuant to 28 U.S.C.

12   § 1391(b), because Plaintiffs and Defendant maintain their principal places of

13   business in this judicial district, and because a substantial part of the events giving

14   rise to the claims herein occurred within this judicial district.

15                            **NATURE OF THE ACTION**

16         3.     Sweet People seeks injunctive relief and damages for acts of copyright

17   infringement, trademark infringement, false designation of origin and unfair

18   competition, engaged in by Defendant in violation of the laws of the United States

19   and the State of California.

20         4.     RCRV seeks injunctive relief and damages for acts of trademark

21   infringement, false designation of origin, and unfair competition, engaged in by

22   Defendant in violation of the laws of the United States and the State of California.

23         5.     In particular, this case concerns Defendant's willful, deliberate and

24   systematic targeting of Sweet People and RCRV, and its infringement of a number of

25   Sweet People's and RCRV's most distinctive and popular designs, used on and in

26   connection with their highly successful lines of jeanswear products.  After substantial

27   resources were expended by Sweet People and RCRV in promoting and selling

28   jeanswear products containing such designs, and after consumers had come to

1  recognize such designs and associate them exclusively with Sweet People and/or

2  RCRV, Defendant introduced jeanswear products using virtually identical designs.

3  This conduct was in bad faith, was undertaken without Plaintiffs' consent, and was

4  engaged in by Defendant deliberately so that it could directly compete with Plaintiffs.

5  ## THE PARTIES

6      6.     Plaintiff Sweet People is a corporation duly organized and existing under

7  the laws of the State of California, and maintains its principal place of business at

8  4715 S. Alameda Street, Los Angeles, California 90058.

9      7.     Plaintiff RCRV is a corporation organized and existing under the laws of

10  the State of California, and maintains its principal place of business at 4715 S.

11  Alameda Street, Los Angeles, California 90058.

12      8.     Upon information and belief, Defendant LA Idol is a corporation duly

13  organized and existing under the laws of the State of California, and maintains its

14  principal place of business within this judicial district at 1100 S. San Pedro St. #K8,

15  Los Angeles, California 90015.

16  ## SWEET PEOPLE'S BUSINESS

17      9.     Sweet People manufactures, promotes, sells and distributes high-quality

18  jeanswear and denim products throughout the United States, including in this judicial

19  district, under the MISS ME brand name.  Sweet People's line of MISS ME brand

20  jeanswear products are sold at retail by such well-known fashion retailers and

21  department stores as Macy's, Dillards and The Buckle, both in-store and online.

22      10.     Over the past several years, the MISS ME brand of jeanswear and denim

23  products has become very popular in the highly competitive jeanswear market.  Due

24  to its popularity, Sweet People's MISS ME jeanswear has received extensive media

25  coverage and has appeared in numerous widely circulated fashion magazines,

26  including *In Style, Elle, Glamour, Lucky, 944 Magazine, Harper's Bazaar, Lucky,*

27  *Teen Vogue* and *Nylon*.  In addition, celebrities such as Miley Cyrus, Paris Hilton and

28  Beyonce have been photographed wearing MISS ME jeanswear.

11.     Among the many elements that identify MISS ME brand jeanswear products and distinguish them from the products of Sweet People's competitors are the unique and distinctive designs created by Sweet People and embroidered onto and/or otherwise affixed to its jeanswear products.  Such designs are used repeatedly by Sweet People on its MISS ME brand of jeanswear products, and have come to exclusively identify Sweet People as the source of such products.

12.     Among Sweet People's most important assets are the intellectual property rights it owns in the unique and distinctive designs used on and in connection with its MISS ME line of jeanswear products.  Such designs, which are subject to copyright and/or trademark protection, include Sweet People's Wing Design, Fleur de Lis Design, Sparkle Cross Design, Beaded Cross Design, JP5117 Cross Wing Design, JP5095 Wing Cross Design, Cross Roads Design and Fabric Cut Out Design.

## SWEET PEOPLE'S WING DESIGN COPYRIGHT

13.     Sweet People owns U.S. Copyright Registration No. VA 1-733-502, effective as of September 3, 2010, for its Wing Design (the "Wing Design Copyright") and Supplementary Registration No. 1-432-644, issued on September 16, 2010, for the Wing Design Copyright.  A copy of the registration certificates for Sweet People's Wing Design Copyright along with a photograph of the Wing Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit A.

14.     The Wing Design was created in 2009 by Sweet People and has been in continuous use on jeanswear products since at least as early as June 5, 2009.  Sweet People owns all right, title and interest to the Wing Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

15.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Wing Design Copyright.

## SWEET PEOPLE'S FLEUR DE LIS DESIGN COPYRIGHT

16.     Sweet People owns U.S. Copyright Registration No. VA 1-418-846, effective as of May 23, 2007, for its Fleur de Lis Design (the "Fleur de Lis Design Copyright").  A copy of the registration certificate for Sweet People's Fleur de Lis Design Copyright along with a photograph of the Fleur de Lis Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit B.

17.     The Fleur de Lis Design was created by Sweet People in 2006 and has been in continuous use on jeanswear products since at least as early as October 3, 2006.  Sweet People owns all right, title and interest to the Fleur de Lis Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

18.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Fleur de Lis Design Copyright.

## SWEET PEOPLE'S SPARKLE CROSS DESIGN COPYRIGHT

19.     Sweet People owns U.S. Copyright Registration No. VA 1-716-852, effective as of October 27, 2008, for its Sparkle Cross Design (the "Sparkle Cross Design Copyright").  A copy of the registration certificate for Sweet People's Sparkle Cross Design Copyright along with a photograph of the Sparkle Cross Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit C.

20.     The Sparkle Cross Design was created by Sweet People in 2008 and has been in continuous use on jeanswear products since at least as early as October 27, 2008.  Sweet People owns all right, title and interest to the Sparkle Cross Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

21.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Sparkle Cross Design Copyright.

**SWEET PEOPLE'S BEADED CROSS DESIGN COPYRIGHT**

22.     Sweet People owns U.S. Copyright Registration No. VA 1-741-621, effective as of September 28, 2010, for its Beaded Cross Design (the "Beaded Cross Design Copyright").  A copy of the registration certificate for Sweet People's Beaded Cross Design Copyright along with a photograph of the Beaded Cross Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit D.

23.     The Beaded Cross Design was created by Sweet People in 2008 and has been in continuous use on jeanswear products since at least as early as January 8, 2009.  Sweet People owns all right, title and interest to the Beaded Cross Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

24.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Beaded Cross Design Copyright.

**SWEET PEOPLE'S JP5117 CROSS WING DESIGN COPYRIGHT**

25.     Sweet People owns U.S. Copyright Registration No. VA 1-740-392, effective as of September 20, 2010, for its JP5117 Cross Wing Design (the "JP5117 Cross Wing Design Copyright").  A copy of the registration certificate for Sweet People's JP5117 Cross Wing Design Copyright along with a photograph of the JP5117 Cross Wing Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit E.

26.     The JP5117 Cross Wing Design was created by Sweet People in 2009 and has been in continuous use on jeanswear products since at least as early as August 13, 2009.  Sweet People owns all right, title and interest to the JP5117 Cross Wing Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

27.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the JP5117 Cross Wing Design Copyright.

6

**SWEET PEOPLE'S JP5095 WING CROSS DESIGN COPYRIGHT**

28.     Sweet People owns U.S. Copyright Registration No. VA 1-739-882, effective as of September 16, 2010, for its JP5095 Wing Cross Design (the "JP5095 Wing Cross Design Copyright").  A copy of the registration certificate for Sweet People's JP5095 Wing Cross Design Copyright along with a photograph of the JP5095 Wing Cross Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit F.

29.     The JP5095 Wing Cross Design was created by Sweet People in 2009 and has been in continuous use on jeanswear products since at least as early as August 31, 2009.  Sweet People owns all right, title and interest to the JP5095 Wing Cross Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

30.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the JP5095 Wing Cross Design Copyright.

**SWEET PEOPLE'S CROSS ROADS DESIGN COPYRIGHT**

31.     Sweet People owns U.S. Copyright Registration No. VA 1-785-057, effective as of August 4, 2011, for its Cross Roads Design (the "Cross Roads Design Copyright").  A copy of the registration certificate for Sweet People's Cross Roads Design Copyright along with a photograph of the Cross Roads Design as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit G.

32.     The Cross Roads Design was created by Sweet People in 2009 and has been in continuous use on jeanswear products since at least as early as October 27, 2009.  Sweet People owns all right, title and interest to the Cross Roads Design Copyright, which constitutes original and copyrightable subject matter under the U.S. Copyright Act.

33.     Sweet People has duly complied with all relevant requirements of the U.S. Copyright Act with respect to the Cross Roads Design Copyright.

## SWEET PEOPLE'S DESIGN TRADEMARKS

34.   Sweet People owns trademark rights in the unique and innovative designs it uses on and in connection with its MISS ME brand of jeanswear products.

35.   Among the design trademarks owned and used by Sweet People is its distinctive Wing Design embroidered onto the rear pocket of its MISS ME line of jeanswear products (the "WING DESIGN Trademark"), which Sweet People created in 2009 and has been in continuous and exclusive use on jeanswear products since at least as early as June 5, 2009.

