1  JOHN C. ULIN (State Bar No. 165524)
   John.Ulin@aporter.com
2  JAMES S. BLACKBURN (State Bar No. 169134)
   James.Blackburn@aporter.com
3  ERIC D. MASON (State Bar No. 259233)
   Eric.Mason@aporter.com
4  ARNOLD & PORTER LLP
5  777 South Figueroa Street, 44th Floor
   Los Angeles, California  90017-5844
6  Telephone: (213) 243-4000
   Facsimile:  (213) 243-4199
7

8  *Attorneys for Plaintiffs*

9

10                 **UNITED STATES DISTRICT COURT**

11                 **CENTRAL DISTRICT OF CALIFORNIA**

12                      **WESTERN DIVISION**

13
   SWEET PEOPLE APPAREL, INC.        )  Case No.: CV11-06849 (SVW) (FFMX)
14 d/b/a Miss Me, a California corporation )
   and RCRV, INC. d/b/a ROCK          )
15 REVIVAL, a California corporation   )  **[PROPOSED] PRELIMINARY**
                                       )  **INJUNCTION ORDER**
16             Plaintiffs,            )
                                       )
17        v.                          )
                                       )
18 LA IDOL FASHION, INC., a            )
   California corporation              )
19                                     )
               Defendant.             )
20                                     )
21
22
23
24
25
26
27
28

On September 19, 2011, this matter was submitted to the Honorable Stephen V. Wilson, United States District Judge, Courtroom 6 of the United States District Court for the Central District of California, on a Motion for Preliminary Injunction pursuant to Rule 65 of the Federal Rules of Civil Procedure, brought by Plaintiffs Sweet People Apparel, Inc. d/b/a Miss Me ("Sweet People") and RCRV, Inc. d/b/a Rock Revival ("Rock Revival") against Defendant LA Idol Fashion, Inc. ("LA Idol").

On October 11, 2011, having considered Plaintiffs' Amended Complaint (Dkt. No. 9), Plaintiffs' Motion for a Preliminary Injunction, and the papers filed in support thereof (Dkt. Nos. 10-13 and 23-27), as well as LA Idol's papers filed in opposition to Plaintiffs' Motion for a Preliminary Injunction (Dkt. Nos. 15-19), the Court issued an In Chambers Order re Plaintiffs' Motion for a Preliminary Injunction (Dkt. No. 31), finding that Plaintiffs are entitled to the issuance of a Preliminary Injunction for the following reasons, among others:

A.     Plaintiff Sweet People has shown that it is likely to succeed on the merits of its claims against LA Idol for copyright infringement, and in particular that it (i) owns valid and enforceable copyrights for its Wing Design (U.S. Copyright Registration No. VA 1-733-502 and Supplementary Registration No. 1-432-644); Fleur de Lis Design (U.S. Copyright Registration No. VA 1-418-846); Sparkle Cross Design (U.S. Copyright Registration No. VA 1-716-852); Beaded Cross Design (U.S. Copyright Registration No. VA 1-741-621); JP5117 Cross Wing Design (U.S. Copyright Registration No. VA 1-740-392); JP5095 Wing Cross Design (U.S. Copyright Registration No. VA 1-739-882); and the Cross Roads Design (U.S. Copyright Registration No. VA 1-785-057) (such copyrighted designs being collectively referred to as the "Sweet People Copyrighted Designs"), copies of the aforesaid registration certificates, and photographs of each of the Sweet People Copyrighted Designs, being attached hereto as Exhibit A and incorporated herein by reference; and (ii) has shown that LA Idol has manufactured, advertised, promoted, purchased, offered for sale and/or sold jeanswear products bearing designs that are

1    substantially similar to the Sweet People Copyrighted Designs, including, without

2    limitation, the products depicted in Exhibit B attached hereto and incorporated herein

3    by reference; and

4        B.    Plaintiff Sweet People has shown that it is likely to succeed on the merits

5    of its claims against LA Idol for trademark infringement, and in particular that it (i)

