LOUIS S. Ederer (admitted *Pro Hac*)
Louis.Ederer@aporter.com
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation.<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>LA IDOL FASHION, INC., a California corporation,<br><br>　　　　　Defendant. | Case No.: 11-Civ-06849 (SVW) (FFMx)<br><br>Hon. Stephen V. Wilson<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS AND FURTHER RESPONSES TO INTERROGATORIES BY DEFENDANT**<br><br>**DISCOVERY MATTER**<br><br>Date:　　　　　February 7, 2012<br>Time:　　　　　10:00 a.m.<br>Courtroom:　　E<br>Judge:　　　　　Frederick F. Mumm<br><br>Discovery Cutoff:　None Set<br>Pretrial Conference: February 27, 2012<br>Trial:　　　　　March 9, 2012 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on February 7, 2012, 2012, at 10:00 a.m., or as soon thereafter as this matter can be heard before the Honorable Fredrick F. Mumm, at Courtroom E of the United States District Court for the Central District of California, 312 N. Spring Street, Los Angeles, California 90012, Plaintiffs Sweet People Apparel, Inc., d/b/a Miss Me and RCRV, Inc., d/b/a Rock Revival (collectively, "Plaintiffs"), will, and hereby do, move this Court, pursuant to Rule 37 of the Federal Rules of Civil Procedure and Local Civil Rules 37-1 through 37-4, for an order compelling Defendant L.A. Idol Fashion, Inc. to produce documents responsive to Document Request Nos. 1, 4, 8-11, 14-17, 19, 21-23, 25, 27-33, 36, 43, 45, 47-52, 54-55, 57, 59, 61, 65, 71, 74-75, 81-101, 103 and to further respond to Interrogatory Nos. 1, 2, 3, 5, 16, 18, 19, 20, 21, 23-25.

This motion is based on this Notice of Motion and Motion, the accompanying Joint Stipulation, the Declarations of Carmen Bautista and James S. Blackburn and accompanying exhibits, all files and pleadings in this action, and any other matter that may properly come before this Court at or before the time of hearing on this matter.

This motion is filed following extensive efforts by Plaintiffs, pursuant to Local Rule 37-1, to meet and confer with Defendant. Those efforts are set forth in the accompanying Blackburn Declaration.

Dated: January 13, 2012           ARNOLD & PORTER LLP


By:  s/James S. Blackburn
    James S. Blackburn
    James.Blackburn@aporter.com
    Eric D. Mason
    Eric.Mason@aporter.com

*Attorneys for Plaintiffs*