LOUIS S. EDERER (admitted *Pro Hac*)
Louis.Ederer@aporter.com
JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation.<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LA IDOL FASHION, INC., a California corporation.<br><br>　　　　　Defendant. | Case No.: 11-Civ-06849 (SVW) (FFMx)<br><br>Hon. Stephen V. Wilson<br><br>**[PROPOSED] AGREED UPON VERDICT FORM**<br><br><br>Pretrial Conference: April 2, 2012<br>Trial:　　　　　April 10, 2012 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## VERDICT FORM

### 3.3 RETURN OF VERDICT

A verdict form has been prepared for you.  After you have reached unanimous agreement on a verdict, your presiding juror will fill in the form that has been given to you, sign and date it, and advise the court that you are ready to return to the courtroom.

1    Source:  Ninth Circuit Model Civil Jury Instructions, Instruction 3.3.

# 500 VERDICT FORM

On the claims of Plaintiffs Sweet People Apparel, Inc. and RCRV, Inc. against Defendant LA Idol Fashion, Inc., we, the jury, find as follows:

1.     Has Plaintiff Sweet People Apparel, Inc. proven by a preponderance of the evidence that Defendant LA Idol Fashion, Inc.'s jeanswear designs infringe one or more of the following copyrighted designs?

- Sweet People's Wing Design             Yes_____. No_____.
- Sweet People's Fleur De Lis Design      Yes_____. No_____.
- Sweet People's Beaded Cross Design     Yes_____. No_____.
- Sweet People's JP5117 Cross Wing Design   Yes_____. No_____.
- Sweet People's JP5095 Wing Cross Design   Yes_____. No_____.
- Sweet People's Cross Roads Design      Yes_____. No_____.

2.     If you answered "yes" to any of the copyrighted designs set forth in question number 1, do you find that Sweet People Apparel, Inc. has proven by a preponderance of the evidence that Defendant LA Idol Fashion, Inc. willfully infringed one or more of the following copyrighted designs?

- Sweet People's Wing Design             Yes_____. No_____.
- Sweet People's Fleur De Lis Design      Yes_____. No_____.
- Sweet People's Beaded Cross Design     Yes_____. No_____.
- Sweet People's JP5117 Cross Wing Design   Yes_____. No_____.
- Sweet People's JP5095 Wing Cross Design   Yes_____. No_____.
- Sweet People's Cross Roads Design      Yes_____. No_____.

3.     Have Plaintiffs Sweet People Apparel, Inc. and RCRV, Inc. proven by a preponderance of the evidence that Defendant LA Idol Fashion, Inc.'s jeanswear designs infringe one or more of the following trademarked designs?

- Sweet People's Wing Design             Yes_____. No_____.
- Sweet People's Fleur de Lis Design      Yes_____. No_____.

●Sweet People's Fabric Cut Out Design      Yes_____. No_____.

●RCRV's Inverted Fleur de Lis Design      Yes_____. No_____.

4.    If you answered "yes" to any of the trademarked designs set forth in question number 3, do you find that Sweet People Apparel, Inc. has proven by a preponderance of the evidence that Defendant LA Idol Fashion, Inc. willfully infringed one or more of the following trademarked designs?

●Sweet People's Wing Design      Yes_____. No_____.

●Sweet People's Fleur de Lis Design      Yes_____. No_____.

●Sweet People's Fabric Cut Out Design      Yes_____. No_____.

●RCRV's Inverted Fleur de Lis Design      Yes_____. No_____.

5.    Have Plaintiffs Sweet People Apparel, Inc. and RCRV, Inc. proven by a preponderance of the evidence that Defendant LA Idol Fashion, Inc. engaged in false designation of origin with respect to one or more of the following trademarked designs?

●Sweet People's Wing Design      Yes_____. No_____.

●Sweet People's Fleur de Lis Design      Yes_____. No_____.

●Sweet People's Fabric Cut Out Design      Yes_____. No_____.

●RCRV's Inverted Fleur de Lis Design      Yes_____. No_____.

6.    If you answered "yes" to any of the trademarked designs set forth in question number 5, do you find that Sweet People Apparel, Inc. has proven by a preponderance of the evidence that Defendant LA Idol Fashion, Inc. willfully engaged in false designation of origin with respect to one or more of the following trademarked designs?

●Sweet People's Wing Design      Yes_____. No_____.

●Sweet People's Fleur de Lis Design      Yes_____. No_____.

●Sweet People's Fabric Cut Out Design      Yes_____. No_____.

●RCRV's Inverted Fleur de Lis Design      Yes_____. No_____.

7.      Have Plaintiffs Sweet People Apparel, Inc. and RCRV, Inc. proven by a preponderance of the evidence that Defendant LA Idol Fashion, Inc. engaged in common law trademark infringement and unfair competition with respect to one or more of the following trademarked designs?

●Sweet People's Wing Design                    Yes_____. No_____.

●Sweet People's Fleur de Lis Design         Yes_____. No_____.

●Sweet People's Fabric Cut Out Design      Yes_____. No_____.

●RCRV's Inverted Fleur de Lis Design        Yes_____. No_____.

8.      If you answered "yes" to any of the trademarked designs set forth in question number 7, do you find that Sweet People Apparel, Inc. has proven by a clear and convincing evidence that Defendant LA Idol Fashion, Inc. acted with fraud, oppression, or malice by engaging in common law trademark infringement and unfair competition with respect to one or more of the following trademarked designs?

●Sweet People's Wing Design                    Yes_____. No_____.

●Sweet People's Fleur de Lis Design         Yes_____. No_____.

●Sweet People's Fabric Cut Out Design      Yes_____. No_____.

●RCRV's Inverted Fleur de Lis Design        Yes_____. No_____.

9.      Have Plaintiffs proven by a preponderance of the evidence that Defendant engaged in California unfair competition in violation of California Business & Professions Code §§17200 *et seq.* with respect to one or more of the following trademarked designs?

●Sweet People's Wing Design                    Yes_____. No_____.

●Sweet People's Fleur de Lis Design         Yes_____. No_____.

●Sweet People's Fabric Cut Out Design      Yes_____. No_____.

●RCRV's Inverted Fleur de Lis Design        Yes_____. No_____.

1    Respectfully submitted,

2

3    Dated:  March 30, 2012           ARNOLD & PORTER LLP

4

5                            By:  /s/ James S. Blackburn

6                            James S. Blackburn
                              James.Blackburn@aporter.com

7                            Eric D. Mason
                            Eric.Mason@aporter.com

8

9                            *Attorneys for Plaintiffs*
                            *Sweet People Apparel, Inc. d/b/a MISS*

10                         *ME and RCRV, Inc. d/b/a ROCK*
                         *REVIVAL*

11

12

13   Dated:  March 30, 2012           CALL & JENSEN
                            A Professional Corporation

14

15

16                          By: /s/ Scott P. Shaw
                            Scott P. Shaw

17                            sshaw@calljensen.com

18                            John T. Egley
                            jegley@calljensen.com

19                            Vonn R. Christenson

20                            vchristenson@calljensen.com

21                          *Attorneys for Defendant LA Idol*
                          *Fashion, Inc.*

22

23

24

25

26

27

28