JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
Alan C. Veronick (*Pro Hac Vice*)
Alan.Veronick@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs*

JS-6: NO

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a Miss Me, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation<br><br>Plaintiffs,<br><br>v.<br><br>LA IDOL FASHION, INC., a California corporation<br><br>Defendant. | Case No.: CV11-06849 (SVW) (FFMX)<br><br>[~~PROPOSED~~] PERMANENT INJUNCTION ORDER |

1     WHEREAS, the Plaintiffs in this action are Sweet People Apparel, Inc. d/b/a
2 Miss Me ("Sweet People"), and RCRV, Inc. d/b/a Rock Revival ("RCRV"); and
3     WHEREAS, the Defendant in this action is LA Idol Fashion, Inc. ("LA Idol");
4 and
5     WHEREAS, Sweet People is the owner of U.S. copyright registrations for
6 certain designs it uses on and in connection with its MISS ME line of jeanswear
7 products, including a Wing Design (U.S. Copyright Registration No. VA 1-733-502
8 and Supplementary Registration No. 1-432-644); Fleur de Lis Design (U.S.
9 Copyright Registration No. VA 1-418-846); Sparkle Cross Design (U.S. Copyright
10 Registration No. VA 1-716-852); Beaded Cross Design (U.S. Copyright Registration
11 No. VA 1-741-621); JP5117 Cross Wing Design (U.S. Copyright Registration No.
12 VA 1-740-392); JP5095 Wing Cross Design (U.S. Copyright Registration No. VA 1-
13 739-882); and the Cross Roads Design (U.S. Copyright Registration No. VA 1-785-
14 057) (such copyrighted designs being collectively referred to as the "Sweet People
15 Copyrighted Designs"), copies of the aforesaid registration certificates, and
16 photographs of representative examples of Sweet People jeanswear products bearing
17 the Sweet People Copyrighted Designs, being attached hereto as Exhibit A and
18 incorporated herein by reference; and
19     WHEREAS, Sweet People is the owner of a U.S. trademark registration for its
20 FABRIC CUT OUT DESIGN Trademark (U.S. Trademark Registration No.
21 4,065,486), a copy of the registration certificate, and a photograph of a representative
22 example of a Sweet People jeanswear product bearing the FABRIC CUT OUT
23 DESIGN Trademark, being attached hereto as Exhibit B and incorporated herein by
24 reference; and
25     WHEREAS, RCRV is the owner of a U.S. trademark registration for its
26 INVERTED FLEUR DE LIS DESIGN Trademark (U.S. Trademark Registration No.
27 3,581,968), a copy of the registration certificate, and a photograph of a representative
28 example of an RCRV jeanswear product bearing the INVERTED FLEUR DE LIS

DESIGN Trademark, being attached hereto as Exhibit C and incorporated herein by reference; and

WHEREAS, on September 16, 2011, Plaintiffs Sweet People and RCRV filed an Amended Complaint (Dkt. No. 9) alleging that LA Idol created, designed, purchased, imported, distributed, offered for sale and/or sold certain jeanswear products bearing designs that infringe their rights in and to the Sweet People Copyrighted Designs, Sweet People's FABRIC CUT OUT DESIGN Trademark and RCRV's INVERTED FLEUR DE LIS DESIGN Trademark; and

WHEREAS, following a jury trial held before the Honorable Stephen V. Wilson, on April 12, 2012, the jury reached a unanimous verdict (Dkt. No. 206) finding that LA Idol had created, designed, purchased, imported, distributed, offered for sale and/or sold certain jeanswear products bearing designs that willfully infringed the Sweet People Copyrighted Designs, Sweet People's FABRIC CUT OUT DESIGN Trademark and RCRV's INVERTED FLEUR DE LIS DESIGN Trademark, including the jeanswear products depicted in the attached Exhibits D, E and F (collectively, the "Infringing Products"), such Infringing Products bearing, among other style numbers, LA Idol style numbers 003; 020; 048; 063; 085; 160; 226; 229; 373; 382; 420; 530; 753; 783; 894; 984; 1027; 1029; and 1419; and

WHEREAS, pursuant to the jury verdict, Plaintiffs Sweet People and RCRV are entitled to the issuance of a Permanent Injunction, as follows:

