JOHN C. ULIN (State Bar No. 165524)
John.Ulin@aporter.com
JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
Louis S. Ederer (*Pro Hac Vice*)
Louis.Ederer@aporter.com
ALAN C. VERONICK (*Pro Hac Vice*)
Alan.Veronick@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

*Attorneys for Plaintiffs*
SWEET PEOPLE APPAREL, INC. d/b/a MISS
ME and RCRV, Inc. d/b/a ROCK REVIVAL

FILED
CLERK U.S. DISTRICT COURT

OCT - 3 2012

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SWEET PEOPLE APPAREL, INC. d/b/a MISS ME, a California corporation and RCRV, INC. d/b/a ROCK REVIVAL, a California corporation.<br><br>Plaintiffs,<br><br>v.<br><br>LA IDOL FASHION, INC., a California corporation,<br><br>Defendant. | Case No.: 11-Civ-06849 (SVW) (FFMx)<br><br>Hon. Stephen V. Wilson<br><br>**[PROPOSED] SUPPLEMENTAL PERMANENT INJUNCTION ORDER AND JUDGMENT ON CONSENT** |

1    WHEREAS, the Plaintiffs in this action are Sweet People Apparel, Inc. d/b/a

2  MISS ME ("Sweet People"), and RCRV, Inc. d/b/a ROCK REVIVAL ("RCRV"); and

3    WHEREAS, the Defendant in this action is LA Idol Fashion, Inc. ("LA Idol");

4  and

5    WHEREAS, Sweet People is the owner of U.S. copyright registrations for

6  certain designs it uses on and in connection with its MISS ME line of jeanswear

7  products, including a Wing Design (U.S. Copyright Registration No. VA 1-733-502

8  and Supplementary Registration No. 1-432-644); Fleur de Lis Design (U.S. Copyright

9  Registration No. VA 1-418-846); Sparkle Cross Design (U.S. Copyright Registration

10  No. VA 1-716-852); Beaded Cross Design (U.S. Copyright Registration No. VA 1-

11  741-621); JP5117 Cross Wing Design (U.S. Copyright Registration No. VA 1-740-

12  392); JP5095 Wing Cross Design (U.S. Copyright Registration No. VA 1-739-882);

13  and Cross Roads Design (U.S. Copyright Registration No. VA 1-785-057) (such

14  copyrighted designs being collectively referred to as the "Sweet People Copyrighted

15  Designs"), copies of the aforesaid registration certificates, and photographs of

16  representative examples of Sweet People jeanswear products bearing the Sweet People

17  Copyrighted Designs, being attached hereto as Exhibit A and incorporated herein by

18  reference; and

19    WHEREAS, Sweet People is the owner of a U.S. trademark registration for its

20  FABRIC CUT OUT DESIGN Trademark (U.S. Trademark Registration No.

21  4,065,486), a copy of the registration certificate, and a photograph of a representative

22  example of a Sweet People jeanswear product bearing the FABRIC CUT OUT

23  DESIGN Trademark, being attached hereto as Exhibit B and incorporated herein by

24  reference; and

25    WHEREAS, RCRV is the owner of a U.S. trademark registration for its

26  INVERTED FLEUR DE LIS DESIGN Trademark (U.S. Trademark Registration

27  No. 3,581,968), a copy of the registration certificate, and a photograph of a

28  representative example of an RCRV jeanswear product bearing the INVERTED

1  FLEUR DE LIS DESIGN Trademark, being attached hereto as Exhibit C and

2  incorporated herein by reference; and

3    WHEREAS, on September 16, 2011, Plaintiffs Sweet People and RCRV filed an

4  Amended Complaint (Dkt. No. 9) alleging that LA Idol created, designed, purchased,

5  imported, distributed, offered for sale and/or sold certain jeanswear products bearing

6  designs that infringe their rights in and to the Sweet People Copyrighted Designs,

7  Sweet People's FABRIC CUT OUT DESIGN Trademark and RCRV's INVERTED

8  FLEUR DE LIS DESIGN Trademark; and

9    WHEREAS, following a jury trial held before the Honorable Stephen V. Wilson,

10  on April 12, 2012, the jury reached a unanimous verdict (Dkt. No. 206) finding that LA