36.   Also among the design trademarks owned and used by Sweet People is the distinctive Fleur de Lis Design embroidered onto the rear pocket of its MISS ME line of jeanswear products (the "FLEUR DE LIS DESIGN Trademark"), which Sweet People created in 2006 and has been in continuous and exclusive use on jeanswear products since at least as early as October 3, 2006.

37.   Also among the design trademarks owned and used by Sweet People is the distinctive Fabric Cut Out Design Trademark (the "FABRIC CUT OUT DESIGN Trademark"), which Sweet People created in 2005 and has been in continuous and exclusive use on jeanswear products since at least as early as September 29, 2005. The FABRIC CUT OUT DESIGN Trademark, which Sweet People's retail customers have recognized as a "signature" of Sweet People, consists of a fabric cut out design on the pocket and under the waist-band of the pants. The area of the cutout contains an insert which differs in appearance from the surrounding fabric. The FABRIC CUT OUT DESIGN Trademark is the subject of U.S. Trademark Registration No. 3,494,338, registered on August 26, 2008 on the Supplemental Register for apparel products, namely jeans and pants. Sweet People's trademark registration for the FABRIC CUT OUT DESIGN Trademark is in full force and effect. A copy of the registration certificate for the FABRIC CUT OUT DESIGN Trademark along with a photograph of the FABRIC CUT OUT DESIGN Trademark

as used by Sweet People on its MISS ME line of jeanswear products is attached hereto as Exhibit H.

38.    On May 18, 2010, Sweet People applied to register the FABRIC CUT OUT DESIGN on the Principal Register (U.S. Trademark Application Serial Number 85/041,242). On May 17, 2011, following Sweet People's demonstration, pursuant to 15 U.S.C. §1052(f), that the FABRIC CUT OUT DESIGN had achieved secondary meaning, the Trademark Office issued a Notice of Publication, indicating that the mark had been approved for registration, and Sweet People expects that a certificate of registration on the Principal Register will issue shortly.

39.    Sweet People's WING DESIGN Trademark, FLEUR DE LIS DESIGN Trademark and FABRIC CUT OUT DESIGN Trademark are hereinafter collectively referred to as the "Sweet People Design Marks."

40.    The Sweet People Design Marks, at the time of their introduction, were unique to Sweet People.  Further, given their innovative design characteristics, the Sweet People Design Marks are inherently distinctive identifiers that became immediately associated with MISS ME brand jeans and Sweet People.

41.    In addition, since their introduction, Sweet People has made exclusive and continuous use of the Sweet People Design Marks on a broad array of MISS ME apparel.  Presently, Sweet People products bearing the Sweet People Design Marks are distributed and sold in over 1,375 stores worldwide, including retailers such as Macy's, Dillard's, and The Buckle.  In addition, products bearing the Sweet People Design Marks are available for sale on-line at Sweet People's MISS ME brand official website, www.missme.com, and through websites affiliated with Sweet People's authorized retail department stores.  MISS ME brand products bearing the Sweet People Design Marks retail for approximately $100.

42.    In the United States, retail sales of products bearing the Sweet People Design Marks have been rapidly increasing since 2008.  Indeed, from 2008 through

1  2010 wholesale sales of jeanswear products bearing the Sweet People Design Marks
2  have exceeded $50 million.

3      43.    Furthermore, Sweet People has expended substantial amounts of money
4  promoting the Sweet People Design Marks as a source indicator for its goods.  In
5  particular, over the last five plus years, photographs of jeanswear featuring the Sweet
6  People Design Marks have appeared prominently in advertisements in *Lucky*, *Elle*,
7  *Harpers Bazaar*, *Nylon*, *Teen Vogue*, *Glitter*, and *944* magazines, creating tens of
8  millions of advertising "impressions."  In addition, the Sweet People Design Marks
9  has enjoyed unsolicited media coverage in leading mainstream and fashion
10 publications in the United States.

11     44.    Accordingly, in addition to being, in and of themselves, inherently
12 distinctive designs, as a result of Sweet People's uninterrupted and continuing
13 promotion and sale of Sweet People's line of MISS ME brand jeanswear products
14 bearing the Sweet People Design Marks, and the widespread editorial coverage of
15 such products, the Sweet People Design Marks have acquired distinctiveness, and
16 have developed a strong secondary meaning among consumers and the trade.  As a
17 result, these designs immediately identify Sweet People as the exclusive source of
18 products that bear them, and signify goodwill of incalculable value.

19     45.    The Sweet People Wing Design Copyright, Sweet People Fleur de Lis
20 Design Copyright, Sweet People Sparkle Cross Design Copyright, Sweet People
21 Beaded Cross Design Copyright, Sweet People JP5117 Cross Wing Design
22 Copyright, Sweet People JP5095 Wing Cross Design Copyright, Sweet People Cross
23 Roads Design Copyright and the Sweet People Design Marks are hereinafter
24 collectively referred to as the "Sweet People Protected Designs."

**RCRV'S BUSINESS**

26     46.    RCRV manufactures, promotes, sells and distributes high-quality
27 jeanswear and denim products throughout the United States, including in this judicial
28 district, under the ROCK REVIVAL brand name.

1   47.   ROCK REVIVAL brand jeanswear is sold at retail by such well-known

2   fashion chain stores and department stores as The Buckle and Nordstrom, both in-

3   store and online.  ROCK REVIVAL brand jeanswear and denim products have

4   become very popular in the highly competitive jeanswear market.  Among the many

5   elements that distinguish ROCK REVIVAL jeanswear from its competitors are a

6   series of design elements embroidered onto the jeans that are used exclusively on

7   ROCK REVIVAL jeanswear, and which have come to identify RCRV as the source

8   of such products.

9                    **RCRV'S INVERTED FLEUR-DE-LIS MARK**

10   48.   In March 2006, RCRV's predecessor introduced a distinctive Inverted

11   Fleur-de-lis Design embroidered onto the rear pocket of its jeans (the "INVERTED

12   FLEUR-DE-LIS DESIGN Trademark"), a new and unique design that was unlike

13   anything used before in the jeanswear industry.  Given its innovative design

14   characteristics, the INVERTED FLEUR-DE-LIS DESIGN is an inherently distinctive

15   identifier that became immediately associated with ROCK REVIVAL brand

16   jeanswear products.  Further, RCRV and its predecessor have continuously and

17   exclusively used the INVERTED FLEUR-DE-LIS DESIGN on jeanswear products

18   since March 2006, to the point where the INVERTED FLEUR-DE-LIS DESIGN has

19   became the signature design of RCRV's business.

20   49.   The INVERTED FLEUR-DE-LIS DESIGN Trademark is the subject of

21   U.S. Trademark Registration No. 3,581,968, registered on February 24, 2009 on the

22   Supplemental Register for jeans.  RCRV's trademark registration for the INVERTED

23   FLEUR-DE-LIS DESIGN Trademark is in full force and effect.  A copy of the

24   registration certificate for the INVERTED FLEUR-DE-LIS DESIGN Trademark

25   along with a photograph of the INVERTED FLEUR-DE-LIS DESIGN Trademark as

26   used by RCRV on its ROCK REVIVAL line of jeanswear products is attached hereto

27   as Exhibit I.

28   50.   On May 26, 2011, RCRV applied to register the INVERTED FLEUR-

1   DE-LIS DESIGN on the Principal Register (U.S. Trademark Application Serial

2   Number 85/330,951). RCRV's application is pending, and RCRV expects that a

3   certificate of registration on the Principal Register will issue in due course.

4       51.    RCRV products bearing the INVERTED FLEUR-DE-LIS DESIGN are

5   distributed and sold in over 900 stores worldwide, including retailers such as

6   Bloomingdale's and Nordstrom. In addition, products bearing the INVERTED

7   FLEUR-DE-LIS DESIGN are featured on-line at RCRV's ROCK REVIVAL brand

8   official website, www.rockrevival.com, and are sold on websites affiliated with

9   RCRV's authorized retail department stores, including The Buckle and Nordstrom.

10   RCRV products bearing the INVERTED FLEUR-DE-LIS DESIGN retail for

11   approximately $140.

12       52.    In the United States, sales of RCRV's INVERTED FLEUR-DE-LIS

13   DESIGN have been rapidly increasing over the past few years. For example, sales of

14   products bearing the INVERTED FLEUR-DE-LIS DESIGN exceeded $4 million in

15   2008, $21 million in 2009 and $33.5 million in 2010.

16       53.    Moreover, RCRV and its predecessor have consistently promoted the

17   INVERTED FLEUR-DE-LIS DESIGN as an indicator of source for ROCK

18   REVIVAL jeans. RCRV has expended substantial amounts of money promoting the

19   INVERTED FLEUR-DE-LIS DESIGN as an indicator of source for its goods. In

20   particular, over the last five plus years, the INVERTED FLEUR-DE-LIS DESIGN

21   has enjoyed coverage in leading mainstream and fashion publications in the United

22   States. For example, the leading fashion industry publication *Women's Wear Daily*

23   listed ROCK REVIVAL as the tenth-most searched-for denim brand in its April 2009

24   edition and in its November 2009 edition focusing on jeanswear rear pocket designs.