6    owns a valid and enforceable federal trademark in its FABRIC CUT OUT DESIGN

7    Trademark (U.S. Trademark Registration No. 3,494,338), a copy of the registration

8    certificate, and a photograph of the FABRIC CUT OUT DESIGN Trademark, being

9    attached hereto as Exhibit C and incorporated herein by reference; (ii) has established

10   that the FABRIC CUT OUT DESIGN Trademark is distinctive, having acquired

11   secondary meaning; and (iii) has shown, under the relevant factors in *AMF, Inc. v.*

12   *Sleekcraft Boats*, 599 F.2d 341 (9th Cir. 1979) ("*Sleekcraft*"), that LA Idol has

13   manufactured, advertised, promoted, purchased, offered for sale and/or sold

14   jeanswear products bearing designs that are confusingly similar to Sweet People's

15   FABRIC CUT OUT DESIGN Trademark, including, without limitation, the products

16   depicted in Exhibit D attached hereto and incorporated herein by reference; and

17       C.    Plaintiff RCRV has shown that it is likely to succeed on the merits of its

18   claims against LA Idol for trademark infringement, and in particular that it (i) owns a

19   valid and enforceable federal trademark in its INVERTED FLEUR-DE-LIS DESIGN

20   Trademark (U.S. Trademark Registration No. 3,581,968), a copy of the registration

21   certificate, and a photograph of the INVERTED FLEUR-DE-LIS DESIGN

22   Trademark, being attached hereto as Exhibit E and incorporated herein by reference;

23   (ii) has established that the INVERTED FLEUR-DE-LIS DESIGN Trademark is

24   distinctive, having acquired secondary meaning; and (iii) has shown, under the

25   relevant *Sleekcraft* factors, that LA Idol has manufactured, advertised, promoted,

26   purchased, offered for sale and/or sold jeanswear products bearing designs that are

27   confusingly similar to RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark,

28

3

1  including, without limitation, the products depicted in Exhibit F attached hereto and

2  incorporated herein by reference; and

3        D.    Plaintiffs have shown that there is a probability that LA Idol's continued

4  manufacture, distribution and/or sale of the products depicted in the attached Exhibits

5  B, D and F (collectively, "Infringing Products"), or any other products bearing

6  designs substantially similar in appearance to the Sweet People Copyrighted Designs,

7  or confusingly similar in appearance to Sweet People's FABRIC CUT OUT DESIGN

8  Trademark and/or RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark

9  (collectively, "Infringing Designs"), would cause Plaintiffs to suffer irreparable

10  injury; and

11        E.    Plaintiffs have shown that the balance of hardships tips in their favor

12  should a Preliminary Injunction issue, and that such an injunction would serve the

13  public interest.

14        **IT IS THEREFORE ORDERED THAT**, pending the final disposition of this

15  action, LA Idol, its respective subsidiaries, affiliates, divisions, officers, directors,

16  principals, servants, employees, successors and assigns, and all those in active

17  concert or participation with it, or under its direct or indirect control, including

18  manufacturers, suppliers, distributors and retailers of any of the Infringing Products,

19  or any product bearing an Infringing Design, who receive actual notice of this Order,

20  are hereby enjoined, restrained and prohibited from:

21        1.    Copying, imitating, or making any unauthorized use of the Sweet People

22  Copyrighted Designs, Sweet People's FABRIC CUT OUT DESIGN Trademark

23  and/or RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark.

24        2.    Manufacturing, importing, distributing, marketing, advertising, offering

25  for sale and/or selling any product bearing an Infringing Design, including, without

26  limitation, any of the Infringing Products.

27

28

3.     Within five (5) business days of the date of this Order, LA Idol shall serve upon Plaintiffs' counsel and file with the Court a report of compliance identifying the steps it has taken to comply with this Order.

6.     This Order shall be effective upon Plaintiffs' filing of a bond in the amount of Ten Thousand Dollars ($10,000.00) with the Clerk of the Court.

IT IS SO ORDERED.