**IT IS HEREBY ORDERED THAT**, LA Idol, its respective subsidiaries, affiliates, divisions, officers, directors, principals, servants, employees, successors and assigns, including its President, Nancy Yih, and all those in active concert or participation with it, or under its direct or indirect control, including manufacturers, suppliers, distributors and retailers of any Infringing Products, or any other products bearing designs substantially similar in appearance to the Sweet People Copyrighted Designs, or confusingly similar in appearance to Sweet People's FABRIC CUT OUT DESIGN Trademark and/or RCRV's INVERTED FLEUR-DE-LIS DESIGN

3

Trademark (collectively, the "Infringing Designs"), who receive notice of this Order, are hereby enjoined, restrained and prohibited from:

1. Copying, imitating, or making any unauthorized use of the Sweet People Copyrighted Designs, including any use in violation of Sweet People's exclusive rights in the Sweet People Copyrighted Designs as set forth in 17 U.S.C. § 106.

2. Copying, imitating, or making any unauthorized use of Sweet People's FABRIC CUT OUT DESIGN Trademark and/or RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark.

3. Manufacturing, importing, distributing, marketing, advertising, offering for sale and/or selling any product bearing an Infringing Design, including, without limitation, any of the Infringing Products.

4. The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Permanent Injunction by way of contempt motion or otherwise.

5. The Bond issued on October 13, 2011 (Dkt. No. 32) in connection with the Court's October 24, 2011 Preliminary Injunction Order (Dkt. No. 43) shall be immediately and permanently dissolved.

**IT IS SO ORDERED.**

DATED: May 7, 2012

Stephen V. Wilson
UNITED STATES DISTRICT JUDGE

Submitted By:

ARNOLD & PORTER LLP
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

By: s/ James Blackburn
    James Blackburn

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

VA 1-432-644

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

9  16  2010
Month  Day  Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
WING DESIGN

Registration Number of the Basic Registration ▼
VA 1-733-502

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Sweet People Apparel, Inc.

Name(s) of Copyright Claimant(s) ▼
Sweet People Apparel, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼
Line Number _____  Line Heading or Description  Year of Completion and Date of 1st Publication

Incorrect Information as It Appears in Basic Registration ▼
Year of Completion: 2008; Date of 1st Publication: August 25, 2008

Corrected Information ▼
Year of Completion: 2009; Date of 1st Publication: June 5, 2009

Explanation of Correction ▼
The original application was inadvertently filed with the incorrect year of completion and first publication dates.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼
Line Number _____  Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.  • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of ___ pages

| | FORM CA |
|---|---|
| FORM CA RECEIVED | |
| 9/16/10 | |
| FUNDS RECEIVED DATE | |
| 9/16/10 | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| MCRA /vf | |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☑YES ☐ NO | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B or ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

Arnold & Porter LLP, 555 Twelfth Street, N.W.
Washington, DC 20004
Attn: Brent S. LaBarge

Phone ( 202 ) 942-5158     Fax ( 202 ) 942-5999     Email brent.labarge@aporter.com

**E**

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name  Arnold & Porter LLP
Account Number  067822

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of  Sweet People Apparel, Inc.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Brent S. LaBarge     Date ▼ September 15, 2010

Handwritten signature (X) ▼

**F**

Certificate will be mailed in window envelope to this address:

Name ▼
Arnold & Porter LLP - Attn: Brent S. LaBarge
Number/Street/Apt ▼
555 Twelfth Street, N.W.
City/State/ZIP ▼
Washington, DC 20004

YOU MUST
· Complete all necessary spaces
· Sign your application in Space F
SEND ALL ELEMENTS
IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev: 07/2006   Print: 07/2006—**,000   Printed on recycled paper          U.S. Government Printing Office: 2006-***-***/**,***

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-733-502**

Effective date of registration:

September 3, 2010

---

## Title
**Title of Work:** WING DESIGN

## Completion/Publication
**Year of Completion:** 2008

**Date of 1st Publication:** August 25, 2008    **Nation of 1st Publication:** United States

## Author

- **Author:** Sweet People Apparel, Inc.
  **Author Created:** Artwork Applied To Clothing
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Sweet People Apparel, Inc.
4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions
**Organization Name:** Sweet People Apparel, Inc.
**Address:** 4715 S. Alameda Street
Los Angeles, CA 90058 United States

## Certification
**Name:** Brent S. LaBarge
**Date:** September 3, 2010
**Applicant's Tracking Number:** 21406.001

Registration #:   VA0001733502

Service Request #:   1-483542325



Arnold & Porter LLP
Attn: Brent S. LaBarge
555 Twelfth Street, N.W.
IP Docketing
Washington, DC 20004