11  Idol had willfully created, designed, purchased, imported, distributed, offered for sale

12  and/or sold certain jeanswear products bearing designs that willfully infringed the

13  ~~Sweet People Copyrighted Designs, Sweet People's FABRIC CUT OUT DESIGN~~

14  Trademark and RCRV's INVERTED FLEUR DE LIS DESIGN Trademark, including

15  the jeanswear products depicted in the attached Exhibits D, E and F (collectively, the

16  "Infringing Products"), such Infringing Products bearing, among other style numbers,

17  LA Idol style numbers 003; 020; 048; 063; 085; 096; 160; 226; 229; 373; 382; 420;

18  530; 575; 753; 783; 894; 984; 1027; 1029; 1406; 1419, 1617 and 1888; and

19    WHEREAS, on May 7, 2012, the Court entered a Permanent Injunction Order

20  enjoining LA Idol from selling the Infringing Products and any other designs

21  substantially similar and/or confusingly similar in appearance to the Sweet People

22  Copyrighted Designs, Sweet People's FABRIC CUT OUT DESIGN Trademark and/or

23  RCRV's INVERTED FLEUR DE LIS DESIGN Trademark; and

24    WHEREAS, the Court has jurisdiction over the subject matter of this action and

25  over Plaintiffs Sweet People and RCRV and Defendant LA Idol, and venue in this

26  action being proper in this judicial district; and

27    WHEREAS, Plaintiffs Sweet People and RCRV and Defendant LA Idol have

28  consented to the entry of this Supplemental Permanent Injunction Order and Judgment

1    on Consent in full and final resolution of the claims asserted between and among them

2    in the Civil Action, as follows:

3    **IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

4        1.      LA Idol, its respective subsidiaries, affiliates, divisions, officers, directors,

5    principals, servants, employees, successors and assigns, including its President, I-Yun

6    Yih a/k/a Nancy Yih ("Nancy Yih"), and all those in active concert or participation

7    with LA Idol, or under its direct or indirect control, including manufacturers, suppliers,

8    distributors and retailers who receive notice of this Order and Judgment, are hereby

9    enjoined, restrained and prohibited from:

10            a.      Manufacturing, designing, creating, copying, imitating, importing,

11   exporting, distributing, supplying, marketing, advertising, promoting, offering for sale

12   or selling any product bearing a design that is substantially similar in overall

13   appearance to, or making any other unauthorized use of, any design that is the subject

14   of a U.S. copyright registration owned by Sweet People or RCRV, whether such design

15   is registered at the time of entry of this Order and Judgment, or registered thereafter, so

16   as to constitute an infringement of such registered design in violation of the U.S.

17   Copyright Act, as amended, 17 U.S.C. § 101 *et seq*.;.

18            b.      Manufacturing, designing, creating, copying, imitating, importing,

19   exporting, distributing, supplying, marketing, advertising, promoting, offering for sale

20   or selling any product bearing a design that is confusingly similar to, or making any

21   other unauthorized use of, any design that is the subject of a U.S. trademark

22   registration owned by Sweet People or RCRV, whether such design is registered at the

23   time of entry of this Order and Judgment, or registered thereafter, so as to constitute an

24   infringement of such registered design in violation of the Lanham Act, as amended, 15

25   U.S.C. § 1051 *et seq*.; and/or

26            c.      Using or referring to, or directing any third party to use or refer to,

27   any products or designs of Plaintiffs, whether they be physical products or images

28   thereof, in the process of designing or creating any LA Idol product.

1          d.    Manufacturing, designing, creating, copying, imitating, importing,

2    exporting, distributing, supplying, marketing, advertising, promoting, offering for sale

3    or selling any product bearing, or making any other unauthorized use of any of the LA

4    Idol designs attached to this Order and Judgment as Exhibit G.

5          2.    Within ten (10) days following entry of this Order and Judgment, LA Idol

6    shall provide a copy of this Order and Judgment to its manufacturers, suppliers,

7    distributors and retail and wholesale customers.