25   The INVERTED FLEUR-DE-LIS DESIGN is featured on the rear pocket of nearly

26   all RCRV jeanswear products and RCRV's retail customers consistently recognize

27   the INVERTED FLEUR-DE-LIS DESIGN as RCRV's "signature" and/or

28   "trademark." Further, celebrities have repeatedly been seen wearing RCRV

jeanswear bearing the INVERTED FLEUR-DE-LIS DESIGN, creating millions of commercial "impressions" of the design, including Steven Tyler, lead singer of the famous rock band Aerosmith, in *Rolling Stone* magazine; the Oscar winning actress, Halle Berry, in *US Weekly*; Teri Hatcher on the popular television show Desperate Housewives; a finalist on the then-number one rated television show American Idol, Casey James; and National Football League star, and recent Dancing With The Stars winner, Hines Ward.

54.   Accordingly, in addition to being, in and of itself, inherently distinctive, the INVERTED FLEUR-DE-LIS DESIGN Trademark has, through extensive sales, promotion and media coverage of ROCK REVIVAL jeanswear, come to identify RCRV as the exclusive source of such products.  As a result of RCRV's broad media exposure, and the uninterrupted and continuing promotion and sale of ROCK REVIVAL jeanswear bearing the INVERTED FLEUR-DE-LIS DESIGN Trademark, the design has acquired distinctiveness, and has developed a strong secondary meaning among consumers and the trade, immediately identifying RCRV as the exclusive source of products bearing the INVERTED FLEUR-DE-LIS DESIGN Trademark, and signifying goodwill of incalculable value.

## DEFENDANT'S INFRINGING CONDUCT

55.   Upon information and belief, Defendant is currently, and at all times relevant hereto has been engaged in the business of manufacturing, distributing, advertising, promoting, offering for sale and selling apparel products, including jeanswear.

56.   Upon information and belief, Defendant recently began manufacturing, distributing, advertising, promoting, offering for sale and/or selling, and/or are causing to be manufactured, distributed, advertised, promoted, offered for sale and/or sold, without authorization or license from Plaintiffs, jeanswear products bearing designs that are studied imitations of the Sweet People Protected Designs (the "Infringing Sweet People Designs"), and the INVERTED FLEUR-DE-LIS DESIGN

1   Trademark (the "Infringing RCRV Design").  The Infringing Sweet People Designs
2   and the Infringing RCRV Design are collectively referred to as the "Infringing
3   Designs."

4         57.    A photograph of an infringing wing design used by Defendant on its
5   jeanswear products which is a studied imitation of Sweet People's Wing Design is
6   attached hereto as Exhibit J.

7         58.    A photograph of an infringing fleur de lis design used by Defendant on
8   its jeanswear products which is a studied imitation of Sweet People's Fleur de Lis
9   Design is attached hereto as Exhibit K.

10        59.    A photograph of an infringing sparkle cross design used by Defendant
11  on its jeanswear products which is a studied imitation of Sweet People's Sparkle
12  Cross Design is attached hereto as Exhibit L.

13        60.    A photograph of an infringing beaded cross design used by Defendant on
14  its jeanswear products which is a studied imitation of Sweet People's Beaded Cross
15  Design is attached hereto as Exhibit M.

16        61.    A photograph of an infringing cross wing design used by Defendant on
17  its jeanswear products which is a studied imitation of Sweet People's JP5117 Cross
18  Wing Design is attached hereto as Exhibit N.

19        62.    A photograph of an infringing wing cross design used by Defendant on
20  its jeanswear products which is a studied imitation of Sweet People's JP5095 Wing
21  Cross Design is attached hereto as Exhibit O.

22        63.    A photograph of an infringing cross design used by Defendant on its
23  jeanswear products which is a studied imitation of Sweet People's Cross Roads
24  Design is attached hereto as Exhibit P.

25        64.    A photograph of an infringing fabric cut out design used by Defendant
26  on its jeanswear products which is a studied imitation of Sweet People's Fabric Cut
27  Out Design is attached hereto as Exhibit Q.

28        65.    A photograph of an infringing inverted fleur-de-lis design used by

Defendant on its jeanswear products which is a studied imitation of RCRV's Inverted Fleur-de-lis Design is attached hereto as Exhibit R.

66.     Upon information and belief, Defendant distributes, advertises, promotes, offers to sell and/or sells the products bearing the Infringing Designs to retail outlets throughout the United States, including outlets located in this judicial district.

67.     Rather than going to the effort and expense of developing and creating its own unique, source-identifying designs, Defendant has deliberately, knowingly and faithfully replicated the Sweet People Protected Designs and the INVERTED FLEUR-DE-LIS DESIGN Trademark.  As a result, Defendant's jeanswear products bearing the Infringing Designs are likely to cause consumers, either at the point-of-sale or post-sale, to believe that products bearing the Infringing Designs are authorized, sponsored, approved, endorsed or licensed by Sweet People or RCRV, or are in some other way affiliated, associated, or connected with Sweet People or RCRV.

68.     Upon information and belief, Defendant was aware of the fact that the Sweet People Protected Designs and the INVERTED FLEUR-DE-LIS DESIGN Trademark were well-known identifiers of Sweet People and RCRV as the sources of jeanswear products on which they appear at the time it began using the Infringing Designs on its jeanswear products.  Accordingly, upon information and belief, Defendant has been engaging in the above-described unlawful activities knowingly and intentionally, and/or with reckless disregard for Sweet People's rights in the Sweet People Protected Designs, and RCRV's rights in the INVERTED FLEUR-DE-LIS DESIGN Trademark.

69.     Upon information and belief, Defendant is manufacturing, distributing, advertising, promoting, offering for sale and/or selling, and/or is causing to be manufactured, distributed, advertised, promoted, offered for sale and/or sold, without authorization or license, jeanswear products bearing the Infringing Designs at prices

15

1    well below the retail prices at which Plaintiffs' products bearing such identifying

2    marks and designs are sold.

3         70.    Upon information and belief, Defendant intends to continue to

4    manufacture, distribute, advertise, promote, offer for sale and/or sell products bearing

5    the Infringing Designs, unless otherwise restrained by this Court.

6         71.    Upon information and belief, Defendant made prominent use of one or

7    more of the Infringing Designs, including Sweet People's Fleur de Lis Design, in

8    connection with the advertising and promotion of its exhibit at the Magic Show in

9    Las Vegas, the largest and most comprehensive apparel and accessory trade show in

10   the United States, which ran from August 22-24, 2011.  A copy of Defendant's

11   invitation to the Magic Show is attached hereto as Exhibit S.

12        72.    Unless Defendant's conduct is enjoined, such conduct will severely

13   inhibit and/or destroy the ability of the Sweet People Protected Designs to identify

14   Sweet People as the exclusive source of goods to which they are affixed.

15        73.    Unless Defendant's conduct is enjoined, such conduct will severely

16   inhibit and/or destroy the ability of the INVERTED FLEUR-DE-LIS DESIGN

17   Trademark to identify RCRV as the exclusive source of goods to which they are

18   affixed.

19        74.    Plaintiffs, through their counsel, have requested that Defendant cease

20   and desist from distributing, offering for sale and/or selling products bearing the

21   Infringing Designs.  Defendant has refused to stop selling the Infringing Designs,

22   claiming that it does not believe that such designs infringe the Sweet People

23   Protected Designs and/or the INVERTED FLEUR-DE-LIS DESIGN Trademark.

### FIRST CLAIM FOR RELIEF

### COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

### (BY PLAINTIFF SWEET PEOPLE)

27        75.    The allegations set forth in paragraphs 1 through 74 hereof are adopted

28   and incorporated by reference as if fully set forth herein.

76.   Sweet People is the owner of a U.S. copyright registration for the Wing Design, which registration is in full force and effect.

77.   Defendant, without authorization from Sweet People, and after Sweet People created and first used the Wing Design on its jeanswear products, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Wing Design.

78.   Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the Wing Design.

79.   Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

80.   Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the Wing Design, and to act in bad faith, unless restrained by this Court.

81.   Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

**SECOND CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**(BY PLAINTIFF SWEET PEOPLE)**

82.   The allegations set forth in paragraphs 1 through 81 hereof are adopted and incorporated by reference as if fully set forth herein.

83.   Sweet People is the owner of a U.S. copyright registration for the Fleur de Lis Design, which registration is in full force and effect.

84.   Defendant, without authorization from Sweet People, and after Sweet People created and first used the Fleur de Lis Design on its jeanswear products, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall

17

1   appearance to Sweet People's Fleur de Lis Design.

2       85.   Defendant thereby has willfully infringed and, upon information and

3   belief, is continuing to willfully infringe Sweet People's copyright in the Fleur de Lis

4   Design.

5       86.   Upon information and belief, by its acts, Defendant has made and will

6   make substantial profits and gains to which it is not in law or in equity entitled.

7       87.   Upon information and belief, Defendant intends to continue its willful

8   conduct, and will continue to willfully infringe Sweet People's copyright in the Fleur

9   de Lis Design, and to act in bad faith, unless restrained by this Court.

10      88.   Defendant's acts have damaged and will continue to irreparably damage

11  Sweet People, and Sweet People has no adequate remedy at law.

## THIRD CLAIM FOR RELIEF

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

## (BY PLAINTIFF SWEET PEOPLE)

15      89.   The allegations set forth in paragraphs 1 through 88 hereof are adopted

16  and incorporated by reference as if fully set forth herein.