DATED: _10/24/11_        _____

Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

Submitted By:

ARNOLD & PORTER LLP
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

By: _____
     James Blackburn

Exhibit A

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

SWEET PEOPLE APPAREL, INC.
d/b/a MISS ME, a California
corporation and RCRV, INC. d/b/a
ROCK REVIVAL, a California
corporation.

           Plaintiffs,

    v.

LA IDOL FASHION, INC., a
California corporation.

           Defendant.

Case No.: 11-Civ-06849 (SVW) (FFMx)

Hon. Stephen V. Wilson

**EXHIBIT A TO THE [PROPOSED]
PRELIMINARY INJUNCTION ORDER**

Exhibit _____A_____, Pg _6_

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number

VA 1-733-502

Effective date of
registration:
September 3, 2010

## Title

Title of Work: WING DESIGN

## Completion/Publication

Year of Completion: 2008
Date of 1st Publication: August 21, 2008        Nation of 1st Publication: United States

## Author

■        Author: Sweet People Apparel, Inc.
Author Created: Artwork Applied To Clothing

Work made for hire: Yes
Citizen of: United States

## Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.
4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions

Organization Name: Sweet People Apparel, Inc.
Address: 4715 S. Alameda Street
Los Angeles, CA 90058 United States

## Certification

Name: Brent S. LaBarge
Date: September 3, 2010
Applicant's Tracking Number: 21406.001

Exhibit _____ A _____ Pg _____ 7 _____

Page 1 of 1

Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |
|---|---|---|---|---|---|---|---|---|

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

Month       Day       Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**A**

Title of Work ▼
WING DESIGN

Registration Number of the Basic Registration ▼
VA 1-733-502

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Sweet People Apparel, Inc.

Name(s) of Copyright Claimant(s) ▼
Sweet People Apparel, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number _____ Line Heading or Description __ Year of Completion and Date of 1st Publication

Incorrect Information as It Appears in Basic Registration ▼
Year of Completion: 2008; Date of 1st Publication: August 25, 2008

Corrected Information ▼
Year of Completion: 2009; Date of 1st Publication: June 5, 2009

Explanation of Correction ▼
The original application was inadvertently filed with the incorrect year of completion and first publication dates.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____ Line Heading or Description _____
Amplified Information and Explanation of Information ▼

**MORE ON BACK ▶**  • Complete all applicable spaces (D-G) on the reverse side of this page.    DO NOT WRITE HERE
• See detailed instructions.    • Sign the form at Space F.    Page 1 of _____ pages

Exhibit _____A_____, Pg. _8_

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-644**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

9     16     2010
Month     Day     Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
**WING DESIGN**

Registration Number of the Basic Registration ▼
VA 1-733-502

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Sweet People Apparel, Inc.

Name(s) of Copyright Claimant(s) ▼
Sweet People Apparel, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number _____ Line Heading or Description Year of Completion and Date of 1st Publication

Incorrect Information as It Appears in Basic Registration ▼

Year of Completion: 2008; Date of 1st Publication: August 25, 2008

Corrected Information ▼

Year of Completion: 2009; Date of 1st Publication: June 5, 2009

Explanation of Correction ▼

The original application was inadvertently filed with the incorrect year of completion and first publication dates.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____ Line Heading or Description _____
Amplified Information and Explanation of Information ▼

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.   DO NOT WRITE HERE
                 • See detailed instructions.   • Sign the form at Space F.

Exhibit _____A_____ , Pg _9_

| | FORM CA |
|---|---|
| **FORM CA RECEIVED** 9/16/10 | |
| **FUNDS RECEIVED DATE** 9/16/10 | |
| **EXAMINED BY** MCRA /ml | FOR COPYRIGHT OFFICE USE ONLY |
| **CORRESPONDENCE ☐** | |
| **REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION** ☐YES ☐NO. | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

## D

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Arnold & Porter LLP, 555 Twelfth Street, N.W.
Washington, DC 20004
Attn: Brent S. LaBarge

Phone ( 202) 942-5158          Fax ( 202) 942-5999          Email brent.labarge@aporter.com