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



Form VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1-418-846

EFFECTIVE DATE OF REGISTRATION



May 23 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** Title of This Work ▼ — JP 4369 BACK POCKET DESIGN
NATURE OF THIS WORK ▼ See Instructions — Fabric Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

**2** NAME OF AUTHOR ▼
a  Sweet People Apparel, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☒ Yes  ☐ No
Author's Nationality or Domicile  Name of Country  OR { Citizen of _____  Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☒ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

NOTE
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

b  Name of Author ▼
Dates of Birth and Death
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?  ☐ Yes  ☐ No
Author's Nationality or Domicile Name of Country  OR { Citizen of _____  Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

Nature of Authorship Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**3**
a  Year in Which Creation of This Work Was Completed  2006 Year  This information must be given in all cases.
b  Date and Nation of First Publication of This Particular Work  Complete this information ONLY if this work has been published.  Month October  Day 03  Year 2006  USA Nation

**4** COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

APPLICATION RECEIVED
MAY 23 2007
ONE DEPOSIT RECEIVED
MAY 23 2007
TWO DEPOSITS RECEIVED
FUNDS RECEIVED

See instructions before completing this space.

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions.  • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exhibit A - Page 10

|  |  |
|---|---|
| EXAMINED BY | FORM VA |
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☑ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼  Year of Registration ▼
VAu713-797    2006

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

See instructions before completing this space.

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Eric Choi / Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

Area code and daytime telephone number  ( 323 ) 235-7352    Fax number  ( 323 ) 235-7344
Email  ericchoi@missme.com

**8 CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _____
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Eric Choi                Date  April 9, 2007

Handwritten signature (X) ▼
X _____

**9** Certificate will be mailed in window envelope to this address:
Name ▼
Eric Choi / Sweet People Apparel, Inc.
Number/Street/Apt ▼
4715 S. Alameda Street
City/State/ZIP ▼
Los Angeles, CA 90058

YOU MUST
· Complete all necessary spaces
· Sign your application in space 8
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
MAIL TO
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form VA   Rev: 07/2006   Print: 07/2006   30,000   Printed on recycled paper    U.S. Government Printing Office: 2004-330-958/60,128



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-716-852**

Effective date of registration:

May 26, 2010

---

## Title
**Title of Work:** SPARKLE CROSS DESIGN

## Completion/Publication
**Year of Completion:** 2008
**Date of 1st Publication:** October 27, 2008        **Nation of 1st Publication:** United States

## Author
- **Author:** Sweet People Apparel, Inc.
  **Author Created:** Artwork applied to clothing
  **Work made for hire:** Yes
  **Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** Sweet People Apparel, Inc.
4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions
**Organization Name:** Sweet People Apparel, Inc.
**Address:** 4715 S. Alameda Street
Los Angeles, CA 90058  United States

## Certification
**Name:** Brent S. LaBarge
**Date:** May 26, 2010
**Applicant's Tracking Number:** 21406.001

Registration #: VA0001716852

Service Request #: 1-410148573

Arnold & Porter LLP
Attn: Brent S. LaBarge
555 Twelfth Street, N.W.
IP Docketing
Washington, DC 20004

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-741-621

Effective date of registration:

September 28, 2010

---

## Title
- **Title of Work:** Beaded Cross JP5046

## Completion/Publication
- **Year of Completion:** 2008
- **Date of 1st Publication:** January 8, 2009
- **Nation of 1st Publication:** United States

## Author
- **Author:** Sweet People Apparel, Inc.
- **Author Created:** Artwork applied to clothing
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Sweet People Apparel, Inc.
  4715 S. Alameda St., Los Angeles, CA, 90058, United States

## Rights and Permissions
- **Organization Name:** Sweet People Apparel, Inc.
- **Name:** Lilly Kim
- **Email:** lillykim@missme.com
- **Telephone:** 323-235-7307
- **Address:** 4715 S. Alameda St.
  Los Angeles, CA 90058 United States

## Certification
- **Name:** Lilly Kim
- **Date:** September 28, 2010

Registration #:   VA0001741621

Service Request #:   1-493876251



Sweet People Apparel, Inc.
Lilly Kim
4715 S. Alameda St.
Los Angeles, CA 90058   United States

Exhibit A - Page 17