8          3.    Plaintiffs, LA Idol and Nancy Yih have acknowledged that, due to LA

9    Idol's record keeping practices, the monetary relief to which Plaintiffs would be

10   entitled as a result of a violation of any of the terms in Paragraphs 1(a)-(d) of this

11   Order and Judgment may not be readily ascertainable.  Accordingly, in the event of

12   any violation by LA Idol and/or Nancy Yih of Paragraphs 1(a)-(d) of this Order and

13   Judgment, in addition to any equitable relief to which Plaintiffs may be entitled, the

14   Parties agree that LA Idol and Nancy Yih shall be liable to Plaintiffs, at Plaintiffs sole

15   option, as follows:

16         (a)    Plaintiffs' actual damages as provided for in 17 U.S.C. § 504(b) of

17   the U.S. Copyright Act and 15 U.S.C. § 1117(a) of the Lanham Act and/or a

18   disgorgement of LA Idol's profits, as provided for in 17 U.S.C. § 504(b) of the U.S.

19   Copyright Act and 15 U.S.C. § 1117(a) of the Lanham Act; or

20         (b)    The liquidated sum of one-hundred and fifty thousand ($150,000)

21   per infringement in the case of Paragraphs 1(a)-(b), and per violation of Paragraph

22   1(c)-(d), as the Parties have agreed that such sum is reasonably proportionate to

23   Plaintiffs' foreseeable losses for any violation of the terms of Paragraphs 1(a)-(d) of

24   this Order and Judgment.

25         4.    A money judgment in the amount of $1,000,000 shall be entered in favor

26   of Plaintiffs and against LA Idol and Nancy Yih, jointly and severally, such sum

27   representing the portion of the settlement payment agreed upon by the Parties that

28   remains unpaid pursuant to the Parties' Settlement Agreement.

1    5.    Pursuant to Rule 41(c) of the Federal Rules of Civil Procedure, LA Idol

2    hereby dismisses with prejudice the Counterclaims it has asserted against Plaintiffs in

3    the Civil Action.

4    ~~6.    The Court retains jurisdiction of this action for the purpose of enforcing~~

5    ~~the provisions of this Order and Judgment, and the Parties' Settlement Agreement, by~~

6    ~~way of contempt motion or otherwise.~~

7    7.    The Parties waive any right to appeal this Order and Judgment,

8    including, without limitation, the Permanent Injunction entered on May 7, 2012 (Dkt.

9    227).

10    8.    The Parties agree that each Party shall bear its own costs and fees

11    associated with this Order and Judgment and the Civil Action.

12    **IT IS SO ORDERED.**

13

14    DATED:  10/2/12

15                    Stephen V. Wilson

16                    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

-5-

1   Submitted By:

2

3   ARNOLD & PORTER LLP
    JAMES S. BLACKBURN (State Bar No. 169134)
4   James.Blackburn@aporter.com
    777 South Figueroa Street, 44th Floor
5   Los Angeles, California 90017-5844
    Telephone: (213) 243-4000
6   Facsimile:  (213) 243-4199

7
    By:___s/James S. Blackburn_____
8        James S. Blackburn

9       *Attorneys for Plaintiffs*

10

11  LEXINT LAW P.C.
    Robert C. Hsu (State Bar No. 225437)
12  robert@rchlawgroup.com
    9525 Las Tunas Dr.
13
    Temple City, CA 91780
14  Telephone: (626) 286-7055
15  Facsimile:  (626) 604-0345

16  By:___s/Robert C. Hsu_____
         Robert C. Hsu
17
18      *Attorneys for Defendant*

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1—432—644**

| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

9   16   2010
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

Title of Work ▼
WING DESIGN

Registration Number of the Basic Registration ▼
VA 1-733-502

Year of Basic Registration ▼
2010

Name(s) of Author(s) ▼
Sweet People Apparel, Inc.

Name(s) of Copyright Claimant(s) ▼
Sweet People Apparel, Inc.

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____   Line Heading or Description _____   Year of Completion and Date of 1st Publication

Incorrect Information as it Appears in Basic Registration ▼

Year of Completion: 2008; Date of 1st Publication: August 25, 2008

Corrected Information ▼

Year of Completion: 2009; Date of 1st Publication: June 5, 2009

Explanation of Correction ▼

The original application was inadvertently filed with the incorrect year of completion and first publication dates.