17      90.   Sweet People is the owner of a U.S. copyright registration for the

18  Sparkle Cross Design, which registration is in full force and effect.

19      91.   Defendant, without authorization from Sweet People, and after Sweet

20  People created and first used the Sparkle Cross Design on its jeanswear products, has

21  distributed, advertised, promoted, sold and offered for sale jeanswear products

22  incorporating designs that were copied from and are substantially similar in overall

23  appearance to Sweet People's Sparkle Cross Design.

24      92.   Defendant thereby has willfully infringed and, upon information and

25  belief, is continuing to willfully infringe Sweet People's copyright in the Sparkle

26  Cross Design.

27      93.   Upon information and belief, by its acts, Defendant has made and will

28  make substantial profits and gains to which it is not in law or in equity entitled.

94.   Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the Sparkle Cross Design, and to act in bad faith, unless restrained by this Court.

95.   Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

<div align="center">

**FOURTH CLAIM FOR RELIEF**

**COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)**

**(BY PLAINTIFF SWEET PEOPLE)**

</div>

96.   The allegations set forth in paragraphs 1 through 95 hereof are adopted and incorporated by reference as if fully set forth herein.

97.   Sweet People is the owner of a U.S. copyright registration for the Beaded Cross Design, which registration is in full force and effect.

98.   Defendant, without authorization from Sweet People, and after Sweet People created and first used the Beaded Cross Design on its jeanswear products, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Beaded Cross Design.

99.   Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the Beaded Cross Design.

100.   Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

101.   Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the Beaded Cross Design, and to act in bad faith, unless restrained by this Court.

102.   Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

1

## FIFTH CLAIM FOR RELIEF

2

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

3

## (BY PLAINTIFF SWEET PEOPLE)

4      103.   The allegations set forth in paragraphs 1 through 102 hereof are adopted

5   and incorporated by reference as if fully set forth herein.

6      104.   Sweet People is the owner of a U.S. copyright registration for the

7   JP5117 Cross Wing Design, which registration is in full force and effect.

8      105.   Defendant, without authorization from Sweet People, and after Sweet

9   People created and first used the JP5117 Cross Wing Design on its jeanswear

10   products, has distributed, advertised, promoted, sold and offered for sale jeanswear

11   products incorporating designs that were copied from and are substantially similar in

12   overall appearance to Sweet People's JP5117 Cross Wing Design.

13      106.   Defendant thereby has willfully infringed and, upon information and

14   belief, is continuing to willfully infringe Sweet People's copyright in the JP5117

15   Cross Wing Design.

16      107.   Upon information and belief, by its acts, Defendant has made and will

17   make substantial profits and gains to which it is not in law or in equity entitled.

18      108.   Upon information and belief, Defendant intends to continue its willful

19   conduct, and will continue to willfully infringe Sweet People's copyright in the

20   JP5117 Cross Wing Design, and to act in bad faith, unless restrained by this Court.

21      109.   Defendant's acts have damaged and will continue to irreparably damage

22   Sweet People, and Sweet People has no adequate remedy at law.

23

## SIXTH CLAIM FOR RELIEF

24

## COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)

25

## (BY PLAINTIFF SWEET PEOPLE)

26      110.   The allegations set forth in paragraphs 1 through 109 hereof are adopted

27   and incorporated by reference as if fully set forth herein.

28      111.   Sweet People is the owner of a U.S. copyright registration for the

JP5095 Wing Cross Design, which registration is in full force and effect.

112.   Defendant, without authorization from Sweet People, and after Sweet People created and first used the JP5095 Wing Cross Design on its jeanswear products, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's JP5095 Wing Cross Design.

113.   Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the JP5095 Wing Cross Design.

114.   Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

115.   Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the JP5095 Wing Cross Design, and to act in bad faith, unless restrained by this Court.

116.   Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

### SEVENTH CLAIM FOR RELIEF
### COPYRIGHT INFRINGEMENT (17 U.S.C. § 501)
### (BY PLAINTIFF SWEET PEOPLE)

117.   The allegations set forth in paragraphs 1 through 116 hereof are adopted and incorporated by reference as if fully set forth herein.

118.   Sweet People is the owner of a U.S. copyright registration for the Cross Roads Design, which registration is in full force and effect.

119.   Defendant, without authorization from Sweet People, and after Sweet People created and first used the Cross Roads Design on its jeanswear products, has distributed, advertised, promoted, sold and offered for sale jeanswear products incorporating designs that were copied from and are substantially similar in overall appearance to Sweet People's Cross Roads Design.

120. Defendant thereby has willfully infringed and, upon information and belief, is continuing to willfully infringe Sweet People's copyright in the Cross Roads Design.

121. Upon information and belief, by its acts, Defendant has made and will make substantial profits and gains to which it is not in law or in equity entitled.

122. Upon information and belief, Defendant intends to continue its willful conduct, and will continue to willfully infringe Sweet People's copyright in the Cross Roads Design, and to act in bad faith, unless restrained by this Court.

123. Defendant's acts have damaged and will continue to irreparably damage Sweet People, and Sweet People has no adequate remedy at law.

## EIGHTH CLAIM FOR RELIEF
## TRADEMARK INFRINGEMENT (15 U.S.C. § 1125(a))
## (BY PLAINTIFF SWEET PEOPLE)

124. The allegations set forth in paragraphs 1 through 123 hereof are adopted and incorporated by reference as if fully set forth herein.

125. Sweet People's WING DESIGN Trademark has acquired strong secondary meaning in the marketplace and immediately indicates Sweet People as the exclusive source of jeanswear products on which it is used.

126. Defendant, without authorization or approval from Sweet People, and after Sweet People created and first used the WING DESIGN Trademark on its jeanswear products, has designed, manufactured, advertised, promoted, distributed, sold and/or offered for sale jeanswear products which contain a design that is identical and/or confusingly similar to the WING DESIGN Trademark.

127. Upon information and belief, Defendant's products bearing a design that is identical and/or confusingly similar to the WING DESIGN Trademark is intended to cause, and is likely to continue to cause confusion, mistake and deception among the general consuming public and the trade as to the source of Defendant's products bearing such infringing design, or as to a possible affiliation, connection or

1    association between Sweet People and Defendant, and/or between Sweet People and
2    the products bearing the infringing design.
3         128.   Upon information and belief, Defendant has acted with knowledge of
4    Sweet People's ownership of the WING DESIGN Trademark, and with the deliberate
5    intention to unfairly benefit from the goodwill symbolized thereby.
6         129.   Defendant's acts constitute willful trademark infringement in violation
7    of 15 U.S.C. § 1125(a).
8         130.   Upon information and belief, by its actions, Defendant intends to
9    continue its infringing conduct, and to willfully infringe Sweet People's WING
10   DESIGN Trademark, unless restrained by this Court.
11        131.   Upon information and belief, by its willful acts, Defendant has made and
12   will continue to make substantial profits and gains to which it is not in law or equity
13   entitled.
14        132.   Upon information and belief, Defendant's acts have caused and will
15   continue to cause irreparable harm to Sweet People, and Sweet People has no
16   adequate remedy at law.

### NINTH CLAIM FOR RELIEF
### TRADEMARK INFRINGEMENT (15 U.S.C. § 1125(a))
### (BY PLAINTIFF SWEET PEOPLE)

20        133.   The allegations set forth in paragraphs 1 through 132 hereof are adopted
21   and incorporated by reference as if fully set forth herein.
22        134.   Sweet People's FLEUR DE LIS DESIGN Trademark has acquired
23   strong secondary meaning in the marketplace and immediately indicates Sweet
24   People as the exclusive source of jeanswear products on which it is used.
25        135.   Defendant, without authorization or approval from Sweet People, and
26   after Sweet People created and first used the FLEUR DE LIS DESIGN Trademark on
27   its jeanswear products, has designed, manufactured, advertised, promoted,
28   distributed, sold and/or offered for sale jeanswear products which contain a design

that is identical and/or confusingly similar to the FLEUR DE LIS DESIGN Trademark.

136.   Upon information and belief, Defendant's products bearing a design that is identical and/or confusingly similar to the FLEUR DE LIS DESIGN Trademark is intended to cause, and is likely to continue to cause confusion, mistake and deception among the general consuming public and the trade as to the source of Defendant's products bearing such infringing design, or as to a possible affiliation, connection or association between Sweet People and Defendant, and/or between Sweet People and the products bearing the infringing design.

137.   Upon information and belief, Defendant has acted with knowledge of Sweet People's ownership of the FLEUR DE LIS DESIGN Trademark, and with the deliberate intention to unfairly benefit from the goodwill symbolized thereby.

138.   Defendant's acts constitute willful trademark infringement in violation of 15 U.S.C. § 1125(a).

139.   Upon information and belief, by its actions, Defendant intends to continue its infringing conduct, and to willfully infringe Sweet People's FLEUR DE LIS DESIGN Trademark, unless restrained by this Court.

140.   Upon information and belief, by its willful acts, Defendant has made and will continue to make substantial profits and gains to which it is not in law or equity entitled.

141.   Upon information and belief, Defendant's acts have caused and will continue to cause irreparable harm to Sweet People, and Sweet People has no adequate remedy at law.

# TENTH CLAIM FOR RELIEF
## TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)
### (BY PLAINTIFF SWEET PEOPLE)

142.   The allegations set forth in paragraphs 1 through 141 hereof are adopted and incorporated by reference as if fully set forth herein.