## E

**Deposit Account** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name  Arnold & Porter LLP

Account Number  097822

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)

☐ author          ☐ owner of exclusive right(s)
☐ other copyright claimant  ☑ duly authorized agent of  Sweet People Apparel, Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

## F

Typed or printed name ▼  Brent S. LaBarge          Date ▶ September 15, 2010

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Arnold & Porter LLP - Attn: Brent S. LaBarge | |
|---|---|---|
| | Number/Street/Apt ▼ 555 Twelfth Street, N.W. | |
| | City/State/ZIP ▼ Washington, DC 20004 | |

## G

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev.07/2008  Print: 07/2008—xx,000  Printed on recycled paper

Exhibit _____ A _____ , Pg _70_

### Sweet People Wing Design



Exhibit _____A_____, Pg _11_

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-418-846**

EFFECTIVE DATE OF REGISTRATION

May 23 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**
Title of This Work ▼
JP 4369 BACK POCKET DESIGN

NATURE OF THIS WORK ▼ See Instructions
Fabric Design

Previous or Alternative Title ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

**2**
NAME OF AUTHOR ▼
**a** Sweet People Apparel, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____ }

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☒ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____ }

Was This Author's Contribution to the Work
Anonymous?  ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**3**
**a** Year in Which Creation of This Work Was Completed
2006
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Month October  Day 03  Year 2006
Nation USA

**4**
COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

APPLICATION RECEIVED
MAY 23 2007
ONE DEPOSIT RECEIVED
MAY 23 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.
• Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit __A__, Pg __12__

EXAMINED BY ___

CHECKED BY ___

CORRESPONDENCE
☐ Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☒ Yes ☐ No. If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☒ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ VAu713-797. Year of Registration ▼ 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a
b

*See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                                                  Account Number ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Eric Choi / Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

b

Area code and daytime telephone number ( 323 ) 235-7362.       Fax number ( 323 ) 235-7344

Email   ericchoi@mjssme.com

**CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▼
☐ author
☐ other copyright claimant
☒ owner of exclusive right(s)
☐ authorized agent of ___
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Eric Choi                                                                Date April 9, 2007

Handwritten signature (X) ▼

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Eric Choi / Sweet People Apparel, Inc.

Number/Street/Apt ▼
4715 S. Alameda Street

City/State/Zip ▼
Los Angeles, CA 90058

**9**

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by Section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Exhibit ___A___, Pg _13_

**Sweet People Fleur de Lis Design**



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-716-852**

**Effective date of registration:**

May 26, 2010

---

## Title

Title of Work: SPARKLE CROSS DESIGN

## Completion/Publication

Year of Completion: 2008
Date of 1st Publication: October 27, 2008    Nation of 1st Publication: United States

## Author

Author: Sweet People Apparel, Inc.
Author Created: Artwork applied to clothing
Work made for hire: Yes
Citizen of: United States

## Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.
4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions

Organization Name: Sweet People Apparel, Inc.
Address: 4715 S. Alameda Street

Los Angeles, CA 90058 United States

## Certification

Name: Brent S. LaBarge
Date: May 26, 2010
Applicant's Tracking Number: 21406.001

Page 1 of 1

Exhibit _____ A _____, Pg _15_

Registration #: VA0001716852

Service Request #: 1-410148573

Arnold & Porter LLP
Attn: Brent S. LaBarge
555 Twelfth Street, N.W.
IP Docketing
Washington, DC 20004

Exhibit _____A_____, Pg _16_

**Sweet People Sparkle Cross Design**



Exhibit _A_____, Pg _17_

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-741-621**

**Effective date of
registration:**

September 28, 2010

---

## Title

Title of Work: Beaded Cross JP5046

## Completion/Publication

Year of Completion: 2008

Date of 1st Publication: January 8, 2009    Nation of 1st Publication: United States

## Author

Author: Sweet People Apparel, Inc.