**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number _____   Line Heading or Description _____

Amplified Information and Explanation of Information ▼

---

MORE ON BACK ▶   • Complete all applicable spaces (D-G) on the reverse side of this page.
• See detailed instructions.   • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of ____ pages

Exibit A - Page 7

| FORM CA RECEIVED | 9/16/10 | FORM CA |
|---|---|---|
| FUNDS RECEIVED DATE | 9/16/10 | |
| EXAMINED BY | MCRA /w/ | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION   ☐ YES ☐ NO | | |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

Continuation of: ☐ Part B *or* ☐ Part C

**D**

---

**Correspondence:** Give name and address to which correspondence about this application should be sent.

Arnold & Porter LLP, 555 Twelfth Street, N.W.
Washington, DC 20004
Attn: Brent S. LaBarge

**E**

Phone ( 202 ) 942-5158          Fax ( 202 ) 942-5999          Email brent.Labarge@aporter.com

**Deposit Account** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name  Arnold & Porter LLP

Account Number  067822

**Certification*** I, the undersigned, hereby certify that I am the: (Check only one)
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ duly authorized agent of    Sweet People Apparel, Inc.
   Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name ▼  Brent S. LaBarge          Date ▼  September 15, 2010

Handwritten signature (X) ▼

**F**

| Certificate will be mailed in window envelope to this address: | Name ▼  Arnold & Porter LLP - Attn: Brent S. LaBarge | **G** |
|---|---|---|
| | Number/Street/Apt ▼  555 Twelfth Street, N.W. | |
| | City/State/ZIP ▼  Washington, DC 20004 | |

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full   Rev:07/2008   Print:07/2008—xx,000   Printed on recycled paper

U.S. Government Printing Office: 2008—xxx/xx,xxx

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-733-502

**Effective date of registration:**

September 3, 2010

---

## Title

**Title of Work:** WING DESIGN

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 25, 2008   **Nation of 1st Publication:** United States

## Author

■ **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied To Clothing

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda Street

Los Angeles, CA 90058  United States

## Certification

**Name:** Brent S. LaBarge

**Date:** September 3, 2010

**Applicant's Tracking Number:** 21406.001

---

Page 1 of 1

Exibit A - Page 9

**Registration #:**   VA0001733502

**Service Request #:**   1-483542325



Arnold & Porter LLP
Attn: Brent S. LaBarge
555 Twelfth Street, N.W.
IP Docketing
Washington, DC 20004

Exibit A - Page 10



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-418-846**

EFFECTIVE DATE OF REGISTRATION

May 23 2007

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1**

Title of This Work ▼
JP 4369 BACK POCKET DESIGN

NATURE OF THIS WORK ▼ See Instructions
Fabric Design

Previous or Alternative Titles ▼

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

**2**

a

NAME OF AUTHOR ▼
Sweet People Apparel, Inc.

DATES OF BIRTH AND DEATH
Year Born ▼     Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
    { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☑ 2-Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

b

Name of Author ▼

Dates of Birth and Death
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
    { Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**3**

a

Year in Which Creation of This Work Was Completed
2006
This information must be given in all cases.

b

Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month October   Day 03   Year 2006
USA
Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 23 2007
ONE DEPOSIT RECEIVED
MAY 23 2007
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
                 • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

Exibit A - Page 12

EXAMINED BY

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☑ Yes  ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☑ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number ▼**  VAu713-797    **Year of Registration ▼** 2006

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
b

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name ▼**     **Account Number ▼**

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
Eric Choi / Sweet People Apparel, Inc.
4715 S. Alameda St., Los Angeles, CA 90058

b

Area code and daytime telephone number   ( 323 ) 235-7352      Fax number   ( 323 ) 235-7344
Email   ericchoi@missme.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶  ☐ author
☐ other copyright claimant
☑ owner of exclusive right(s)
☐ authorized agent of _____
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Eric Choi                                    Date  April 9, 2007
Handwritten signature (X) ▼
X

Certificate
will be
mailed in
window
envelope
to this
address:

**Name ▼**
Eric Choi / Sweet People Apparel, Inc.
**Number/Street/Apt ▼**
4715 S. Alameda Street
**City/State/ZIP ▼**
Los Angeles, CA 90058