143.   Sweet People's FABRIC CUT OUT DESIGN Trademark has acquired strong secondary meaning in the marketplace and immediately indicates Sweet People as the exclusive source of jeanswear products on which it is used.

144.   Defendant, without authorization or approval from Sweet People, and after Sweet People created and first used the FABRIC CUT OUT DESIGN Trademark on its jeanswear products, has designed, manufactured, advertised, promoted, distributed, sold and/or offered for sale jeanswear products which contain a design that is identical and/or confusingly similar to the FABRIC CUT OUT DESIGN Trademark.

145.   Upon information and belief, Defendant's products bearing a design that is identical and/or confusingly similar to the FABRIC CUT OUT DESIGN Trademark is intended to cause, and is likely to continue to cause confusion, mistake and deception among the general consuming public and the trade as to the source of Defendant's products bearing such infringing design, or as to a possible affiliation, connection or association between Sweet People and Defendant, and/or between Sweet People and the products bearing the infringing design.

146.   Upon information and belief, Defendant has acted with knowledge of Sweet People's ownership of the FABRIC CUT OUT DESIGN Trademark, and with the deliberate intention to unfairly benefit from the goodwill symbolized thereby.

147.   Defendant's acts constitute willful trademark infringement in violation of 15 U.S.C. § 1114.

148.   Upon information and belief, by its actions, Defendant intends to continue its infringing conduct, and to willfully infringe Sweet People's FABRIC

1    CUT OUT DESIGN Trademark, unless restrained by this Court.

2        149.   Upon information and belief, by its willful acts, Defendant has made and

3    will continue to make substantial profits and gains to which it is not in law or equity

4    entitled.

5        150.   Upon information and belief, Defendant's acts have caused and will

6    continue to cause irreparable harm to Sweet People, and Sweet People has no

7    adequate remedy at law.

8                       **ELEVENTH CLAIM FOR RELIEF**

9              **TRADEMARK INFRINGEMENT (15 U.S.C. § 1114)**

10                      **(BY PLAINTIFF RCRV)**

11       151.   The allegations set forth in paragraphs 1 through 150 hereof are adopted

12   and incorporated by reference as if fully set forth herein.

13       152.   RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark has

14   acquired strong secondary meaning in the marketplace and immediately indicates

15   RCRV as the exclusive source of jeanswear products on which it is used.

16       153.   Defendant, without authorization or approval from RCRV, and after

17   RCRV's predecessor created and first used the INVERTED FLEUR-DE-LIS

18   DESIGN Trademark on its jeanswear products, has designed, manufactured,

19   advertised, promoted, distributed, sold and/or offered for sale jeanswear products

20   which contain a design that is identical and/or confusingly similar to the INVERTED

21   FLEUR-DE-LIS DESIGN Trademark.

22       154.   Upon information and belief, Defendant's products bearing a design that

23   is identical and/or confusingly similar to the INVERTED FLEUR-DE-LIS DESIGN

24   Trademark is intended to cause, and is likely to continue to cause confusion, mistake

25   and deception among the general consuming public and the trade as to the source of

26   Defendant's products bearing such infringing design, or as to a possible affiliation,

27   connection or association between RCRV and Defendant, and/or between RCRV and

28   the products bearing the infringing design.

155.   Upon information and belief, Defendant has acted with knowledge of RCRV's ownership of the INVERTED FLEUR-DE-LIS DESIGN Trademark, and with the deliberate intention to unfairly benefit from the goodwill symbolized thereby.

156.   Defendant's acts constitute willful trademark infringement in violation of 15 U.S.C. § 1114.

157.   Upon information and belief, by its actions, Defendant intends to continue its infringing conduct, and to willfully infringe RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark, unless restrained by this Court.

158.   Upon information and belief, by its willful acts, Defendant has made and will continue to make substantial profits and gains to which it is not in law or equity entitled.

159.   Upon information and belief, Defendant's acts have caused and will continue to cause irreparable harm to RCRV, and RCRV has no adequate remedy at law.

## TWELFTH CLAIM FOR RELIEF
## FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(a))
## (BY BOTH PLAINTIFFS)

160.   The allegations set forth in paragraphs 1 through 159 hereof are adopted and incorporated by reference as if fully set forth herein.

161.   Defendant's advertising, promotion, distribution, sale and offering for sale of products bearing the Infringing Designs, without authorization from Plaintiffs, and after Sweet People created and first used the Sweet People Protected Designs and RCRV's predecessor created and first used the INVERTED FLEUR-DE-LIS DESIGN Trademark, is intended to cause and is likely to continue to cause confusion, mistake and deception among the general consuming public and the trade as to the source of such products, or as to a possible affiliation, connection or association between Plaintiffs and Defendant, and/or between Plaintiffs and such

products.

162.   Defendant's conduct as aforementioned constitutes a willful false designation of the origin of the products bearing the Infringing Designs, and/or false and misleading descriptions and representations of fact, all in violation of 15 U.S.C. § 1125(a).

163.   Upon information and belief, by its actions, Defendant intends to continue to falsely designate the origin of its products as aforesaid, unless restrained by this Court.

164.   Upon information and belief, by its willful acts, Defendant has made and will continue to make substantial profits and gains to which it is not in law or equity entitled.

165.   Upon information and belief, Defendant's acts have caused and will continue to cause irreparable harm to Plaintiffs, and Plaintiffs have no adequate remedy at law.

<div align="center">

**THIRTEENTH CLAIM FOR RELIEF**

**COMMON LAW TRADEMARK INFRINGEMENT**

**AND UNFAIR COMPETITION**

**(BY BOTH PLAINTIFFS)**

</div>

166.   The allegations set forth in paragraphs 1 through 165 hereof are adopted and incorporated by reference as if fully set forth herein.

167.   By manufacturing promoting, distributing, and selling jeanswear products bearing the Infringing Designs, after Sweet People created and first used the Sweet People Protected Designs and RCRV's predecessor created and first used the INVERTED FLEUR-DE-LIS DESIGN Trademark, Defendant is deceptively attempting to "pass off" their products as those of Plaintiffs, or as somehow related to or associated with, or sponsored or endorsed by, Plaintiffs, thereby exploiting Plaintiffs' reputation and goodwill in the marketplace.

168.   Defendant's acts and conduct are likely to cause confusion, mistake and

1  deception among the general consuming public and the trade as to the source of

2  Defendant's products, or as to a possible affiliation, connection or association

3  between Plaintiffs and Defendant, and/or between Plaintiffs and Defendant's

4  products, in violation of Plaintiffs' rights under the common law of the State of

5  California.

6      169.   Upon information and belief, by its actions, Defendant intends to

7  continue its infringing and unfairly competitive acts, unless restrained by this Court.

8      170.   Upon information and belief, by its willful acts, Defendant has made and

9  will continue to make substantial profits and gains to which it is not in law or equity

10  entitled.

11      171.   Upon information and belief, Defendant's acts have caused and will

12  continue to cause irreparable harm to Plaintiffs, and Plaintiffs have no adequate

13  remedy at law.

14      172.   Pursuant to the common law of the State of California, Plaintiffs are

15  entitled to injunctive relief and an award of damages and Defendant's profits

16  resulting from Defendant's willful conduct.

17      173.   Plaintiffs are further informed and believe that Defendant's conduct was

18  oppressive, fraudulent and malicious, and are thereby entitled to an award of punitive

19  damages.

20  <center>**FOURTEENTH CLAIM FOR RELIEF**</center>

21  <center>**CALIFORNIA UNFAIR COMPETITION**</center>

22  <center>**(Cal. Bus. & Prof. Code §§ 17200 *et seq.*)**</center>

23  <center>**(BY BOTH PLAINTIFFS)**</center>

24      174.   The allegations set forth in paragraphs 1 through 173 hereof are adopted

25  and incorporated by reference as if fully set forth herein.

26      175.   The aforesaid acts of Defendant constitute unlawful, unfair, or fraudulent

27  unfair competition in violation of California Business & Professions Code §§ 17200

28  *et seq.*

<center>29</center>

176.   Upon information and belief, Plaintiffs have standing to assert this claim under California Business & Professions Code §§ 17200 *et seq.* because their monetary and property interests have been damaged by the aforesaid actions of Defendant.  By way of example, upon information and belief, Plaintiffs have lost sales of their jeanswear products due to Defendant's aforesaid conduct, and the value of the Sweet People Protected Designs and RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark has been diminished by Defendant's actions.

177.   Upon information and belief, by their actions, Defendant intends to continue its unfairly competitive conduct, unless restrained by this Court.

178.   Upon information and belief, by its willful acts, Defendant has made and will continue to make substantial profits and gains to which it is not in law or equity entitled.