Author Created: Artwork applied to clothing

Work made for hire: Yes

Citizen of: United States    Domiciled in: United States

## Copyright claimant

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058, United States

## Rights and Permissions

Organization Name: Sweet People Apparel, Inc.

Name: Lilly Kim

Email: lillykim@missme.com    Telephone: 323-235-7307

Address: 4715 S. Alameda St.

Los Angeles, CA 90058 United States

## Certification

Name: Lilly Kim

Date: September 28, 2010

---

Exhibit __A__ , Pg __18__

Page 1 of 1

**Sweet People Beaded Cross Design**



Exhibit ___A___, Pg. 19

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-740-392

**Effective date of
registration:**

September 20, 2010

---

## Title

**Title of Work:** Cross Wing JP5117

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 13, 2009      **Nation of 1st Publication:** United States

## Author

■   **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States      **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Name:** Lilly Kim

**Email:** lillykim@missme.com      **Telephone:** 323-235-7307

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

## Certification

**Name:** Lilly Kim

**Date:** September 20, 2010

Exhibit____*A*____, Pg *20*      Page 1 of 1

**Registration #:**   VA0001740392

**Service Request #:**   1-489801041

Sweet People Apparel, Inc.
Attn: Lilly Kim
4715 S. Alameda St.
Los Angeles, CA 90058  United States

Exhibit _____A_____, Pg 21

Case 2:11-cv-06849-SVW   M   Document 33-1   Filed 10/13/   Page 23 of 57   Page ID
#:1064
Case 2:11-cv-06849-SVW-FFM   Document 43   Filed 10/24/11   Page 23 of 62   Page ID #:1215

**Sweet People JP5117 Wing Cross Design**



Exhibit _A_____, Pg 22

Case 2:11-cv-06849-SVW   JM   Document 33-1   Filed 10/13/   Page 24 of 57   Page ID
#:1065
Case 2:11-cv-06849-SVW-FFM   Document 43   Filed 10/24/11   Page 24 of 62   Page ID #:1216

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**
## VA 1-739-882

**Effective date of
registration:**
September 16, 2010

---

**Title** ────────────────────────────

Title of Work: JP5095 Wing Cross

**Completion/Publication** ───────────────

Year of Completion: 2009

Date of 1st Publication: August 31, 2009      Nation of 1st Publication: United States

**Author** ───────────────────────────────

- Author: Sweet People Apparel, Inc.

Author Created: Artwork Applied to Clothing

Work made for hire: Yes

Citizen of: United States      Domiciled in: United States

**Copyright claimant** ──────────────────────

Copyright Claimant: Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058, United States

**Rights and Permissions** ────────────────────

Organization Name: Sweet People Apparel, Inc.

Address: 4715 S. Alameda St.

Los Angeles, CA 90058  United States

**Certification** ────────────────────────────

Name: Lilly Kim

Date: September 16, 2010

---

Exhibit ___*A*___, Pg *23*      Page 1 of 1

### Sweet People JP5095 Wing Cross Design



Exhibit____A____, Pg 24

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-785-057**

**Effective date of
registration:**

August 4, 2011

---

## Title

**Title of Work:** CrossRoads JP5072

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 27, 2009    **Nation of 1st Publication:** United States

## Author

■    **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied to Clothing

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda Street

Los Angeles, CA 90058  United States

## Certification

**Name:** Alan C. Veronick

**Date:** August 4, 2011

**Applicant's Tracking Number:** 21406.001

---

Page 1 of 1

Exhibit ___*A*___ , Pg *25*

Case 2:11-cv-06849-SVW  M  Document 33-1  Filed 10/13/  Page 27 of 57  Page ID
#:1068
Case 2:11-cv-06849-SVW-FFM  Document 43  Filed 10/24/11  Page 27 of 62  Page ID #:1219

## Sweet People Cross Roads Design



Exhibit _A_, Pg 26

**Exhibit B**

1

# UNITED STATES DISTRICT COURT

2

## CENTRAL DISTRICT OF CALIFORNIA

3

### WESTERN DIVISION

4

5    SWEET PEOPLE APPAREL, INC.
     d/b/a MISS ME, a California
6    corporation and RCRV, INC. d/b/a
     ROCK REVIVAL, a California
7    corporation.