**9**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Exhibit A - Page 13



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-716-852

**Effective date of registration:**

May 26, 2010

---

## Title

**Title of Work:** SPARKLE CROSS DESIGN

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** October 27, 2008     **Nation of 1st Publication:** United States

## Author

**Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda Street

Los Angeles, CA 90058  United States

## Certification

**Name:** Brent S. LaBarge

**Date:** May 26, 2010

**Applicant's Tracking Number:** 21406.001

---

Exibit A - Page 15

**Registration #:** VA0001716852

**Service Request #:** 1-410148573

---

Arnold & Porter LLP
Attn: Brent S. LaBarge
555 Twelfth Street, N.W.
IP Docketing
Washington, DC 20004

Exibit A - Page 16



Exibit A - Page 17

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-741-621**

**Effective date of registration:**

September 28, 2010

---

## Title

**Title of Work:** Beaded Cross JP5046

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** January 8, 2009     **Nation of 1st Publication:** United States

## Author

■ **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Name:** Lilly Kim

**Email:** lillykim@missme.com       **Telephone:** 323-235-7307

**Address:** 4715 S. Alameda St,

Los Angeles, CA 90058  United States

## Certification

**Name:** Lilly Kim

**Date:** September 28, 2010

---

**Registration #:**   VA0001741621

**Service Request #:**   1-493876251



Sweet People Apparel, Inc.
Lilly Kim
4715 S. Alameda St.
Los Angeles, CA 90058  United States

Exibit A - Page 19

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-740-392

**Effective date of registration:**

September 20, 2010

## Title

**Title of Work:** Cross Wing JP5117

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 13, 2009     **Nation of 1st Publication:** United States

## Author

■     **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork applied to clothing

**Work made for hire:** Yes

**Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Name:** Lilly Kim

**Email:** lillykim@missme.com     **Telephone:** 323-235-7307

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058

## Certification

**Name:** Lilly Kim

**Date:** September 20, 2010

Page 1 of 1

**Registration #:**   VA0001740392

**Service Request #:**   1-489801041



Sweet People Apparel, Inc.
Attn: Lilly Kim
4715 S. Alameda St.
Los Angeles, CA 90058  United States

Exibit A - Page 22



CASE NO. CV11-06849

SWEET PEOPLE APPAREL

VS. LA IDOL FASHION

PLAINTIFF'S EXHIBIT 16

DATE _____ IDEN.

DATE _____ EVID.

BY _____ Deputy Clerk

Exibit A - Page 23

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-739-882

**Effective date of registration:**

September 16, 2010

## Title

**Title of Work:** JP5095 Wing Cross

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 31, 2009    **Nation of 1st Publication:** United States

## Author

**Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied to Clothing

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda St., Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda St.

Los Angeles, CA 90058  United States

## Certification

**Name:** Lilly Kim

**Date:** September 16, 2010

Exibit A - Page 24

**Registration #:**     VA0001739882

**Service Request #:**   1-487961351



Sweet People Apparel, Inc.
Lilly Kim
4715 S. Alameda St.
Los Angeles, CA 90058  United States



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-785-057

**Effective date of registration:**

August 4, 2011

---

## Title

**Title of Work:** CrossRoads JP5072

## Completion/ Publication

**Year of Completion:** 2009

**Date of 1st Publication:** October 27, 2009          **Nation of 1st Publication:** United States

## Author

■    **Author:** Sweet People Apparel, Inc.

**Author Created:** Artwork Applied to Clothing

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Sweet People Apparel, Inc.

4715 S. Alameda Street, Los Angeles, CA, 90058, United States

## Rights and Permissions

**Organization Name:** Sweet People Apparel, Inc.

**Address:** 4715 S. Alameda Street

Los Angeles, CA 90058  United States

## Certification

**Name:** Alan C. Veronick

**Date:** August 4, 2011

**Applicant's Tracking Number:** 21406.001

---

Exibit A - Page 27



# EXHIBIT B

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,065,486**

**Registered Dec. 6, 2011**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

SWEET PEOPLE APPAREL, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS AND PANTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 9-29-2005; IN COMMERCE 9-29-2005.