179.   Pursuant to California Business & Professions Code §§ 17200 *et seq.*, Plaintiffs are entitled to injunctive relief and an award of attorneys' fees and costs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs demand judgment against Defendant as follows:

1.   Finding that, (i) as to Counts 1-7, Defendant engaged in copyright infringement in violation of 17 U.S.C. § 501; (ii) as to Counts 7-8, Defendant engaged in trademark infringement in violation of 15 U.S.C. § 1125(a); (iii) as to Counts 10-11, Defendant engaged in trademark infringement in violation of 15 U.S.C. § 1114; (iv) as to Count 12, Defendant engaged in acts of false designation of origin and unfair competition in violation of 15 U.S.C. § 1125(a); (v) as to Count 13, Defendant engaged in trademark infringement and unfair competition under the common law of the State of California; and (vi) as to Count 14, Defendant engaged in unfair competition in violation of California Business & Professions Code §§ 17200 *et seq.*

2.      That Defendant and all of those acting in concert with it, including its agents and servants, and all those on notice of this suit, be preliminarily and permanently enjoined from:

(a)     manufacturing, distributing, advertising, promoting, offering for sale and/or selling any products which bear the Infringing Designs, or any other design substantially similar in overall appearance and/or confusingly similar thereto, and engaging in any other activity constituting an infringement of any of Plaintiffs' rights in and to the Sweet People Protected Designs and RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark; and

(b)     engaging in any activity constituting unfair competition with Plaintiffs, or acts and practices that deceive the public and/or the trade, including, without limitation, the use of design elements and designations associated with Plaintiffs.

3.      That Defendant be required to take such other measures as the Court may deem appropriate to prevent the public from deriving any erroneous impression that products bearing the Infringing Designs have been manufactured, distributed, advertised, promoted, offered for sale and/or sold by Plaintiffs, have been authorized by Plaintiffs, or are related to or associated in any way with Plaintiffs or their products.

4.      That Defendant be required to recall all infringing items and advertising and promotional materials, and thereafter to deliver up for destruction all infringing designs, artwork, packaging, advertising and promotional materials, and any means of making such infringing items.

5.      That the Court award Sweet People (i) Defendant's profits and Sweet People's damages and/or statutory damages, attorneys' fees and costs, to the full extent provided for by 17 U.S.C. §§ 504 and 505; (ii) Defendant's profits and Sweet People's damages, attorneys' fees and costs, to the full extent provided for by 15 U.S.C. § 1117, with any monetary award under 15 U.S.C. § 1117 to be trebled;

1    (iii) attorneys' fees and injunctive and other equitable relief, to the full extent

2    provided for by California Business & Professions Code §§17200 *et seq.*, to prevent

3    Defendant from continuing to engage in the unlawful, unfair, and/or fraudulent

4    business practices alleged herein and from continuing to receive ill-gotten gains

5    therefrom; (iv) actual and punitive damages as provided for under the common law;

6    and (v) attorneys' fees and costs incurred herein.

7         6.    That the Court award RCRV (i) Defendant's profits and RCRV's

8    damages, attorneys' fees and costs, to the full extent provided for by 15 U.S.C. §

9    1117, with any monetary award under 15 U.S.C. § 1117 to be trebled; (ii) attorneys'

10   fees and injunctive and other equitable relief, to the full extent provided for by

11   California Business & Professions Code §§17200 *et seq.*, to prevent Defendant from

12   continuing to engage in the unlawful, unfair, and/or fraudulent business practices

13   alleged herein and from continuing to receive ill-gotten gains therefrom; (iii) actual

14   and punitive damages as provided for under the common law; and (iv) attorneys' fees

15   and costs incurred herein.

16   / / /

17   / / /

18   / / /

19

20

21

22

23

24

25

26

27

28

7.   That Plaintiffs be awarded pre-judgment interest on any monetary award made part of the judgment against Defendant.

8.   That Plaintiffs be awarded such additional and further relief as the Court deems just and proper.

Dated:  September *16*, 2011

ARNOLD & PORTER LLP

By:  *James Blackburn*

John Ulin
John.Ulin@aporter.com
James S. Blackburn
James.Blackburn@aporter.com
Eric D. Mason
Eric.Mason@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

OF COUNSEL:

Louis S. Ederer
louis.ederer@aporter.com
Alan C. Veronick
alan.veronick@aporter.com
399 Park Avenue
New York, New York 10022
Telephone: (212) 715-1000
Facsimile: (212) 715-1399

*Attorneys for Plaintiffs*

1

## JURY DEMAND

2    Pursuant to Fed. R. Civ. Proc. 38(b), Plaintiffs Sweet People Apparel, Inc.

3  d/b/a Miss Me and RCRV, Inc., d/b/a Rock Revival, hereby demand trial by jury of

4  all issues so triable that are raised herein or which hereinafter may be raised in this

5  action.

6  Dated: September 16, 2011                    ARNOLD & PORTER LLP

7

8                                      By:  *James Black*

9                                           John Ulin
                                             John.Ulin@aporter.com
10                                           James S. Blackburn
                                             James.Blackburn@aporter.com
11                                           Eric D. Mason
                                             Eric.Mason@aporter.com
12                                           777 South Figueroa Street, 44th Floor
                                             Los Angeles, California 90017-5844
13                                           Telephone: (213) 243-4000
                                             Facsimile: (213) 243-4199
14

15                                           OF COUNSEL:

16                                           Louis S. Ederer
                                             louis.ederer@aporter.com
17                                           Alan C. Veronick
                                             alan.veronick@aporter.com
18                                           399 Park Avenue
                                             New York, New York 10022
19                                           Telephone: (212) 715-1000
                                             Facsimile: (212) 715-1399
20

21                                           *Attorneys for Plaintiffs*

22

23

24

25

26

27

28

1

2

3

4

| | |
|---|---|

<div style="text-align:center">

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

</div>

5

6

7

8

9

10

11

12

SWEET PEOPLE APPAREL, INC. )
d/b/a Miss Me, a California corporation )
and RCRV, INC. d/b/a ROCK )
REVIVAL, a California corporation )
)
        Plaintiffs, )
)
    v. )
)
LA IDOL FASHION, INC., a )
California corporation )
)
        Defendant. )
)
_____ )

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **EXHIBIT A TO AMENDED COMPLAINT**

Exhibit _A_, Pg _35_

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-733-502**

**Effective date of
registration:**
September 3, 2010

## Title

Title of Work: WING DESIGN

## Completion/Publication

Year of Completion: 2008
Date of 1st Publication: August 25, 2008           Nation of 1st Publication: United States

## Author

■           Author: Sweet People Apparel, Inc.
Author Created: Artwork Applied To Clothing

Work made for hire: Yes
Citizen of: United States

## Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.
4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions

Organization Name: Sweet People Apparel, Inc.
Address: 4715 S. Alameda Street
Los Angeles, CA 90058  United States

## Certification

Name: Brent S. LaBarge
Date: September 3, 2010
Applicant's Tracking Number: 21406.001

Exhibit _A_ , Pg _36_

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

 **Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|----|-----|----|----|----|----|----|----|----|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼

**WING DESIGN**

Registration Number of the Basic Registration ▼
VA 1-733-502

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Sweet People Apparel, Inc.

Name(s) of Copyright Claimant(s) ▼
Sweet People Apparel, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____    Line Heading or Description    Year of Completion and Date of 1st Publication

Incorrect Information as It Appears in Basic Registration ▼

Year of Completion:  2008; Date of 1st Publication: August 25, 2008

Corrected Information ▼

Year of Completion:  2009; Date of 1st Publication: June 5, 2009

Explanation of Correction ▼

The original application was inadvertently filed with the incorrect year of completion and first publication dates.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____    Line Heading or Description _____

Amplified Information and Explanation of Information ▼



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-644**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

9   16   2010

Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## A

Title of Work ▼
**WING DESIGN**

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
|---|---|
| VA 1-733-502 | 2010 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
|---|---|
| Sweet People Apparel, Inc. | Sweet People Apparel, Inc. |

## B

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____   Line Heading or Description   Year of Completion and Date of 1st Publication

Incorrect Information as It Appears In Basic Registration ▼

Year of Completion:  2008; Date of 1st Publication: August 25, 2008

Corrected Information ▼

Year of Completion:  2009; Date of 1st Publication: June 5, 2009

Explanation of Correction ▼

The original application was inadvertently filed with the incorrect year of completion and first publication dates.

## C

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D–G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

Exhibit   A   , Pg 38

DO NOT WRITE HERE
Page 1 of ____ pages

| FORM CA RECEIVED | FORM CA |
|---|---|
| 9/16/10 | |
| **FUNDS RECEIVED DATE** | |
| 9/16/10 | |
| **EXAMINED BY** MCRA | FOR COPYRIGHT |
| **CORRESPONDENCE ☐** | OFFICE USE ONLY |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION  ☐ YES  ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**D**

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Arnold & Porter LLP, 555 Twelfth Street, N.W.
Washington, DC 20004
Attn: Brent S. LaBarge

**E**

Phone ( 202)  942-5158        Fax ( 202)  942-5999        Email  brent.labarge@aporter.com

**Deposit Account** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name  Arnold & Porter LLP

Account Number  067822

**Certification\*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author                    ☐ owner of exclusive right(s)
☐ other copyright claimant   ☑ duly authorized agent of   **Sweet People Apparel, Inc.**
                              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼    Brent S. LaBarge                    Date ▼   September 15, 2010

Handwritten signature (X) ▼

*[signature]*

**Certificate will be mailed in window envelope to this address:**

| Name ▼ |
|---|
| Arnold & Porter LLP - Attn: Brent S. LaBarge |
| Number/Street/Apt ▼ |
| 555 Twelfth Street, N.W. |
| City/State/ZIP ▼ |
| Washington, DC 20004 |

YOU MUST
• Complete all necessary spaces
• Sign your application in Space F
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application Form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA—Full   Rev. 07/2008   Print: 07/2008—xx,000   Printed on recycled paper        U.S. Government Printing Office: 2008-xxx-xxx/xxx