8                      Plaintiffs,

9          v.

10   LA IDOL FASHION, INC., a
     California corporation.

11                     Defendant.

12

| Case No.: 11-Civ-06849 (SVW) (FFMx) |

Hon. Stephen V. Wilson

**EXHIBIT B TO THE [PROPOSED]
PRELIMINARY INJUNCTION ORDER**

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit ___*B*___, Pg *22*

**LA Idol Wing Design**



## LA Idol Wing Design



Exhibit _____B_____, Pg 29

## LA Idol Wing Design



**LA Idol Wing Design**



Exhibit __B__, Pg _31_

## LA Idol Wing Design



Exhibit _B_____, Pg. _32_

**LA Idol Fleur de Lis Design**



Exhibit _B_____, Pg. _33_

## LA Idol Fleur de Lis Design



Exhibit _____B_____, Pg 34

## LA Idol Fleur de Lis Design



Case 2:11-cv-06849-SVW   M   Document 33-1   Filed 10/13/   Page 37 of 57   Page ID
#:1078
Case 2:11-cv-06849-SVW-FFM   Document 43   Filed 10/24/11   Page 38 of 62   Page ID #:1230

**LA Idol Sparkle Cross Design**



Exhibit _B_, Pg_36_

Case 2:11-cv-06849-SVW   M   Document 33-1   Filed 10/13/   Page 38 of 57   Page ID
#:1079
Case 2:11-cv-06849-SVW-FFM   Document 43   Filed 10/24/11   Page 39 of 62   Page ID #:1231

**LA Idol Sparkle Cross Design**



Exhibit _B_____, Pg_37_

**LA Idol Beaded Cross Design**



Exhibit ___B___, Pg. 38

## LA Idol Wing Cross Design



Exhibit _B_, Pg. _39_

## LA Idol JP5095 Wing Cross Design



Exhibit ___B___, Pg _40_

## LA Idol Cross Roads Design



Exhibit _B_, Pg _41_

## LA Idol Cross Roads Design



Case 2:11-cv-06849-SVW    M  Document 33-1   Filed 10/13/    Page 44 of 57   Page ID
#:1085
Case 2:11-cv-06849-SVW-FFM   Document 43   Filed 10/24/11   Page 45 of 62   Page ID #:1237

## LA Idol Cross Roads Design



Exhibit C

1  # UNITED STATES DISTRICT COURT

2  ## CENTRAL DISTRICT OF CALIFORNIA

3  ### WESTERN DIVISION

4

5  SWEET PEOPLE APPAREL, INC.
d/b/a MISS ME, a California

    Case No.: 11-Civ-06849 (SVW) (FFMx)

6  corporation and RCRV, INC. d/b/a
ROCK REVIVAL, a California

    Hon. Stephen V. Wilson

7  corporation.

    **EXHIBIT C TO THE [PROPOSED]
PRELIMINARY INJUNCTION ORDER**

8              Plaintiffs,

9     v.

10  LA IDOL FASHION, INC., a
California corporation.

11

12             Defendant.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit _____C_____, Pg 44

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

**United States Patent and Trademark Office**

Reg. No. 3,494,338

Registered Aug. 26, 2008

## TRADEMARK
### SUPPLEMENTAL REGISTER



SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)

4715 S. ALAMEDA ST.

LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-29-2005; IN COMMERCE 9-29-2005.

THE MARK CONSISTS OF A FABRIC CUT OUT DESIGN ON THE POCKET FLAP AND UNDER THE WAIST OF THE PANTS. THE AREA OF THE CUT-OUT IS REPLACED WITH A FABRIC INSERT WHICH DIFFERS IN DESIGN FROM THE REMAINING PANTS FABRIC.

SER. NO. 78-938,050, FILED P.R. 7-26-2006; AM. S.R. 7-21-2008.