OWNER OF U.S. REG. NO. 3,494,338.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE THE SHAPES OF THE POCKETS OR THE POCKET FLAPS, OR THE STITCHING APPEARING ON THE POCKETS OR THE POCKET FLAPS, WHICH ARE INCLUDED ONLY TO SHOW THE PLACEMENT OF THE MARK ON THE GOODS, APART FROM THE MARK AS SHOWN.

THE MARK CONSISTS OF A FABRIC CUT OUT DESIGN ON THE POCKET FLAP AND UNDER THE WAIST OF THE PANTS. THE AREA OF THE CUTOUT IS REPLACED WITH A FABRIC INSERT WHICH DIFFERS IN DESIGN FROM THE REMAINING PANTS FABRIC.

SEC. 2(F).

SER. NO. 85-041,242, FILED 5-18-2010.

SUZANNE BLANE, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

Exibit B - Page 29



# EXHIBIT C

# United States of America

## United States Patent and Trademark Office



Reg. No. 3,581,968

Registered Feb. 24, 2009

Corrected Nov. 29, 2011

Int. Cl.: 25

TRADEMARK

SUPPLEMENTAL REGISTER

RCRV, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA ST.
LOS ANGELES, CA 90058

FOR: JEANS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-23-2005; IN COMMERCE 3-17-2006.

THE MARK CONSISTS OF A STYLIZED REPRESENTATION OF A FLEUR-DE-LYS.

SER. NO. 77-551,925, FILED P.R. 8-20-2008; AM. S.R. 12-15-2008.



*David J. Kappos*

Director of the United States Patent and Trademark Office

Exibit C - Page 31



CASE NO. CV11-06849

SWEET PEOPLE APPAREL

VS. LA IDOL FASHION

PLAINTIFF'S EXHIBIT _____ 19

DATE _____ IDEN.

DATE _____ EVID.

BY _____ Deputy Clerk

# EXHIBIT D

## LA Idol Wing Design



## LA Idol Wing Design



## LA Idol Wing Design



## LA Idol Wing Design



## LA Idol Wing Design



## LA Idol Wing Design



## LA Idol Wing Design



## LA Idol Wing Design



## LA Idol Fleur de Lis Design



## LA Idol Fleur de Lis Design



## LA Idol Fleur de Lis Design



## LA Idol Fleur de Lis Design



## LA Idol Sparkle Cross Design



## LA Idol Sparkle Cross Design



## LA Idol Sparkle Cross Design



## LA Idol Sparkle Cross Design



## LA Idol Beaded Cross Design





## LA Idol Cross Wing Design



## LA Idol Cross Wing Design





## LA Idol Wing Cross Design



## LA Idol Wing Cross Design



## LA Idol Wing Cross Design





## LA Idol Cross Roads Design



## LA Idol Cross Roads Design



## LA Idol Cross Roads Design





# EXHIBIT E

## LA Idol Fabric Cut Out Design



## <u>LA Idol Fabric Cut Out Design</u>



## LA Idol Fabric Cut Out Design



## LA Idol Fabric Cut Out Design



## LA Idol Fabric Cut Out Design



STYLE # 003CP-BACK

# EXHIBIT F

## LA Idol Inverted Fleur De Lis Design



## LA Idol Inverted Fleur De Lis Design



## LA Idol Inverted Fleur De Lis Design



## LA Idol Inverted Fleur De Lis Design



## LA Idol Inverted Fleur De Lis Design



## LA Idol Inverted Fleur De Lis Design





# EXHIBIT G



STYLE #1832



STYLE #2894



STYLE #2931



STYLE #1890

Exibit G - Page 75



STYLE #3356



STYLE #783 / 2751



STYLE #1460



STYLE #3481



STYLE #1682



STYLE #2958



STYLE #2925



UNKNOWN STYLE NUMBER.



UNKNOWN STYLE NUMBER.