Exhibit  *A*   Pg  *39*

### Sweet People Wing Design



1    **UNITED STATES DISTRICT COURT**

2    **CENTRAL DISTRICT OF CALIFORNIA**

3    **WESTERN DIVISION**

4
     SWEET PEOPLE APPAREL, INC.        )
5    d/b/a Miss Me, a California corporation )
     and RCRV, INC. d/b/a ROCK         )
6    REVIVAL, a California corporation  )
                                        )
7                    Plaintiffs,        )
                                        )
8         v.                            )
                                        )
9    LA IDOL FASHION, INC., a           )
     California corporation             )
10                                      )
                     Defendant.         )
11                                      )
                                        )
12

13

14   # **EXHIBIT B TO AMENDED COMPLAINT**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit __B__, Pg __41__

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-418-845

EFFECTIVE DATE OF REGISTRATION

May 23 2007

---

**1**

**Title of This Work ▼**
JP 4369 BACK POCKET DESIGN

**NATURE OF THIS WORK ▼** See Instructions
Fabric Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**

**NAME OF AUTHOR ▼**
Sweet People Apparel, Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { ☐ Citizen of ____
☐ Domiciled in ____ }

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { ☐ Citizen of ____
☐ Domiciled in ____ }

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes   ☐ No
Pseudonymous?   ☐ Yes   ☐ No

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
2006
This information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month October   Day 03   Year 2006
USA   Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 23 2007
ONE DEPOSIT RECEIVED
MAY 23 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.
Exhibit *B*   Pg 42
DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**5** PREVIOUS REGISTRATION

VA 1-712-707                                2005

**6** DERIVATIVE WORK OR COMPILATION

a

b

**7** DEPOSIT ACCOUNT

a

CORRESPONDENCE
Eric Choi / Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

b

Email

**8** CERTIFICATION

Eric Choi                                Date   April 9, 2009

**9**
Certificate
will be
mailed in
window
envelope
to this
address

Eric Choi / Sweet People Apparel, Inc.
4715 S. Alameda Street
Los Angeles, CA 90058

17 USC §506

Exhibit *B*   Pg. 43

## Sweet People Fleur de Lis Design



1      ### UNITED STATES DISTRICT COURT

2      ### CENTRAL DISTRICT OF CALIFORNIA

3      ### WESTERN DIVISION

4

5      SWEET PEOPLE APPAREL, INC.        )
       d/b/a Miss Me, a California corporation )
6      and RCRV, INC. d/b/a ROCK          )
       REVIVAL, a California corporation  )

7                      Plaintiffs,          )

8            v.                             )

9      LA IDOL FASHION, INC., a           )
       California corporation             )

10                     Defendant.           )

11     _____ )

12

13

14     # <u>EXHIBIT C TO AMENDED COMPLAINT</u>

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                         Exhibit ____C____, Pg 45

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-716-852**

**Effective date of registration:**

May 26, 2010

---

## Title
Title of Work: SPARKLE CROSS DESIGN

## Completion/Publication
Year of Completion: 2008

Date of 1st Publication: October 27, 2008    Nation of 1st Publication: United States

## Author
Author: Sweet People Apparel, Inc.
Author Created: Artwork applied to clothing

Work made for hire: Yes
Citizen of: United States

## Copyright claimant
Copyright Claimant: Sweet People Apparel, Inc.
4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions
Organization Name: Sweet People Apparel, Inc.
Address: 4715 S. Alameda Street
Los Angeles, CA 90058 United States

## Certification
Name: Brent S. LaBarge
Date: May 26, 2010
Applicant's Tracking Number: 21406.001

Exhibit ___C___, Pg ___46___        Page 1 of 1

### Sweet People Sparkle Cross Design



Exhibit _____C_____, Pg 47

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
and RCRV, INC. d/b/a ROCK
REVIVAL, a California corporation

            Plaintiffs,

    v.

LA IDOL FASHION, INC., a
California corporation

            Defendant.

# EXHIBIT D TO AMENDED COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-741-621

**Effective date of registration:**

September 28, 2010

## Title

| | |
|---|---|
| **Title of Work:** | Beaded Cross JP5046 |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | January 8, 2009 | **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| **Author:** | Sweet People Apparel, Inc. |
| **Author Created:** | Artwork applied to clothing |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Sweet People Apparel, Inc. |
| | 4715 S. Alameda St., Los Angeles, CA, 90058, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Sweet People Apparel, Inc. |
| **Name:** | Lilly Kim |
| **Email:** | lillykim@missme.com |
| **Telephone:** | 323-235-7307 |
| **Address:** | 4715 S. Alameda St. |
| | Los Angeles, CA 90058 United States |

## Certification

| | |
|---|---|
| **Name:** | Lilly Kim |
| **Date:** | September 28, 2010 |

Exhibit _D_ Pg _49_

## Sweet People Beaded Cross Design



Exhibit_____D_____, Pg _50_

1

2

3

4

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
and RCRV, INC. d/b/a ROCK
REVIVAL, a California corporation

            Plaintiffs,

    v.

LA IDOL FASHION, INC., a
California corporation

            Defendant.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **EXHIBIT E TO AMENDED COMPLAINT**



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-740-392

**Effective date of registration:**

September 20, 2010

## Title

**Title of Work:** Cross Wing JP5117

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 13, 2009          **Nation of 1st Publication:** United States

## Author

■          **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States          **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Name:** Lilly Kim

**Email:** lillykim@missme.com          **Telephone:** 323-235-7307

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

## Certification

**Name:** Lilly Kim

**Date:** September 20, 2010

Exhibit____*E*____, Pg *52*

**Registration #:**   VA0001740392

**Service Request #:**   1-489801041

Sweet People Apparel, Inc.
Attn: Lilly Kim
4715 S. Alameda St.
Los Angeles, CA 90058  United States

Exhibit____E____, Pg _53_

## Sweet People JP5117 Wing Cross Design



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.          )
d/b/a Miss Me, a California corporation )
and RCRV, INC. d/b/a ROCK            )
REVIVAL, a California corporation      )
                                      )
                Plaintiffs,            )
                                      )
        v.                            )
                                      )
LA IDOL FASHION, INC., a             )
California corporation                )
                                      )
                Defendant.            )
                                      )
_____)

# EXHIBIT F TO AMENDED COMPLAINT



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-739-882

**Effective date of
registration:**

September 16, 2010

---

## Title
                **Title of Work:** JP5095 Wing Cross

## Completion/Publication
      **Year of Completion:** 2009

  **Date of 1st Publication:** August 31, 2009        **Nation of 1st Publication:** United States

## Author
  ■         **Author:** Sweet People Apparel, Inc.

      **Author Created:** Artwork Applied to Clothing

    **Work made for hire:** Yes

          **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant
    **Copyright Claimant:** Sweet People Apparel, Inc.

                 4715 S. Alameda St., Los Angeles, CA, 90058, United States

## Rights and Permissions
    **Organization Name:** Sweet People Apparel, Inc.

           **Address:** 4715 S. Alameda St.

                 Los Angeles, CA 90058  United States

## Certification
          **Name:** Lilly Kim

           **Date:** September 16, 2010

Exhibit *F*   Pg. *5.6*

## Sweet People JP5095 Wing Cross Design



1

UNITED STATES DISTRICT COURT

2

CENTRAL DISTRICT OF CALIFORNIA

3

WESTERN DIVISION

4

5   SWEET PEOPLE APPAREL, INC.   )
    d/b/a Miss Me, a California corporation )
6   and RCRV, INC. d/b/a ROCK   )
    REVIVAL, a California corporation   )

7                    Plaintiffs,   )

8         v.   )

9   LA IDOL FASHION, INC., a   )
    California corporation   )

10                   Defendant.   )

11

12

13

14   # EXHIBIT G TO AMENDED COMPLAINT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-785-057**

**Effective date of registration:**

August 4, 2011

## Title
**Title of Work:** CrossRoads JP5072

## Completion/ Publication
**Year of Completion:** 2009

**Date of 1st Publication:** October 27, 2009      **Nation of 1st Publication:** United States

## Author
**Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied to Clothing

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions
**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda Street

Los Angeles, CA 90058  United States

## Certification
**Name:** Alan C. Veronick

**Date:** August 4, 2011

**Applicant's Tracking Number:** 21406.001

Exhibit _G_ , Pg _59_

## Sweet People Cross Roads Design



1
2
3
4

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

5
6
7
8
9
10
11
12

SWEET PEOPLE APPAREL, INC.      )
d/b/a Miss Me, a California corporation )
and RCRV, INC. d/b/a ROCK        )
REVIVAL, a California corporation )
                                 )
              Plaintiffs,        )
                                 )
       v.                        )
                                 )
LA IDOL FASHION, INC., a         )
California corporation           )
                                 )
              Defendant.         )
                                 )
                                 )
                                 )

13
14
15

# **<u>EXHIBIT H TO AMENDED COMPLAINT</u>**

16
17
18
19
20
21
22
23
24
25
26
27
28

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,494,338
Registered Aug. 26, 2008

## TRADEMARK
## SUPPLEMENTAL REGISTER



SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)

4715 S. ALAMEDA ST.

LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-29-2005; IN COMMERCE 9-29-2005.