INGA ERVIN, EXAMINING ATTORNEY

Exhibit _____C_____, Pg _45_

## Sweet People Fabric Cut Out Design



Exhibit____C____, Pg 46

**Exhibit D**

Case 2:11-cv-06849-SVW    M   Document 33-1   Filed 10/13/    Page 48 of 57   Page ID
#:1089
Case 2:11-cv-06849-SVW-FFM   Document 43   Filed 10/24/11   Page 51 of 62   Page ID #:1243

1                    **UNITED STATES DISTRICT COURT**

2                    **CENTRAL DISTRICT OF CALIFORNIA**

3                        **WESTERN DIVISION**

4

5    SWEET PEOPLE APPAREL, INC.          )   Case No.: 11-Civ-06849 (SVW) (FFMx)
     d/b/a MISS ME, a California          )
6    corporation and RCRV, INC. d/b/a     )   Hon. Stephen V. Wilson
     ROCK REVIVAL, a California           )
7    corporation.                         )   **EXHIBIT D TO THE [PROPOSED]**
                                          )   **PRELIMINARY INJUNCTION ORDER**
8                           Plaintiffs,   )

9          v.                             )

10   LA IDOL FASHION, INC., a             )
     California corporation.              )
11                                        )
                            Defendant.    )
12                                        )

13                                        )

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              Exhibit____D____, Pg 47

Case 2:11-cv-06849-SVW    M  Document 33-1   Filed 10/13/   Page 49 of 57   Page ID
#:1090
Case 2:11-cv-06849-SVW-FFM   Document 43   Filed 10/24/11   Page 52 of 62   Page ID #:1244

## LA Idol Fabric Cut Out Design



**Exhibit** _D_____, **Pg** _48_

Exhibit E

Case 2:11-cv-06849-SVW ∖M Document 33-1 Filed 10/13/ Page 50 of 57 Page ID
#:1091
Case 2:11-cv-06849-SVW-FFM Document 43 Filed 10/24/11 Page 54 of 62 Page ID #:1246

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation. | Case No.: 11-Civ-06849 (SVW) (FFMx) |
|  | Hon. Stephen V. Wilson |
| Plaintiffs, | **EXHIBIT E TO THE [PROPOSED] PRELIMINARY INJUNCTION ORDER** |
| v. |  |
| LA IDOL FASHION, INC., a California corporation. |  |
| Defendant. |  |

Exhibit ___E___, Pg _49_

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,581,968

## United States Patent and Trademark Office

Registered Feb. 24, 2009

### TRADEMARK
### SUPPLEMENTAL REGISTER



RCRV, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 7-28-2008; IN COMMERCE 7-28-2008.

THE MARK CONSISTS OF A STYLIZED REPRE-SENTATION OF A FLEUR-DE-LYS.

SER. NO. 77-551,925, FILED P.R. 8-20-2008; AM. S.R. 12-15-2008.

AISHA SALEM, EXAMINING ATTORNEY

Exhibit ___E___, Pg 50

### Rock Revival Inverted Fleur de Lis Design



Exhibit _E_, Pg.51

Exhibit F

1
2
3
4

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

5   SWEET PEOPLE APPAREL, INC.
    d/b/a MISS ME, a California
6   corporation and RCRV, INC. d/b/a
    ROCK REVIVAL, a California
7   corporation.

8                    Plaintiffs,

9          v.

10  LA IDOL FASHION, INC., a
    California corporation.

11

12                   Defendant.

13

Case No.: 11-Civ-06849 (SVW) (FFMx)

Hon. Stephen V. Wilson

**EXHIBIT F TO THE [PROPOSED]
PRELIMINARY INJUNCTION ORDER**

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit _F_ , Pg _52_

## LA Idol Inverted Fleur De Lis Design



## LA Idol Inverted Fleur De Lis Design



Exhibit _____F_____, Pg 54

## LA Idol Inverted Fleur De Lis Design



Exhibit___F___, Pg 55

## LA Idol Inverted Fleur De Lis Design



Exhibit _E_, Pg _56_