STYLE #1065



STYLE #3174



STYLE #585



STYLE #1864



STYLE #1498



UNKNOWN STYLE #



STYLE #854



STYLE #574



STYLE #1655



STYLE #2922



STYLE #3257

Exibit G - Page 80



STYLE #3330



STYLE #783 / 2751



STYLE #1566



STYLE #1847





UNKNOWN STYLE #



style #306







© Glik's

http://www.gliks.com/assets/productimages/img_4121-1864pls.jpg











2:11-cv-06849-SVW-FFM Sweet People Apparel Inc et al v. LA Idol Fashion Inc
(FFMx), AO120, AO121, DISCOVERY, PROTORD

### UNITED STATES DISTRICT COURT for the CENTRAL DISTRICT OF CALIFORNIA

**Notice of Electronic Filing**

The following transaction was entered by Blackburn, James on 8/31/2012 at 12:37 PM PDT and filed on 8/31/2012

**Case Name:**    Sweet People Apparel Inc et al v. LA Idol Fashion Inc
**Case Number:**  2:11-cv-06849-SVW-FFM
**Filer:**        Sweet People Apparel Inc
                  RCRV Inc

**Document Number:** 272

**Docket Text:**
NOTICE OF LODGING filed re Permanent Injunction, [227] (Attachments: # (1) Part 1 of 3 of [Proposed] Supplemental Permanent Injunction Order and Judgement on Consent, # (2) Part 2 of 3 of [Proposed] Supplemental Permanent Injunction Order and Judgement on Consent, # (3) Part 3 of 3 of [Proposed] Supplemental Permanent Injunction Order and Judgement on Consent)(Blackburn, James)

**2:11-cv-06849-SVW-FFM Notice has been electronically mailed to:**

Alan C Veronick    alan.veronick@aporter.com

Alan M Kindred    alan.kindred@kindredposey.com, alan.kindred@kindredhermann.com

Eric D Mason    eric.mason@aporter.com

Ivan M Posey    iposey@shimokaji.com, ivan.posey@kindredposey.com

James S Blackburn    james_blackburn@aporter.com, gloria_turner@aporter.com

John C Ulin    john.ulin@aporter.com, jacquelynn.tollefson@aporter.com, Leyla.cambel@aporter.com

Louis S Ederer    louis.ederer@aporter.com

Richard T Hsueh    rth@lexintlaw.com

Robert C Hsu    robert@lexintlaw.com

Vonn Robert Christenson    vchristenson@calljensen.com, vneufeld@calljensen.com

**2:11-cv-06849-SVW-FFM Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**Notice of Lodging Re Proposed Supp Permanent Injunction Order and Judgment.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/31/2012] [FileNumber=14235305-0
] [7725ceec3de57235a45d7ffe1cc77d9dfa10f9d6d843673d66ba18c5eb4692e7c0b
ce944e1b94c63dbdf885daacaffb22ae70dc7fb5e9f45ca78177dd5aecf56]]
**Document description:** Part 1 of 3 of [Proposed] Supplemental Permanent Injunction Order and Judgement on Consent
**Original filename:**Part 1 of 3 - Proposed Supp Permanent Injunction Order + Exhibits.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/31/2012] [FileNumber=14235305-1
] [0d8d97bb1295d381fb4287254c84471233c4900445cecd89b3a0d8c19d4012c2cfa
d678d0a5bdc815e1277b73262a401e53b0a48b1b274760387278bb548f071]]
**Document description:** Part 2 of 3 of [Proposed] Supplemental Permanent Injunction Order and Judgement on Consent<BR>**Original filename:**Part 2 of 3-
Proposed Supp Permanent Injunction Order + Exhibits.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/31/2012] [FileNumber=14235305-2
] [31d7d7d799909b9e99befe44e2d234a026d2388173dafdaa38fb54897d8cbfe874d
a83438f90fd9590482e71e9c79c3ea7a4292e94e523316a1b2364c9b8b11f]]
**Document description:** Part 3 of 3 of [Proposed] Supplemental Permanent Injunction Order and Judgement on Consent
**Original filename:**Part 3 of 3- Proposed Supp Permanent Injunction Order + Exhibits.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/31/2012] [FileNumber=14235305-3
] [28ce9d533682d699675f7d90b7bf89c309b9fde6469a65550d7919a1149c721bcdd
38f64c4d4de578ce2c6137a99ebda6df297f4e8ff5b9cd934732c73d87407]]