THE MARK CONSISTS OF A FABRIC CUT OUT DESIGN ON THE POCKET FLAP AND UNDER THE WAIST OF THE PANTS. THE AREA OF THE CUT-OUT IS REPLACED WITH A FABRIC INSERT WHICH DIFFERS IN DESIGN FROM THE REMAINING PANTS FABRIC.

SER. NO. 78-938,050, FILED P.R. 7-26-2006; AM. S.R. 7-21-2008.

INGA ERVIN, EXAMINING ATTORNEY

## Sweet People Fabric Cut Out Design



Exhibit _H_ , Pg 63

1              **UNITED STATES DISTRICT COURT**

2             **CENTRAL DISTRICT OF CALIFORNIA**

3                  **WESTERN DIVISION**

4

5   SWEET PEOPLE APPAREL, INC.    )
    d/b/a Miss Me, a California corporation )

6   and RCRV, INC. d/b/a ROCK       )
    REVIVAL, a California corporation     )

7               Plaintiffs,         )

8      v.                         )

9   LA IDOL FASHION, INC., a       )
    California corporation           )

10             Defendant.        )

11                              )

12

13

14     **<u>EXHIBIT I TO AMENDED COMPLAINT</u>**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit _____ *I* _____, Pg _64_

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

## United States Patent and Trademark Office

Reg. No. 3,581,968
Registered Feb. 24, 2009

## TRADEMARK
### SUPPLEMENTAL REGISTER



RCRV, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-28-2008; IN COMMERCE 7-28-2008.

THE MARK CONSISTS OF A STYLIZED REPRE-
SENTATION OF A FLEUR-DE-LYS.

SER. NO. 77-551,925, FILED P.R. 8-20-2008; AM. S.R.
12-15-2008.

AISHA SALEM, EXAMINING ATTORNEY

Exhibit _____ *I* _____, Pg 65

## Rock Revival Inverted Fleur de Lis Design



Exhibit _____ _I_____, Pg 66

1
2
3

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

4

5

6

7

8

9

10

11

12

SWEET PEOPLE APPAREL, INC.      )
d/b/a Miss Me, a California corporation)
and RCRV, INC. d/b/a ROCK       )
REVIVAL, a California corporation )
                                )
           Plaintiffs,          )
                                )
        v.                      )
                                )
LA IDOL FASHION, INC., a        )
California corporation          )
                                )
           Defendant.           )
                                )
                                )

13

14

15

# **<u>EXHIBIT J TO AMENDED COMPLAINT</u>**

16

17

18

19

20

21

22

23

24

25

26

27

28

**LA Idol Infringing Wing Design**



**LA Idol Infringing Wing Design**



**LA Idol Infringing Wing Design**



### LA Idol Infringing Wing Design



**LA Idol Infringing Wing Design**



1                **UNITED STATES DISTRICT COURT**

2              **CENTRAL DISTRICT OF CALIFORNIA**

3                   **WESTERN DIVISION**

4

5  SWEET PEOPLE APPAREL, INC.  )
     d/b/a Miss Me, a California corporation )

6  and RCRV, INC. d/b/a ROCK     )
     REVIVAL, a California corporation     )

7               Plaintiffs,      )

8         v.              )

9  LA IDOL FASHION, INC., a     )
     California corporation         )

10             Defendant.     )

11                        )

12

13

14    **<u>EXHIBIT K TO AMENDED COMPLAINT</u>**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## LA Idol Infringing Fleur de Lis Design



**LA Idol Infringing Fleur de Lis Design**



## LA Idol Infringing Fleur de Lis Design



## LA Idol Infringing Fleur de Lis Design



1

2

3

4     UNITED STATES DISTRICT COURT

     CENTRAL DISTRICT OF CALIFORNIA

      WESTERN DIVISION

SWEET PEOPLE APPAREL, INC. )
d/b/a Miss Me, a California corporation)
and RCRV, INC. d/b/a ROCK )
REVIVAL, a California corporation )

       Plaintiffs, )

    v. )

LA IDOL FASHION, INC., a )
California corporation )

       Defendant. )

# **EXHIBIT L TO AMENDED COMPLAINT**

## LA Idol Infringing Sparkle Cross Design



## LA Idol Infringing Sparkle Cross Design



Exhibit _L_ Pg 80

1                **UNITED STATES DISTRICT COURT**

2            **CENTRAL DISTRICT OF CALIFORNIA**

3                  **WESTERN DIVISION**

4

5  SWEET PEOPLE APPAREL, INC.  )
     d/b/a Miss Me, a California corporation )

6  and RCRV, INC. d/b/a ROCK  )
     REVIVAL, a California corporation  )

7               Plaintiffs,   )

8       v.                )

9  LA IDOL FASHION, INC., a  )
     California corporation    )

10              Defendant.  )

11                       )

12

13

14   **<u>EXHIBIT M TO AMENDED COMPLAINT</u>**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## LA Idol Infringing Beaded Cross Design



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
and RCRV, INC. d/b/a ROCK
REVIVAL, a California corporation                )
                                                                          )
                            Plaintiffs,                              )
                                                                          )
            v.                                                         )
                                                                          )
LA IDOL FASHION, INC., a                        )
California corporation                                  )
                                                                          )
                            Defendant.                            )
                                                                          )

# **<u>EXHIBIT N TO AMENDED COMPLAINT</u>**

## LA Idol Infringing JP5117 Wing Cross Design



1          **UNITED STATES DISTRICT COURT**

2         **CENTRAL DISTRICT OF CALIFORNIA**

3              **WESTERN DIVISION**

4

5 SWEET PEOPLE APPAREL, INC. )
   d/b/a Miss Me, a California corporation )

6    and RCRV, INC. d/b/a ROCK )
   REVIVAL, a California corporation )

7            Plaintiffs, )

8         v. )

9 LA IDOL FASHION, INC., a )
   California corporation )

10           Defendant. )

11                 )

12

13

14 # EXHIBIT O TO AMENDED COMPLAINT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit _O_, Pg. 85

## LA Idol Infringing JP5095 Wing Cross Design





1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.          )
d/b/a Miss Me, a California corporation )
and RCRV, INC. d/b/a ROCK            )
REVIVAL, a California corporation     )
                                     )
            Plaintiffs,              )
                                     )
      v.                             )
                                     )
LA IDOL FASHION, INC., a             )
California corporation               )
                                     )
            Defendant.               )
                                     )

# **<u>EXHIBIT P TO AMENDED COMPLAINT</u>**

Exhibit *P* Pg *82*

## LA Idol Infringing Cross Roads Design



## LA Idol Infringing Cross Roads Design



## LA Idol Infringing Cross Roads Design



1           **UNITED STATES DISTRICT COURT**

2           **CENTRAL DISTRICT OF CALIFORNIA**

3                 **WESTERN DIVISION**

4

5 SWEET PEOPLE APPAREL, INC.
  d/b/a Miss Me, a California corporation

6 and RCRV, INC. d/b/a ROCK
  REVIVAL, a California corporation

7          Plaintiffs,

8     v.

9 LA IDOL FASHION, INC., a
  California corporation

10

11         Defendant.

12

13

14 # EXHIBIT Q TO AMENDED COMPLAINT

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit _Q_ Pg _91_

**LA Idol Infringing Fabric Cut Out Design**



1   **UNITED STATES DISTRICT COURT**

2   **CENTRAL DISTRICT OF CALIFORNIA**

3   **WESTERN DIVISION**

4
5   SWEET PEOPLE APPAREL, INC.         )
    d/b/a Miss Me, a California corporation )
5   and RCRV, INC. d/b/a ROCK          )
6   REVIVAL, a California corporation  )
                                       )
7              Plaintiffs,             )
                                       )
8        v.                            )
                                       )
9   LA IDOL FASHION, INC., a           )
    California corporation             )
10                                     )
               Defendant.             )
11                                     )
                                       )
12

13

14   <u>**EXHIBIT R TO AMENDED COMPLAINT**</u>

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## LA Idol Infringing Inverted Fleur De Lis Design



## LA Idol Infringing Inverted Fleur De Lis Design



## LA Idol Infringing Inverted Fleur De Lis Design



### LA Idol Infringing Inverted Fleur De Lis Design



Exhibit _R_ pg. _97_

1 | **UNITED STATES DISTRICT COURT**
2 | **CENTRAL DISTRICT OF CALIFORNIA**
3 | **WESTERN DIVISION**

4

5 | SWEET PEOPLE APPAREL, INC.
d/b/a Miss Me, a California corporation
and RCRV, INC. d/b/a ROCK
6 | REVIVAL, a California corporation

7 |             Plaintiffs,

8 |     v.

9 | LA IDOL FASHION, INC., a
California corporation
10

11 |            Defendant.

12

13

14 | # EXHIBIT S TO AMENDED COMPLAINT

15

16

17

18

19

20

21

22

23

24

25

26

27

28



Exhibit _____ 5 _____, Pg 99



**CORDIALLY INVITE YOU TO:**
LAS VEGAS CONVENTION CENTER
MAGIC SHOW
AUGUST 22-24, 2011
**CENTRAL HALL LOFT, BOOTH #70305**

TEL: 213.749.2688 // FAX: 213.749.5888
EMAIL: LAIDOLFASHION@YAHOO.COM
LAIDOLFASHION@SBCGLOBAL.NET
WEBSITE: WWW.LAIDOLFASHION.COM

Exhibit ___S___ Pg 100